FILED
CLERK, U.S. DISTRICT COURT

2/16/18

CENTRAL DISTRICT OF CALIFORNIA
BY: CS_____ DEPUTY

1  AARON S. DYER (SBN 161798)
   aaron.dyer@pillsburylaw.com
2  TODD J. CANNI (SBN 311199)
   todd.canni@pillsburylaw.com
3  J. MATTHEW CARTER (SBN 279091)
   matt.carter@pillsburylaw.com
4  KEVIN R. MASSOUDI (SBN 318354)
   kevin.massoudi@pillsburylaw.com
5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   725 South Figueroa Street, Suite 2800
6  Los Angeles, CA 90017-5406
   Telephone:  213.488.7100
7  Facsimile:   213.629.1033

8  Attorneys for Plaintiff/Relator
   MC2 Sabtech Holdings, Inc. d/b/a
9  IXI Technology, Inc.

10

11                    UNITED STATES DISTRICT COURT

12                   CENTRAL DISTRICT OF CALIFORNIA

13

14

15  UNITED STATES OF AMERICA          Case No.  SACV18-277-JLS(DFMx)
16  ex rel. MC2 SABTECH HOLDINGS,
    INC. d/b/a IXI TECHNOLOGY, INC.,  **COMPLAINT FOR DAMAGES**
17                                    **FOR VIOLATIONS OF THE**
                                      **FEDERAL CIVIL FALSE CLAIMS**
18            Plaintiff/Relator,      **ACT (31 U.S.C. § 3729, ET SEQ.)**

19         v.                         **JURY TRIAL DEMANDED**

20  GET ENGINEERING
    CORPORATION,  GUILLE E.          **FILED IN CAMERA AND UNDER**
21  TUTTLE, RODNEY TUTTLE, GREG      **SEAL PURSUANT TO 31 U.S.C. §**
    MACNEIL, DAVID GRUNDIES, and     **3730(b)(2)**
22  LESLIE ADAMS.

23            Defendants.

24

25

26

27

28

Relator, MC2 Sabtech Holdings, Inc. d/b/a IXI Technology, Inc., ("Relator" or "IXI") brings this civil action on behalf of, and in the name of, Plaintiff, United States of America (the "United States" or the "Government") to recover damages and civil penalties under the False Claims Act (31 U.S.C. § 3729, *et seq.*) and alleges as follows:

**INTRODUCTION**

1.     This is a civil fraud lawsuit by Relator on behalf of the United States to recover damages and penalties from Defendants GET Engineering Corporation ("GET"), GET's owners Guille E. Tuttle and Rodney Tuttle, GET's former Presidents and Chief Executive Officers Greg MacNeil and David Grundies, and GET's General Manager (*recently promoted to* Chief Operations Officer) Leslie Adams (collectively, the "Defendants"), under the False Claims Act due to Defendants' fraudulent misrepresentations that GET was a Woman-Owned Small Business ("WOSB"), which enabled GET to fraudulently induce lucrative government contracts and subcontracts.

2.     For over 12 years, GET has boasted that "We are a Woman Owned Small Business (WOSB) dedicated to providing the United States Department of Defense and its coalition forces the most cost effective products and solutions available."  Based upon its representations as a legitimate WOSB, GET likely has obtained over $15 million in contracts from the Government and large prime government contractors to which they were not entitled.  The full extent of damages is unknown due to the non-public nature of many government contract and subcontract awards.

3.     GET does not meet the eligibility requirements to claim the WOSB designation.  This is indisputable.  Rather, Defendants engaged in a scheme whereby they created and utilized a sham WOSB, GET, to bid on and fraudulently obtain contracts from the Department of the Navy ("Navy"), the General Services

COMPLAINT

Administration ("GSA"), and large prime government contractors, including Northrop Grumman and L-3 Communications.

4.     To obtain such contracts, Defendants fraudulently represented that GET was a legitimate WOSB in accordance with 13 C.F.R. Part 127, even though Defendants knew GET was not a WOSB.  Under the Defendants' scheme, GET would represent to the Government and large prime contractors that women – GET 51% owner Guille Tuttle and/or GET's General Manager Leslie Adams – were in control of the long-term decision making and the day-to-day management and administration of GET, as required to claim the WOSB designation.

5.     Despite GET's representations, neither Mrs. Tuttle nor Ms. Adams were in control of GET's long-term decision making and the day-to-day management and administration of GET.  To the contrary, men have retained true control and leadership of GET at all times.  From at least 2003 until the end of December 2015, neither Ms. Tuttle, Ms. Adams, nor any woman employed with GET held the highest officer position at GET, which is a threshold requirement to claim the WOSB designation.

6.     Nor did Ms. Tuttle, Ms. Adams, or any woman employed with GET control the long-term decision making and the day-to-day management and administration of GET, which also is required to claim the WOSB designation.

7.     Rather, GET's own press releases state that men have held the highest officer positions at GET and have "led the company of twenty employees since 2003."  Similarly, from at least 2003 through December 28, 2015, GET's California State Filings have listed men – Greg MacNeil and David Grundies – as the highest officer, Chief Executive Officer.

8.     Moreover, after learning of an investigation into its status, GET attempted to cover up its misrepresentations.  GET's then-Chief Executive Officer Mr. Grundies abruptly retired from his position in late 2015, and GET thereafter changed its representations on the SAM federal database to indicate that it was no

COMPLAINT

longer a WOSB.  GET also amended its website to claim it was a SBWO – "Small
Business Woman Owned" – a designation that does not exist within the small
business programs and was done to allow GET to continue its deception while it
could claim it "technically" fixed the issue.  GET replaced Mr. Grundies with Mrs.
Tuttle and amended state filings to represent that Mrs. Tuttle held the highest
officer position in GET, despite the fact that she neither managed nor controlled
the company.  To further conceal their misconduct, GET also promoted Ms.
Adams to Chief Operating Officer, in an effort to claim that the former file clerk
controlled and managed the company.

9.     Nevertheless, during that time period GET represented that it was a
WOSB to the Government and to large prime government contractors, knowing
that these contractors were funded by the Government, and knowing that it was not
in fact a legitimate WOSB.  GET made these misrepresentations because it
believed that WOSB status provided a competitive advantage in obtaining these
lucrative contracts and subcontracts.

10.     As a result of the fraud, Defendants likely obtained over $15 million
of work on Government contracts and subcontracts to which they were not entitled.

## JURISDICTION AND VENUE

11.     This Court has jurisdiction over the claims brought under the False
Claims Act ("FCA") pursuant to 28 U.S.C. §§ 1331 and 1345, and supplemental
jurisdiction to entertain the common law and equitable causes of action under 28
U.S.C. § 1367(a). The Court also may exercise personal jurisdiction over the
Defendants under 31 U.S.C. § 3732(a) because the Defendants reside or transact
business in this District, or committed proscribed acts in this District.

12.     Venue lies in this District pursuant to 31 U.S.C. § 3732(a), because
during the relevant time period covered by this complaint during which Defendant
GET was a California corporation, Defendant GET transacted business within this
District, and pursuant to 28 U.S.C. § 1391(c) because during the relevant time

period covered by this complaint, Defendants GET, Guille E. Tuttle, and Rodney Tuttle  conducted business within this District, thereby establishing contacts sufficient to "subject themselves to the court's personal jurisdiction."

13.     This action is not jurisdictionally precluded by the public disclosure bar of the False Claims Act, 31 U.S.C. § 3730(e)(4).  Upon information and belief, there has been no "public disclosure" of the matters alleged herein, and this action is not based upon any such disclosure.  In addition, Relator has "voluntarily provided" and offered to provide this information to the Government before the filing of this complaint.  Therefore, to the extent any of these allegations is deemed to have been based upon a public disclosure, Relator is an "original source" of this information within the meaning of the False Claims Act and is expressly excepted from the public disclosure bar.

## PARTIES

14.     Plaintiff is the United States of America on behalf of its agencies, the Navy, the GSA, and the Small Business Administration ("SBA").

15.     Relator IXI Technology, Inc. is a company engaged in the business of designing, manufacturing, marketing, and supporting advanced technology solutions for the federal Government and large government contractors in the defense, industrial controls, and factory automation industries.

16.     Defendant GET Engineering Corporation is a company engaged in the business of providing supplies and services to the federal Government and to large government contractors in the defense industry.  It is located at 9350 Bond Avenue, El Cajon, CA 92021.  During the times relevant to the allegations in this complaint, GET was a California corporation with its registered agent located in this District.

17.     Defendant Guille E. Tuttle is the 51% owner of GET.  Ms. Tuttle has held the title of Chief Financial Officer ("CFO") at GET since 1982.  On

December 28, 2015, GET amended its California State Filings and, for the first time since at least 2003, listed Ms. Tuttle as the Chief Executive Officer of GET.

18.   Defendant Rodney Tuttle is the 49% owner of GET.  Mr. Tuttle has held the title of Chief Technology Officer at GET since 1982.

19.   Defendant Greg MacNeil, was GET's President and Chief Executive Officer from 2003 to 2013.

20.   Defendant David Grundies was GET's Vice President from 2012 to 2013 and President and Chief Executive Officer from 2013 to 2015.

21.   Defendant Leslie Adams was GET's General Manager from 2003 to 2016 and was promoted to Chief Operations Officer in April 2016.

## STATUTORY AND REGULATORY FRAMEWORK

A.   The False Claims Act

22.   The FCA, at 31 U.S.C. § 3729(a)(1)(A), provides that a person is liable to the United States Government for three times the amount of damages which the Government sustains because of the act of that person, plus a civil penalty, for each instance in which the person "knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval."

23.   The FCA, at 31 U.S.C. § 3729(a)(1)(B), also provides that any person is liable to the United States Government for three times the amount of damages that the Government sustains because of the act of that person, plus a civil penalty, for each instance in which the person "knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim."

24.   The FCA, at 31 U.S.C. § 3729(a)(1)(C), further provides that any person who "conspires to commit a violation of" 31 U.S.C. § 3729(a)(1)(A) or 31 U.S.C. § 3729(a)(1)(B) is liable to the United States Government for three times the amount of damages that the Government sustains because of the act of that person, plus a civil penalty.

25.     At 31 U.S.C. § 3729(b), the FCA defines the terms "knowing" and "knowingly," as applicable in the above provisions, to mean that a person, with respect to information, "(i) has actual knowledge of the information; (ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information"; and further provides that no proof of specific intent to defraud is required.

B.     The Financial Institutions Reform, Recovery, and Enforcement Act of 1989

26.     The Financial Institutions Reform, Recovery, and Enforcement Act of 1989 ("FIRREA"), which permits actions to be brought by the United States, provides that any person who violates, or who conspires to violate, any one of certain listed provisions of the law is liable for a civil penalty of up to $1.1 million (as adjusted by 28 C.F.R. § 85.3(a)(6)).  12 U.S.C. § 1833a(b)(1).  However, in the case of a continuing violation, the court may impose a penalty of up to $5.5 million (as adjusted by 28 C.F.R. § 85.3(a)(7)).  12 U.S.C. § 1833a(b)(2).  In the case where a violation results in pecuniary gain or loss, the amount of the penalty may exceed the above-listed maximums, so long as the penalty does not exceed the gain or loss.  12 U.S.C. § 1833a(b)(3)(A).

27.     One of the provisions to which FIRREA applies is section 16(a) of the Small Business Act (15 U.S.C. § 645(a)).  12 U.S.C. § 1833a(c)(3).  Section 16(a) imposes liability on anyone who:

> makes any statement knowing it to be false . . . for the purpose of influencing in any way the action of the [Small Business] Administration, or for the purpose of obtaining money, property, or anything of value . . . under this chapter . . . .

15 U.S.C. § 645(a).

C.     Statutory Requirements for WOSB Representation and WOSB Contracting

28.     The Federal Acquisition Streamlining Act of 1994, Public Law 103-355, set goals for the participation of small business concerns owned and controlled by women for prime and subcontract awards.

29.     The Equity in Contracting for Women Act of 2000, codified at 15 U.S.C. § 637(m), was enacted to allow for greater representation of women-owned small businesses in historically underrepresented industries.  These statutes reflect long-running and important efforts by the U.S. Government to increase the participation and role of WOSBs in federal Government contracting.

30.     To be a legitimate WOSB, there are several requirements that must be satisfied.  Failure to meet any one of the requirements precludes the concern from representing itself as a WOSB.

31.     As a threshold matter, the concern must qualify as a small business for the particular North American Industry Classification System ("NAICS") code that applies to the procurement.  Generally, this means that the concern must not have revenue exceeding the maximum revenue requirements and/or exceed the maximum total number of employees for the NAICS code.  Each NAICS code has different size standard thresholds.

32.     For example, in GET's System for Award Management ("SAM") registration, it represented that it was a small business concern for the following NAICS codes:

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 334413 | SEMICONDUCTOR AND RELATED DEVICE MANUFACTURING | | 500 | Y |
| 334418 | PRINTED CIRCUIT ASSEMBLY (ELECTRONIC | | 500 | Y |

-7-

| | | | | |
|---|---|---|---|---|
| | ASSEMBLY) MANUFACTURING | | | |
| 334511 | SEARCH, DETECTION, NAVIGATION, GUIDANCE, AERONAUTICAL AND NAUTICAL SYSTEM AND INSTRUMENT MANUFACTURING | | 750 | Y |
| 335999 | ALL OTHER MISCELLANEOUS ELECTRICAL EQUIPMENT AND COMPONENT MANUFACTURING | | 500 | Y |
| 541330 | Engineering Services | 1 | $15000000 | Y |
| 541330 | Military and Aerospace Equipment and Military Weapons | 2 | $38500000 | Y |
| 541330 | Contracts and Subcontracts for Engineering Services Awarded Under the National Energy Policy Act of 1992 | 3 | $38500000 | Y |
| 541330 | Marine Engineering and Naval Architecture | 4 | $38500000 | Y |
| 541420 | INDUSTRIAL DESIGN SERVICES | | $7500000 | Y |
| 541511 | CUSTOM COMPUTER PROGRAMMING SERVICES | | $27500000 | Y |
| 541512 | COMPUTER SYSTEMS DESIGN SERVICES | | $27500000 | Y |

-8-

*See* Exhibit 1, GET's October 2014 Representations on SAM; *see also* Exhibit 2, GET's January 2016 Representations on SAM.

33.   In addition to the criteria to be considered a small business concern, there are two requirements that must be met before a small business may claim the WOSB designation:  "(1) at least 51 percent of [the] small business concern is owned by one or more women  . . .; and (2) the management and daily business operations of the business are controlled by one or more women."  15 U.S.C. § 632(n).

34.   As for the second eligibility prong, the SBA regulations provide that "[c]ontrol by one or more women . . . means that both the long-term decision making and the day-to-day management and administration of the business operations must be conducted by one or more women."  13 C.F.R. § 127.202(a). The SBA regulations further state that in order to control a WOSB, "[a] woman . . . must hold the highest officer position in the concern and must have managerial experience of the extent and complexity needed to run the concern."  *Id.* at § 127.202(b).

35.   Moreover, in order to control a WOSB, the SBA regulations also state that:

> The woman . . . who holds the highest officer position of the concern must manage it on a full-time basis and devote full-time to the business concern during the normal working hours of business concerns in the same or similar line of business.  The woman . . . who holds the highest officer position may not engage in outside employment that prevents her from devoting sufficient time and attention to the daily affairs of the concern to control its management and daily business operations.

*Id.* at § 127.202(c).

36.     Congress has emphasized the importance of ensuring that government contracts are assigned to WOSB contractors by establishing an annual goal of "not less than 5 percent of the total value of all prime contract and subcontract awards for each fiscal year."  15 U.S.C. § 644(g)(1)(A)(v).

37.     The Small Business Act further provides that:

> It is the policy of the United States that small business concerns, . . . and small business concerns owned and controlled by women, shall have the maximum practicable opportunity to participate in the performance of contracts let by any Federal agency, including contracts and subcontracts for subsystems, assemblies, components, and related services for major systems.

15 U.S.C. § 637(d)(1).

38.     To accomplish this requirement, prime contractors are required to submit to the procuring authority a subcontracting plan on how the contractor will provide opportunities for small businesses, WOSBs, and other designated small businesses.  *Id.* at § 637(d)(4).  The subcontracting plan "shall be included in and made a material part of the contract," and the "failure of any contractor or subcontractor to comply in good faith" with a subcontracting plan "shall be a material breach of such contract or subcontract."  *Id*. at § 637(d)(4), (d)(9).

39.     Congress specifically directed that any small business concern that is found to have "misrepresented the status of that concern as a small business concern owned and controlled by women" shall be liable for False Statements and subject to the penalties set forth in the False Claims Act.  15 U.S.C. § 637(m)(5)(C).

D.     Importance of WOSB Status to the Government

40.     GET's claimed WOSB status was important both to customers and the Government.

41.     The Comprehensive Subcontracting Plan Group ("CSPG") of the Defense Contract Management Agency ("DCMA") is responsible for ensuring that Government defense contractors meet all of the requirements for hiring small businesses, including WOSBs.

42.     These CSPG employees work full time with Government contractors in what is typically a year-long process for each contract that begins with plans submitted by the contractors, followed by negotiations between the parties regarding the plans — including the extent to which the plans provide for the hiring of WOSB subcontractors — and culminating in approval of the plans by the CSPG.

43.     The CSPG then conducts annual reviews of the contractors, looking at samples of the subcontractors employed to ensure that, where appropriate, they are WOSBs; if the CSPG identifies a discrepancy, DCMA's practice is to disallow the dollars paid to the contractor for that particular subcontractor's work unless and until the discrepancy is resolved.

44.     At the end of the process, the contractors are given a rating, and these ratings may then be used in ranking the contractors in the decisions regarding whether to award future Government contracts.

45.     Moreover, due to the importance of preserving the integrity of the procurement system, Congress passed the Small Business Jobs Act of 2010 in order to codify the calculation of damages for misrepresentation under the FCA. This statute significantly increases the ante for prosecutions both by the Government and qui tam relators.

46.     The "Presumed Loss Rule," codified as 15 U.S.C. § 632(w)(1), provides a presumption of loss to the Government equal to the total amount expended on the contract.  That is, where the Government intended the contract to benefit an eligible small business, and an ineligible business received the benefit of that contract, the entire amount paid to the ineligible contractor becomes the loss to

the Government. This codification is significant because contractors are liable for three times the total amount of money received under the contract plus the penalties and other fees. 31 U.S.C. § 3729.

## FACTUAL BACKGROUND

E.      The Fraudulent Scheme

1.      Rodney and Guille Tuttle Create A Sham WOSB

47.     In 1982, Rodney Tuttle, a former Navy civilian employee working in the Navy Tactical Data System ("NTDS") market, founded GET and named himself Chief Technology Officer.  Mr. Tuttle intended for GET to focus on the niche NTDS market that he had specific Navy experience working on as a civilian employee of the Navy.

48.     Mr. Tuttle, aware of the socio-economic benefits for WOSBs in federal Government contracting, decided to co-found GET with his wife, Guille E. Tuttle, who he also named the business after (*i.e.*, GET).  Ms. Tuttle did not have any technical background in Navy programs, NTDS, or prior experience with federal Government contracting.

49.     Ms. Tuttle was named Chief Financial Officer and majority owner with a 51% ownership interest in GET with the remaining 49% interest held by Mr. Tuttle.

50.     Despite her title as Chief Financial Officer, Ms. Tuttle has never been listed on GET's website as a part of the company's management team.  Nor has Ms. Tuttle ever been involved in GET's daily business operations.  In fact, none of GET's press releases even mention Ms. Tuttle, let alone any involvement by her in the management and daily business operations of the company.

2.      Defendants Consistently Represented GET As A Legitimate WOSB, Even Though They Knew It Was Not

51.     GET, in its public filings and representations to the Government and prime contractors, repeatedly represented that it was a legitimate WOSB.

-12-

a.   Representations On GET's Website

52.   From at least 2003 through December 2015, GET represented on its website (and in press releases posted on its website): "[w]e are a Woman Owned Small Business (WOSB) dedicated to providing the United States Department of Defense and its coalition forces the most cost effective products and solutions available."  *See, e.g.*, Exhibit 3, GET's June 2015 "About Us" Page.

b.   GET's Annual Representations On SAM

53.   Government contractors, such as GET, are required to represent and recertify their status in SAM on an annual basis in accordance with 13 C.F.R § 127.300.  Government contracting officers and prime contractors in turn are required to review a contractor's SAM representations and to incorporate them into any awarded contract.

54.   GET, in its annual representations on the SAM federal database, represented that it was a WOSB and further represented, subject to penalties under 15 U.S.C. § 645(d), that it was a WOSB in response to clause 48 C.F.R. 52.219-1 Small Business Program Representations (Alternate I).

55.   In relevant part, 48 C.F.R. 52.219-1 Small Business Program Representations (Alternate I) provides:

> 52.219-1   Small Business Program Representations.
>
> (a) Definitions. As used in this provision—
>
> . . . .
>
> Small business concern means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (b) of this provision.
>
> . . . .

1   Women-owned small business concern means a small

2   business concern—

3   (1) That is at least 51 percent owned by one or more

4   women; or, in the case of any publicly owned business, at

5   least 51 percent of the stock of which is owned by one or

6   more women; and

7   (2) Whose management and daily business operations are

8   controlled by one or more women.

9   Women-owned small business (WOSB) concern eligible

10   under the WOSB Program (in accordance with 13 CFR

11   part 127), means a small business concern that is at least

12   51 percent directly and unconditionally owned by, and

13   the management and daily business operations of which

14   are controlled by, one or more women who are citizens of

15   the United States.

16   . . . .

17   (c) Representations.

18   (1) The offeror represents as part of its offer that it ☐is,

19   ☐is not a small business concern.

20   . . . .

21   (3) [Complete only if the offeror represented itself as a

22   small business concern in paragraph (c)(1) of this

23   provision.]  The offeror represents as part of its offer that

24   it ☐is, ☐is not a women-owned small business concern.

25   (4) Women-owned small business (WOSB) concern

26   eligible under the WOSB Program.  [Complete only if

27   the offeror represented itself as a women-owned small

28

business concern in paragraph (c)(3) of this provision.]

The offeror represents as part of its offer that—

(i) It ☐is, ☐is not a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

(ii) It ☐is, ☐is not a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(4)(i) of this provision is accurate for each WOSB concern eligible under the WOSB Program participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern eligible under the WOSB Program and other small businesses that are participating in the joint venture: _____.] Each WOSB concern eligible under the WOSB Program participating in the joint venture shall submit a separate signed copy of the WOSB representation.

. . . .

(d) Notice.

. . . .

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged women-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference

-15-

programs established pursuant to section 8, 9, 15, 31, and
36 of the Small Business Act or any other provision of
Federal law that specifically references section 8(d) for a
definition of program eligibility, shall—
(i) Be punished by imposition of fine, imprisonment, or
both;
(ii) Be subject to administrative remedies, including
suspension and debarment; and
(iii) Be ineligible for participation in programs conducted
under the authority of the Act.

56.     Each year since 2003, GET's General Manager Leslie Adams has updated GET's representations on SAM.  And each year, Ms. Adams has stated on SAM that:

I have read each of the FAR and DFARS provisions
presented below. By submitting this certification I, Leslie
Adams, am attesting to the accuracy of the
representations and certifications contained herein,
including the entire NAICS table. I understand that I may
be subject to penalties if I misrepresent Get Engineering
Corp. in any of the below representations or certifications
to the Government.

*See, e.g.*, Exhibit 1, GET's October 2014 Representations on SAM.

57.     In the annual representations on SAM, which are incorporated by reference into every prime contract and subcontract under prime contracts, Ms. Adams represented, subject to penalties under 15 U.S.C. § 645(d), that GET was a WOSB in accordance with 13 CFR Part 127 whose management and daily business operations are controlled by one or more women.  In particular,

Ms. Adams, at the direction of Messrs. MacNeil, Grundies, and Tuttle, made the
following annual representations on SAM:

(1)** The offeror represents as part of its offer that it ☑
is, ☐ is not a small business concern.

(2) [Complete only if the offeror represented itself as a
small business concern in paragraph (b)(1) of this
provision.]  The offeror represents, for general statistical
purposes, that it ☐ is, ☑ is not, a small disadvantaged
business concern as defined in 13 CFR 124.1002.

(3)** [Complete only if the offeror represented itself as a
small business concern in paragraph (b)(1) of this
provision.]  The offeror represents as part of its offer that
it ☑ is ☐ is not, a women-owned small business
concern.  (See Below)

(4)** Women-owned small business (WOSB) concern
eligible under the WOSB Program. [Complete only if the
offeror represented itself as a women-owned small
business concern in paragraph (b)(3) of this provision]
The offeror represents as part of its offer that:

(5)** Economically disadvantaged women-owned small
business (EDWOSB) concern.  [Complete only if the
offeror represented itself as a women-owned small
business concern eligible for the WOSB Program in
(b)(4) of this provision] The offeror represents as part of
its offer that:

(i) It ☑ is ☐ is not, a WOSB concern eligible under the
WOSB Program, has provided all the required documents
to the WOSB Repository, and no change in

-17-

circumstances or adverse decisions have been issued that affects its eligibility;

. . . .

(c) Definitions. As used in this provision-

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

*See, e.g.*, Exhibit 1, GET's October 2014 Representations on SAM.

c.      GET Used Its WOSB Status To Bid On GSA Contracts

58.     For its GSA Schedule 70 contract GS-35F-0636S, for which GET obtained at least $11 million in contract awards, GET also represented that it was a WOSB, including in the "GSA eLibrary," "GSA Schedule Pricelist," and its "GSA Advantage."  *See* Exhibit 4, GET's Representations to GSA.

d.     GET Also Represented To The Navy That It Was A Legitimate WOSB

59.     In its Navy SeaPort schedule contract N00178-14-D-7297, one of GET's largest federal Government contracts, GET also represented that it was a WOSB.  *See* Exhibit 5, GET's Status on the Navy's SeaPort Schedule System.

F.     Contrary To GET's Representations, No Woman Has Held The Highest Officer Position Or Managed And Controlled GET Since At Least 2003

60.     The claims that GET was a WOSB were false because GET was never managed and controlled by a woman.  As explained further below, men – not women as is required to claim the WOSB designation – held the highest officer position and exercised all management and control of GET during the entire period at issue.

61.     From at least 2003 until the end of December 2015, neither Ms. Tuttle, nor any woman employed with GET managed and controlled the daily business operations of the company, which is required to claim the WOSB designation.  *See* 13 C.F.R. § 127.202(a).

62.     Nor has any woman held the highest officer position at GET during that time period, which also is required to claim the WOSB designation.  *See* 13 C.F.R. § 127.202(b).

63.     Rather, men have actually controlled and managed the company during the entire time period at issue.  In 2003, GET named Greg MacNeil its President and CEO and, from 2003 to 2013, Mr. MacNeil managed and controlled GET's daily business operations.  In a September 2013 press release posted on GET's website, GET proudly marketed Mr. MacNeil's leadership and control of the company, stating that "*MacNeil has led the company of twenty employees since 2003*."  *See* Exhibit 6, "New GET CEO," GET's Website News (emphasis added); *see also* Exhibit 7, December 2010 Amendment to GET's Articles of Incorporation (listing Greg MacNeil as President).

64.     Ten years later, in 2013, Mr. MacNeil retired and GET named its then-Vice President, David Grundies, as its new President and CEO.  Again, in a September 2013 press release posted on GET's website, GET marketed that a man would continue to lead and control the company, stating that "*Retiring President and CEO Greg MacNeil passed the helm to Captain David Grundies, USN (Ret.)*." Exhibit 6, "New GET CEO," GET's Website News (emphasis added).

65.     From 2013 until the end of December 2015, Mr. Grundies led and controlled GET's operations.  *See* Exhibit 8, GET's June 2015 Management Team Website (identifying Mr. Grundies as "President/CEO"); Exhibit 9, May 2014 California Secretary of State Filing (identifying Mr. Grundies as "Chief Executive Officer").

66.     Moreover, all relevant articles and press releases published on GET's website confirm that Mr. Grundies was the highest officer and leader of the company.  *See, e.g.,* Exhibit 10, June 2014 Executive Roundtable Article in The Daily Transcript (identifying Mr. Grundies as "President"); Exhibit 11, October 2015 GET Manufacturing Day Press Release (identifying Mr. Grundies as "CEO").

67.     Despite the fact that GET's California State Filings and its own press releases demonstrate that men have held the highest officer positions at GET and have "led the company of twenty employees since 2003," GET, in its public filings and representations to the federal Government and prime contractors during the relevant time period, represented that it was a legitimate WOSB.

G.     GET Used Its False WOSB Status To Gain A Competitive Advantage

68.     Defendants were well aware that being a WOSB would provide a competitive advantage because of the program's importance to the Government.

69.     Defendants also were aware of the requirements for claiming WOSB status, which GET in fact did not meet.

70.     From at least 2003 until December 2015, Ms. Adams, at the direction of Messrs. MacNeil, Grundies, and Tuttle, annually represented on SAM that GET was a WOSB in accordance with 13 CFR Part 127 whose management and daily business operations were controlled by one or more women.  *See, e.g.*, Exhibit 1, GET's October 2014 Representations on SAM.

71.     Even though Ms. Adams and Messrs. MacNeil, Grundies, and Tuttle knew that men (*i.e.*, MacNeil and Grundies) controlled both the long-term decision making and the day-to-day management and administration of GET, Defendants repeatedly claimed WOSB status on SAM because they knew it would provide a competitive advantage because of the program's importance to the Government.

H.     GET's Misrepresentations Regarding Its WOSB Status Resulted In Millions Of Dollars In Profits From Fraudulently Induced Government Contracts

72.     Between 2003 and 2015, the relevant time period during which GET knowingly misrepresented itself as a WOSB, it earned millions of dollars from contracts with the Government and large prime contractors it knew were being funded by the United States.

73.     Specifically, GET earned approximately $15 million in United States prime contracts, and at least $750,000 in subcontracts from large prime contractors that were funded by the federal Government, while misrepresenting that it was a WOSB.

74.     GET's false representations regarding its WOSB status likely tainted each and every single contract it received from the United States, including, but not limited to, those listed in the following tables:

| GSA Contracts | | |
| --- | --- | --- |
| **Award Date** | **Contract Number** | **Award Amount** |
| 09/14/06 | G535F0636S | $6,232,126.95 |
| 04/08/08 | G535F0636S | $756,933.00 |

-21-

| 03/18/09 | G535F0636S | $830,391.00 |
|---|---|---|
| 06/22/10 | G535F0636S | $149,986.00 |
| 09/30/10 | G535F0636S | $274,620.00 |
| 07/08/11 | G535F0636S | $150,040.00 |
| 09/12/11 | G535F0636S | $396,475.00 |
| 05/24/12 | G535F0636S | $1,292,197.00 |
| 09/19/12 | G535F0636S | $328,362.00 |
| 09/20/12 | G535F0636S | $149,606.00 |
| 12/03/12 | G535F0636S | $149,386.00 |
| 01/24/13 | G535F0636S | $87,663.00 |
| 06/13/13 | G535F0636S | $86,419.00 |
| 07/09/13 | G535F0636S | $36,324.00 |
| 08/20/13 | G535F0636S | $149,605.00 |
| 09/01/13 | G535F0636S | $8,352.00 |
| 09/16/14 | G535F0636S | $224,926.00 |
| **TOTAL** | | **$11,303,411.95** |

| Navy Contracts | | |
|---|---|---|
| **Contract Start Date** | **Contract Number** | **Award Amount** |
| 03/04/00 | N6339499P0672 | $761,296.00 |
| 04/14/00 | N0016400M1087 | $28,665.00 |
| 05/25/00 | N0042100M0741 | $33,180.00 |
| 07/10/00 | N6339400PS065 | $52,292.00 |

| | | |
|---|---|---|
| 10/16/00 | N6339400P0544 | $263,868.00 |
| 02/22/01 | N6523601P0373 | $42,470.00 |
| 02/21/01 | N0010401PLD50 | $43,175.00 |
| 02/22/01 | SPM7M811V1671 | $5,010.00 |
| 04/26/01 | N6339401P0336 | $79,960.00 |
| 09/20/01 | N0016401M2430 | $31,124.00 |
| 10/22/01 | N0042102M3150 | $98,490.00 |
| 12/31/01 | N0017802M2021 | $9,980.00 |
| 01/03/02 | N6339402P0088 | $54,395.00 |
| 03/04/02 | N6600102MX007 | $65,160.00 |
| 04/29/02 | N6339402P0206 | $27,360.00 |
| 09/10/02 | N6327302P0064 | $6,550.00 |
| 09/11/02 | N0042102D0127 | $376,800.00 |
| 12/31/02 | N0024403P0794 | $4,500.00 |
| 06/27/03 | N6327303P0062 | $13,450.00 |
| 09/26/03 | N0017803M2151 | $6,610.00 |
| 09/14/04 | N6600104FRA28 | $47,328.00 |
| 09/26/04 | N6523604PA391 | $2,230.00 |
| 10/13/04 | N6660405M0104 | $2,525.00 |
| 11/16/04 | N6523605P0547 | $8,860.00 |
| 03/01/05 | N0025305M0344 | $2,930.00 |
| 03/16/05 | N6600105MP087 | $6,949.00 |
| 06/24/05 | N0010405PGE02 | $4,700.00 |

COMPLAINT

| 06/03/05 | N0025305P0045 | $5,740.00 |
|---|---|---|
| 08/01/05 | N0038305PA215 | $32,475.00 |
| 08/23/05 | N6339405P0822 | $62,250.00 |
| 09/22/05 | N6339405P0936 | $9,985.00 |
| 10/19/05 | HSCG2806P3TDC09 | $3,350.00 |
| 02/22/06 | N6600106MN028 | $12,680.00 |
| 03/09/06 | N0038306P8088 | $32,475.00 |
| 03/15/06 | N6339406P0205 | $13,970.00 |
| 06/14/06 | N0025306P0635 | $5,690.00 |
| 07/12/06 | N6339406P0469 | $5,520.00 |
| 09/15/06 | N0025306P0624 | $2,985.00 |
| 09/15/06 | N6600106MQ214 | $66,144.00 |
| 09/26/06 | N6523606V0446 | $61,891.00 |
| 10/24/06 | N6600107MH004 | $14,766.00 |
| 03/30/07 | N6339407P0273 | $13,970.00 |
| 04/05/07 | N6600107MP106 | $3,170.00 |
| 04/17/07 | N6523607V2582 | $1,920.00 |
| 06/19/07 | N6339407P0454 | $13,970.00 |
| 08/11/07 | N6523607P4782 | $6,949.00 |
| 09/07/07 | M6890907M1090 | $5,020.00 |
| 10/15/07 | N6523608P2212 | $13,400.00 |
| 12/26/07 | N6339408P080 | $6,950.00 |
| 04/04/08 | FA480008P0090 | $67,160.00 |

| | | |
|---|---|---|
| 07/16/08 | N0024408P1895 | $216,165.00 |
| 07/23/08 | N6660408M4473 | $6,925.00 |
| 06/04/09 | M6890909M1038 | $5,640.00 |
| 06/08/09 | N0042109P0379 | $3,763.00 |
| 08/29/06 | N0042106P0822 | $62,480.00 |
| 09/11/09 | FA701409P0154 | $48,314.00 |
| 09/22/09 | N0024409P2149 | $22,050.00 |
| 09/26/09 | N0024409P2092 | $18,575.00 |
| 03/31/10 | N0010410PLC60 | $19,306.00 |
| 06/14/10 | N6339410P0334 | $4,665.00 |
| 07/14/10 | SPRMM110PYG72 | $6,690.00 |
| 08/02/10 | N6339410P0449 | $12,321.67 |
| 08/05/10 | N0010410PLD97 | $2,720.00 |
| 08/16/10 | N6339410P0463 | $1,009.00 |
| 08/16/10 | SPRMM110VYG51 | $43,101.00 |
| 09/22/10 | SPRMM110PYJ43 | $12,926.00 |
| 11/03/11 | SPRMM112PYB18 | $5,490.00 |
| 02/24/12 | SPRMM112PYD68 | $47,205.00 |
| 04/25/12 | SPRMM112PWG02 | $5,253.00 |
| 05/18/12 | N0038312PF276 | $2,720.00 |
| 08/22/12 | FA489012P0013 | $28,956.00 |
| 05/09/13 | N6600113P7841 | $6,595.00 |
| 11/19/13 | N0017814D7297 | $2,501.00 |

COMPLAINT

| 09/12/14 | N6600114P6892 | $21,525.00 |
|---|---|---|
| 09/29/14 | N6523614V1569 | $39,325.00 |
| 09/30/14 | SPE4A614MM227 | $9,250.00 |
| 02/13/15 | N6600115P6330 | $3,275.00 |
| 06/16/15 | N6600105MW074 | $3,510.00 |
| 10/19/15 | HSCG2806P3TDC09 | $3,350.00 |
| **TOTAL** | | **$3,207,892.67** |

75.     GET's website also indicates that the company has obtained subcontracts from some of the largest government contractors in the defense industry, such as Northrop Grumman Defense Mission Systems, Inc., L-3 Communications Corporation, Raytheon, Lockheed Martin, GE Intelligent Platforms, US, BAE Systems Australia, Mikros Systems Inc., AMSEC LLC, and General Dynamics.  *See* Exhibit 12, GET's Subcontracting Partners.

76.     GET used its WOSB status to obtain millions of dollars from these large prime contractors who are contractually obligated to maintain a small business subcontracting plan and to employ best efforts to award a certain percentage of subcontracts to WOSBs.  *See* 15 U.S.C. § 637(d).

77.     Each of these prime contractors, in turn, relied upon GET's claimed status as a WOSB and included GET in its subcontracting plan submitted to the Government.

78.     GET's false representations regarding its WOSB status likely tainted each and every single subcontract it received from a prime government contractor, including, but not limited to, those listed in the following table:

/ / /

/ / /

| Award Date | Subcontract No. | Prime Contractor | Award Amount |
|---|---|---|---|
| 2013 | 7500111916 | Northrop Grumman Defense Mission Systems, Inc. | $622,350 |
| 2013 | 300335 CLIN 001 | L-3 Communications Corporation | $27,504 |
| 2014 | 4500037508 | L-3 COMMUNICATIONS CORPORATION | $36,564 |
| 2015 | 4500069892 | L-3 COMMUNICATIONS CORPORATION | $27,880 |
| 2015 | AM1515941 | AMSEC LLC | $37,735 |
| **Total** | | | **$752,033** |

I.   IXI Disclosure To Navy Regarding GET's Fraudulent Misuse Of The WOSB Designation Prompts Changes To Get's Website, SAM Representations, And State Filings

79.    In August 2015, IXI submitted to the Navy a report of suspected misuse of the WOSB designation by GET.  The disclosure was based on preliminary information then known to IXI.

80.    In late 2015, through non-public channels, GET learned of the concerns that were expressed in IXI's disclosure regarding its WOSB status and thereafter changed its representations on the SAM federal database to indicate that it was no longer a WOSB in accordance with 13 C.F.R. Part 127.  *Compare* Exhibit 1, GET's October 2014 Representations on SAM, *with* Exhibit 2, GET's January 2016 Representations on SAM.

81.    Around this time, GET's male President and Chief Executive Officer, David Grundies, left the company and, shortly thereafter, GET changed its website to remove him from the listed "Management Team."  *See* Exhibit 13, GET's February and September 2016 Revised "Management Team" Page.

COMPLAINT

82.     GET also changed the prior representation that appeared on its website that "We are a Woman Owned Small Business (WOSB) . . ." to represent that "GET is a Small Business Woman Owned."  Exhibit 14, GET's February and September 2016 Revised "About Us" Page.  GET intentionally amended its website in a manner that continued to mislead the public and its customers regarding its status.

83.     Moreover, on December 28, 2015, GET amended its California State Filings and, for the first time since at least 2003, listed Ms. Guille Tuttle as having the highest officer position:  Chief Executive Officer.  *See* Exhibit 15, GET's December 2015 Revised California State Filing.  Despite this change to its state filings, Ms. Tuttle still has no role at GET and is not listed on its website under "Management Team," where GET previously identified its former CEOs, including Mr. Grundies.  *See* Exhibit 13, GET's February 2016 Revised "Management Team" Page.

84.     Further, on April 18, 2016, GET announced that Leslie Adams had been promoted to Chief Operating Officer.  *See* Exhibit 16, GET's April 2016 Press Release Regarding Ms. Adams' Promotion.  Confirming that Ms. Adams (1) had not previously held the highest officer position (*i.e.*, President and/or Chief Executive Officer) at GET and (2) had not previously been in control of both the long-term decision making and the day-to-day management and administration of GET, the company's press release states that:

> *GET Engineering promotes 29-year veteran Ms. Leslie*
> *Adams, General Manager to Chief Operations Officer.*
>
> . . . .
>
> Dr. Kuroda will report directly to Ms. Leslie Adams,
> Chief Operations Officer.
>
> . . . .

1
2
3

> *Ms. Leslie Adams recently expanded her role in the*
> *company* to include all operations as the Chief
> Operations Officer.

4

> . . . .

5
6
7
8

> 'GET has always been a company built on its hard
> working employees and is pleased to promote David to
> this new role and welcome Roger as an important
> member of the management team', said Ms. Adams.

9

> . . . .

10
11
12
13

> *GET is a Small Business Woman Owned* dedicated to
> providing the United States Department of Defense and
> its coalition forces the most cost effective tactical
> communication products and solutions available.

14 *Id.* (emphasis added).

15 **J.    IXI Continued To Investigate, Subsequently Recording And Reporting**
16        **GET's Ongoing Misconduct To The Navy**

17        85.    IXI continued to monitor GET's activities and compiled further
18 information evidencing their misuse of the WOSB designation.  On October 5,
19 2016, IXI submitted a supplemental disclosure to the Navy, which detailed
20 additional findings and provided further evidence of GET's fraudulent scheme.
21 *See* Exhibit 17, Letter to SDO Catherine Kessmeier (October 5, 2016).

22        86.    On November 15, 2016, at the Navy's request, IXI's investigators met
23 in person with the Navy's then Suspending and Debarment Official ("SDO") to
24 discuss IXI's disclosure regarding GET's misuse of the WOSB designation.  At
25 this meeting, IXI investigators meticulously detailed that GET represented it knew
26 the WOSB requirements, that GET was aware of the penalties for falsely claiming
27 to be a WOSB, that GET continued to falsely state that it was a WOSB to deceive
28 its customers and gain an unfair competitive advantage, that GET attempted to

cover-up its fraud, and that GET has failed to disclose its unlawful conduct under the Mandatory Disclosure Rule of FAR 52.203-13(c)(2)(ii)(F).  *See* Exhibit 18, Presentation ISO GET Disclosure Powerpoint.

K.      GET Again Changes Its WOSB Designation and Secures Lucrative Subcontracts

87.     On November 21, 2016, just six days after IXI's disclosure meeting with Navy officials, GET again changed its SAM representation, this time representing that it is a WOSB.  *See* Exhibit 19, November 2016 SAM Representation by GET Engineering.  Notably, this representation is not signed by anyone, including Leslie Adams, despite the fact that she had been the signatory for years.  *Id.*  Nevertheless, in filling out the representation on SAM, the individual doing so affirmed:  "I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent in any of the above representations or certifications to the Government."  *Id.*  IXI discovered this change in December 2016, and this information was once again passed on to the Navy.  *See* Exhibit 20, December 22, 2016 Email from T. Canni to P. Hadji.

88.     In fiscal years 2016 and 2017, GET further secured over $1.3 million worth of subcontracts while publicly holding itself out as a WOSB.  *See* Exhibit 21, usaspending.gov report for GET Engineering FY 2016-2017.  GET used its WOSB status to obtain these subcontracts from large prime contractors who are contractually obligated to maintain a small business subcontracting plan and to employ best efforts to award a certain percentage of subcontracts to WOSBs.  See 15 U.S.C. § 637(d).

89.     In mid-2017, GET once again changed its website and SAM representation. GET's prior representation on its website that "GET is a Small Business Woman Owned," now simply state "GET is a Small Business . . . ."  *See* Exhibit 22, GET's January 2018 Revised "About Us" Page.  On or around May 8,

2017, GET also changed its SAM representation, to no longer reflect that it is a WOSB.  *See* Exhibit 23, May 2017 SAM Representation by GET Engineering.

### **FIRST CLAIM**

### **Violations of the False Claims Act: Presentation of False Claims**

### (31 U.S.C. § 3729(a)(1)(A))

90.     The United States and Relator incorporate by reference paragraphs 1-87 as if fully set forth in this paragraph.

91.     As set forth above, in connection with the foregoing schemes, Defendants knowingly, or with reckless disregard for the truth, presented and/or caused to be presented false or fraudulent claims for payment or approval in connection with the submission of claims for payment for contractual services, which contracts were fraudulently obtained.

92.     The Navy and GSA paid out millions of dollars in federal funds because of Defendants' fraudulent conduct.

93.     Moreover, as set forth above, in connection with the foregoing schemes, Defendants knowingly, or with reckless disregard for the truth, presented and/or caused to be presented false or fraudulent claims for payments to large prime government contractors, which are recipients of federal funds, and such funds were spent or used by these contractors on the Government's behalf and to advance the Government's interest.

94.     By reason of these false claims by Defendants, the United States has sustained damages in the amount of the payments made to GET under its improperly obtained contracts and subcontracts to be determined at trial, and is entitled to a civil penalty as required by law for each violation.

/ / /

/ / /

## SECOND CLAIM

## Violations of the False Claims Act: Making or Using a False Record or Statement

### (31 U.S.C. § 3729(a)(1)(B))

95.     The United States and Relator incorporate by reference paragraphs 1-87 as if fully set forth in this paragraph.

96.     As set forth above, in connection with the foregoing schemes, Defendants falsely obtained GET's WOSB representation based on numerous misrepresentations in its initial application materials and its supplemental application materials.

97.     Since 2003, Defendants made numerous actionable false statements to the government, including the misrepresentations in GET's annual representation to SBA (*i.e.*, that no changes that could affect GET's eligibility have occurred), in GET's annual representation on SAM, and in GET's bid and proposal materials it submitted to the Navy, GSA, and to large prime government contractors to obtain contracts (*i.e.*, that GET was a bona fide and eligible WOSB).

98.     Defendants made these false statements with knowledge of, and/or with reckless disregard to, their falsity.

99.     Defendants' false statements in this regard were material, as they had the natural tendency to influence, or be capable of influencing, the awarding of GET's contracts and subcontracts, extensions and modifications of those contracts and subcontracts, and the payments made under those contracts.

100.    By reason of these false statements, the United States has sustained damages in the amount of the payments made to GET under its improperly obtained contracts and subcontracts to be determined at trial, and is entitled to a civil penalty as required by law for each violation.

## THIRD CLAIM

### Violation of the False Claims Act: Conspiracy

### (31 U.S.C. § 3729(a)(1)(C))

101.   The United States and Relator incorporate by reference paragraphs 1-87 as if fully set forth in this paragraph.

102.   By reason of the foregoing conduct, Defendants conspired to commit a violation of 31 U.S.C. §§ 3729(a)(1)(A) and (B).

103.   Defendants concocted a scheme and maintained that scheme since 2003, to submit false claims and false statements to the United States by falsely obtaining and maintaining GET's WOSB representation, using that representation to improperly obtain government contracts and subcontracts, and submitting invoices and other demands for payment under GET's improperly obtained government contracts and subcontracts, as set forth in detail above.

104.   By reason of Defendants' conspiracy to make false statements and submit false claims, the United States was damaged in the amount of the payments made to GET under its improperly obtained contracts and subcontracts to be determined at trial.

## FOURTH CLAIM

### Violation of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989

### (12 U.S.C. §§ 1833(a), (c)(3))

105.   The United States and Relator incorporate by reference paragraphs 1-87 as if fully set forth in this paragraph.

106.   By reason of the foregoing conduct, Defendants knowingly made false statements and submitted false documents to the SBA for the purpose of influencing its actions, including its annual representation to the SBA (*i.e.,* that no changes that could affect GET's WOSB eligibility has occurred), in violation of 15 U.S.C. § 645(a).

107.   Under 12 U.S.C. § 1833(a) and § 1833(c)(3) and 28 C.F.R. § 85.3(a)(6), Defendants are therefore liable for civil penalties.

## **PRAYER FOR RELIEF**

108.   WHEREFORE, Relator requests that judgment be entered in the United States' and Relator's favor and against Defendants as follows:

A. On the First, Second, and Third Claims for Relief (Violations of the False Claims Act, 31 U.S.C. §§ 3729(a)(1)(A), (B), and (C)), for treble the United States' damages, in an amount to be determined at trial, plus civil penalties for each false or fraudulent claim presented;

B. Awarding Relator its relator's share pursuant to 31 U.S.C. § 3730(d)(1) or (2);

C. On the First, Second, and Third Claims for Relief, an award of costs and attorneys' fees pursuant to 31 U.S.C. § 3730(d);

D. On the Fourth Claim for Relief (Violation of FIRREA, 12 U.S.C. §§ 1833a(a), (c)(3)), a civil penalty of the maximum amount provided by law; and

E. Awarding such further relief as is proper.

Dated:  February 16, 2018

PILLSBURY WINTHROP SHAW PITTMAN LLP


By:    /s/ Aaron S. Dyer
       Aaron S. Dyer
       Todd J. Canni
       J. Matthew Carter
       Kevin R. Massoudi

Attorneys for Plaintiff/Relator
MC2 Sabtech Holdings, Inc. d/b/a
IXI Technology, Inc.

-34-

1

## **DEMAND FOR JURY TRIAL**

2   Relator, MC2 Sabtech Holdings, Inc. d/b/a IXI Technology, Inc. hereby

3 demands a jury trial, as provided by Rule 38 of the Federal Rules of Civil

4 Procedure, on all claims that are triable to a jury.

5

6  Dated:  February 16, 2018     PILLSBURY WINTHROP SHAW

7                PITTMAN LLP

8            /s/ Aaron S. Dyer

9        By:  Aaron S. Dyer

            Todd J. Canni

10           J. Matthew Carter

            Kevin R. Massoudi

11

12           Attorneys for Plaintiff/Relator

            MC2 Sabtech Holdings, Inc. d/b/a

13           IXI Technology, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-35-

# Exhibit 1

Exhibit 1
Page 36

| Username | Password |
|---|---|
|  |  |
| Forgot Username? | Forgot Password? | Create an Account |

# Entity Dashboard

Entity Overview

Entity Registration

    Core Data

    Assertions

    Reps & Certs

    POCs

Exclusions

    Active Exclusions

    Inactive Exclusions

    Excluded Family Members

**RETURN TO SEARCH**

**Get Engineering Corp.**

9350 Bond Ave
El Cajon, CA, 92021-2850 ,
UNITED STATES

DUNS: 066606138   CAGE Code: 6V412
Status: Inactive

Expiration Date: 10/31/2015
Purpose of Registration: All Awards

## Review Representations & Certifications

| Review Representations and Certifications |
|---|

HISTORICAL RECORD :2014-10-31

| 2014-10-31 13:51:13 ▼ |   **VIEW SELECTED RECORD** |

FAR Report                                                     FAR & DFARS Report

I have read each of the FAR and DFARS provisions presented on this page. By submitting this certification, I, Leslie Adams, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to criminal prosecution under Section 1001, Title 18 of the United States Code or civil liability under the False Claims Act if I misrepresent Get Engineering Corp. in any of these representations or certifications to the Government.

READ ONLY PROVISIONS - The following FAR and DFARS provisions are provided for you to read; they do not require completion of any data. Please note that when certifying at the bottom of the page, you are also certifying that you have read each one of these provisions.

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.222-38: Compliance with Veterans Employment Reporting Requirements

FAR 52.223-1: Biobased Product Certification

FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification

FAR 52.225-25: Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran - Representation and Certifications

FAR 52.227-6: Royalty Information (Alternate I)

FAR 52.209-2: Prohibition on Contracting with Inverted Domestic Corporations-Representation

DFARS 252.209-7001: Disclosure of Ownership or Control by the Government of a Terrorist Country

DFARS 252.209-7003 Reserve Officer Training Corps and Military Recruiting on Campus-Representation.

DFARS 252.225-7003: Report of Intended Performance Outside the United States and Canada-Submission with Offer

DFARS 252.225-7031: Secondary Arab Boycott of Israel

DFARS 252.225-7042: Authorization to Perform

DFARS 252.229-7012: Tax Exemptions (Italy)-Representation.

DFARS 252.229-7013: Tax Exemptions (Spain)-Representation.

DFARS 252.239-7011: Special Construction and Equipment Charges

DFARS 252.247-7023: Transportation of Supplies by Sea (Alternate I, II)

The FAR and DFARS provisions shown below have been populated based on data you provided earlier in your registration. Please open and review each provision before you proceed from this page. If you need to correct any data, a link will be provided to the relevant page for editing.

Exhibit 1

FAR 52.203-2: Certificate of Independent Price Determination.

FAR 52.204-3: Taxpayer Identification

FAR 52.204-5: Women-Owned Business (Other Than Small Business)

FAR 52.209-5: Certification Regarding Responsibility Matters

FAR 52.212-3: Offeror Representations and Certifications -Commercial Items (Alternate I & II)

> The NAICS for which you are identified as small are shown in the table below; and serves to complete the representation in 52.212-3(c)(1).
>
> You are certifying to all of the NAICS in the table so please review it in its entirety. These Y/N answers are located in the "Small Business?" column where a "Y" indicates "Small" and "N" indicates "Other than Small". This status is derived from the SBA's size standards.
>
> The NAICS shown are those you have entered. You may click the "View More" button to see your entity's size status for any existing NAICS.

FAR 52.214-14: Place of Performance-Sealed Bidding

FAR 52.215-6: Place of Performance

FAR 52.219-1: Small Business Program Representations (Alternate I)

> The NAICS for which you are identified as small are shown in the table below; and serves to complete the representation in 52.219-1(b)(2).
>
> You are certifying to all of the NAICS in the table so please review it in its entirety. These Y/N answers are located in the "Small Business?" column where a "Y" indicates "Small" and "N" indicates "Other than Small". This status is derived from the SBA's size standards.
>
> The NAICS shown are those you have entered. You may click the "View More" button to see your entity's size status for any existing NAICS.

---

**Small Business Program Representations (Apr 2012)**

- (a)

  - (1) The North American Industry Classification System (NAICS) code for this acquisition is See Note.*

  - (2) The small business size standard is See Note.

  - (3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

- (b) Representations.

  -

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 334413 | SEMICONDUCTOR AND RELATED DEVICE MANUFACTURING | | 500 | Y |
| 334418 | PRINTED CIRCUIT ASSEMBLY (ELECTRONIC ASSEMBLY) MANUFACTURING | | 500 | Y |
| 334511 | SEARCH, DETECTION, NAVIGATION, GUIDANCE, AERONAUTICAL, AND NAUTICAL SYSTEM AND INSTRUMENT MANUFACTURING | | 750 | Y |
| 335999 | ALL OTHER MISCELLANEOUS ELECTRICAL EQUIPMENT AND COMPONENT MANUFACTURING | | 500 | Y |
| 541330 | ENGINEERING SERVICES | 1 | $15,000,000.00 | Y |
| 541330 | MILITARY AND AEROSPACE EQUIPMENT AND MILITARY WEAPONS | 2 | $38,500,000.00 | Y |

Exhibit 1
Page 28

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 541330 | CONTRACTS AND SUBCONTRACTS FOR ENGINEERING SERVICES AWARDED UNDER THE NATIONAL ENERGY POLICY ACT OF 1992 | 3 | $38,500,000.00 | Y |
| 541330 | MARINE ENGINEERING AND NAVAL ARCHITECTURE | 4 | $38,500,000.00 | Y |
| 541420 | INDUSTRIAL DESIGN SERVICES | | $7,500,000.00 | Y |
| 541511 | CUSTOM COMPUTER PROGRAMMING SERVICES | | $27,500,000.00 | Y |
| 541512 | COMPUTER SYSTEMS DESIGN SERVICES | | $27,500,000.00 | Y |

**VIEW MORE**

○    (1)** The offeror represents as part of its offer that it ☑ is, ☐ is not a small business concern.

○    (2) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, for general statistical purposes, that it ☐ is ☑ is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

○    (3)** [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it ☑ is ☐ is not, a women-owned small business concern. (See Below)

○    (4)** Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (b)(3) of this provision] The offeror represents as part of its offer that:

■    (i) It ☑ is ☐ is not, a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

■    (ii) It ☐ is ☑ is not, a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(6)(i) of this provision is accurate in reference to the WOSB concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern or concerns that are participating in the joint venture:.] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.

○    (5)** Economically disadvantaged women-owned small business (EDWOSB) concern. [Complete only if the offeror represented itself as a women-owned small business concern eligible for the WOSB Program in (b)(4) of this provision] The offeror represents as part of its offer that:

■    (i) It ☐ is ☑ is not, an EDWOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

■    (ii) It ☐ is ☑ is not, a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(7) (i) of this provision is accurate in reference to the EDWOSB concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern or concerns that are participating in the joint venture:.] Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.

○    (6) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents as part of its offer that it ☐ is ☑ is not, a veteran-owned small business concern.

○    (7)** [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b) (6) of this provision.] The offeror represents as part of its offer that it ☐ is ☐ is not, a service-disabled veteran-owned small business concern.

■    *If you are responding to a Government solicitation for supplies or services under a NAICS code not listed in paragraph (b) of this certification, you must provide this certification directly to the Contracting Officer.*

Exhibit 1
Page 29

- **Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by  Get Engineering Corp. in their SAM registration.*

  - (8) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that-

    - (i) It ☐ is ☑ is not, a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

    - (ii) It ☐ is ☑ is not, a HUBZone joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(8)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture: .]Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

- (c) Definitions. As used in this provision-
"Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business concern eligible for the WOSB Program.
"Service-disabled veteran-owned small business concern"-

  - (1) Means a small business concern-

    - (i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

    - (ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

  - (2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

  - "Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (a) of this provision.

  - "Veteran-owned small business concern" means a small business concern-

    - (1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

    - (2) The management and daily business operations of which are controlled by one or more veterans.

  - "Women-owned small business concern" means a small business concern-

    - (1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

    - (2) Whose management and daily business operations are controlled by one or more women.
    "Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

- (d) Notice.

○   (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

○   (2) Under 15 U.S.C 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall

■    (i) Be punished by imposition of fine, imprisonment, or both;

■    (ii) Be subject to administrative remedies, including suspension and debarment; and

■    (iii) Be ineligible for participation in programs conducted under the authority of the Act.

**Alternate I (Apr 2011)**

(9) [Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.] The offeror shall check the catego in which its ownership falls:

- ☐   Black American.

- ☐   Hispanic American.

- ☐   Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

- ☐ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

- ☐ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

- ☐ Individual/concern, other than one of the preceding.

---

FAR 52.219-2: Equal Low Bids

FAR 52.219-22: Small Disadvantaged Business Status (Alternate I)

> The NAICS for which you are identified as small are shown in the table below; and serves to complete the representation in 52.212-3(c)(1).
>
> You are certifying to all of the NAICS in the table so please review it in its entirety. These Y/N answers are located in the "Small Business?" column where a "Y" indicates "Small" and "N" indicates "Other than Small". This status is derived from the SBA's size standards.
>
> The NAICS shown are those you have entered. You may click the "View More" button to see your entity's size status for any existing NAICS.

FAR 52.222-18: Certification Regarding Knowledge of Child Labor for Listed End Products

FAR 52.222-22: Previous Contracts and Compliance Reports

FAR 52.222-25: Affirmative Action Compliance

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

Exhibit 1
Page 41

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

DFARS 252.209-7002: Disclosure of Ownership or Control by a Foreign Government

DFARS 252.216-7008: Economic Price Adjustment-Wage Rates or Material Prices Controlled by a Foreign Government-Representation.

DFARS 252.225-7000: Buy American--Balance of Payments Program Certificate.

DFARS 252.225-7020: Trade Agreements Certificate.

DFARS 252.225-7022: Trade Agreements Certificate - Inclusion of Iraqi End Products.

DFARS 252.225-7035: Buy American Act--Free Trade Agreements--Balance of Payments Program Certificate (Alternate I, II, III, IV & V)

DFARS 252.247-7022: Representation of Extent of Transportation by Sea



Search Records
Data Access
Check Status
About
Help

Disclaimers
Accessibility
Privacy Policy

FAPIIS.gov
GSA.gov/IAE
GSA.gov
USA.gov

IBM v1.P.7.20171102-1229

WWW1

This is a U.S. General Services Administration Federal Government computer system that is "FOR OFFICIAL USE ONLY." This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

# Exhibit 2

Exhibit 2
Page 43

USER NAME | PASSWORD | [LOG IN]

Forgot Username? | Forgot Password?

Create an Account

# Entity
# Dashboard

Entity Overview

Entity Record

Core Data

Assertions

Reps & Certs

POCs

Reports

Service Contract Report

BioPreferred Report

Exclusions

Active Exclusions

Inactive Exclusions

Excluded Family Members

[RETURN TO SEARCH]

Get Engineering Corp.
DUNS: 066606138   CAGE Code: 6V412
Status: Active

9350 Bond Ave
El Cajon, CA, 92021-2850 ,
UNITED STATES

Expiration Date: 01/18/2017
Purpose of Registration: All Awards

## Entity Record

| Entity Record |
|---|
| Please see below for the entire Entity Registration record. If you would like have a copy of this list please use the **Print** button. |

[PRINT]

Current Record ⌄          [VIEW SELECTED RECORD]

DUNS Number:                        066606138
D&B Legal Business Name:            Get Engineering Corp.
Doing Business As:                  Get Engineering

| Core Data | [Expand All] | [Collapse All] |
|---|---|---|

**Business & TIN Information:**

**Business Information:**
| | |
|---|---|
| Business Start Date: | 09/24/1982 |
| Fiscal Year End Close Date: | 12/31 |
| Company Division Name: | GET Engineering Corporation |
| Company Division Number: | |
| Corporate URL: | www.getntds.com |
| Congressional District: | CA  50 |
| Registration Date: | 01/25/2002 |
| Activation Date: | 01/20/2016 |
| Expiration Date: | 01/18/2017 |
| Renewal Date: | 01/19/2016 |

**Physical Address:**
| | |
|---|---|
| Address Line: | 9350 Bond Ave |
| City: | El Cajon |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021  - 2850 |

**Mailing Address:**
| | |
|---|---|
| Address Line 1: | 9350 BOND AVENUE |
| Address Line 2: | |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021  - 2850 |

**CAGE/NCAGE Code**

| | |
|---|---|
| CAGE: | 6V412 |

**General Information**

| | |
|---|---|
| Country of Incorporation: | UNITED STATES |
| State of Incorporation: | CA |

**Business Types**

Check the registrant's Reps & Certs, if present, under FAR 52.212-3 or FAR 52.219-1 to determine if the entity is an SBA-certified HUBZone small business concern. Additional small business information may be found in the SBA's Dynamic Small Business Search if the entity completed the SBA Supplemental Pages during registration.

**Entity Structure**

Corporate Entity (Not Tax Exempt)

**Profit Structure**

For Profit Organization

**Entity Type**

Business or Organization

**Purpose of Registration**

All Awards

**Organization Factors**

Manufacturer of Goods

---

**Financial Information**

Do you accept credit cards as a method of payment?  Yes

**Account Details:**
CAGE Code:  6V412

**Electronic Funds Transfer:**

**Automated Clearing House (ACH):**

---

**Executive Compensation Questions**

Registrants in the System for Award Management (SAM) respond to the Executive Compensation questions in accordance with Section 6202 of P.L. 110-252, amending the Federal Funding Accountability and Transparency Act (P.L. 109-282). This information is not displayed in SAM. It is sent to USAspending.gov for display in association with an eligible award. Maintaining an active registration in SAM demonstrates the registrant responded to the questions.

---

**Proceedings Questions**

Registrants in the System for Award Management (SAM) respond to Proceedings questions in accordance with FAR 52.209-7 or FAR 52.209-8. This information is not displayed in SAM. It is sent to FAPIIS.gov for display as applicable. Maintaining an active registration in SAM demonstrates the registrant responded to the questions.

---

**Information Opt-Out**

I authorize my entity's information to be displayed in SAM's Public Search:     Yes

---

**Assertions**                                            [Expand All] | [Collapse All]

---

**Goods & Services:**

**NAICS Codes Selected:**

| Primary | NAICS Code | Description |
|---------|------------|-------------|
|  | 334413 | SEMICONDUCTOR AND RELATED DEVICE MANUFACTURING |
| Yes | 334418 | PRINTED CIRCUIT ASSEMBLY (ELECTRONIC ASSEMBLY) MANUFACTURING |
|  | 334511 | SEARCH, DETECTION, NAVIGATION, GUIDANCE, AERONAUTICAL, AND NAUTICAL SYSTEM AND INSTRUMENT MANUFACTURING |
|  | 335999 | ALL OTHER MISCELLANEOUS ELECTRICAL EQUIPMENT AND COMPONENT MANUFACTURING |
|  | 541330 | ENGINEERING SERVICES |
|  | 541420 | INDUSTRIAL DESIGN SERVICES |
|  | 541511 | CUSTOM COMPUTER PROGRAMMING SERVICES |
|  | 541512 | COMPUTER SYSTEMS DESIGN SERVICES |

**PSC Codes Selected:**

| PSC Code | Description |
|----------|-------------|
|  |  |

---

**Size Metrics**

**World Wide:**

**Location (Optional):**

---

**EDI Information**

Do you wish to enter EDI Information for your non-government entity?  -

**Disaster Response Information**

Do you wish to be included in the Disaster Response Registry?          No
Does your company require bonding to bid on Contracts?
**Geographic Area Served:**

---

**Representations and Certifications**                    [Expand All] | [Collapse All]

**Representations and Certifications:**

I have read each of the FAR and DFARS provisions presented below. By submitting this certification I,
Leslie Adams, am attesting to the accuracy of the representations and certifications contained herein,
including the entire NAICS table. I understand that I may be subject to penalties if I misrepresent Get
Engineering Corp. in any of the below representations or certifications to the Government.

**READ ONLY PROVISIONS - The following FAR and DFARS provisions are provided for you to read; they do not
require completion of any data. Please note that when certifying at the bottom of the page, you are also
certifying that you have read each one of these provisions.**

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.209-10: Prohibition on Contracting with Inverted Domestic Corporations.

FAR 52.212-5: Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items.

FAR 52.222-38: Compliance with Veterans Employment Reporting Requirements

FAR 52.222-50: Combating Trafficking in Persons

FAR 52.222-56: Certification Regarding Trafficking in Persons Compliance Plan.

FAR 52.223-1: Biobased Product Certification

FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification

FAR 52.225-25: Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran -
Representation and Certifications

FAR 52.227-6: Royalty Information (Alternate I)

DFARS 252.209-7003 Reserve Officer Training Corps and Military Recruiting on Campus-Representation.

DFARS 252.222-7007 Representation Regarding Combating Trafficking in Persons.

DFARS 252.225-7003: Report of Intended Performance Outside the United States and Canada-Submission with Offer

DFARS 252.225-7031: Secondary Arab Boycott of Israel

DFARS 252.225-7042: Authorization to Perform

DFARS 252.225-7050: Disclosure of Ownership or Control by the Government of a Country that is a State Sponsor of Terrorism.

DFARS 252.229-7012: Tax Exemptions (Italy)-Representation.

DFARS 252.229-7013: Tax Exemptions (Spain)-Representation.

DFARS 252.239-7011: Special Construction and Equipment Charges

DFARS 252.247-7023: Transportation of Supplies by Sea (Alternate I, II)

The FAR and DFARS provisions shown below have been populated based on data you provided earlier in your registration. Please open and review each provision before you proceed from this page. If you need to correct any data, a link will be provided to the relevant page for editing.

FAR 52.203-2: Certificate of Independent Price Determination.

FAR 52.204-3: Taxpayer Identification

FAR 52.204-5: Women-Owned Business (Other Than Small Business)

FAR 52.204-17: Ownership or Control of Offeror

FAR 52.209-2: Prohibition on Contracting with Inverted Domestic Corporations-Representation

FAR 52.209-5: Certification Regarding Responsibility Matters

FAR 52.212-3: Offeror Representations and Certifications -Commercial Items (Alternate I)

The NAICS for which you are identified as small are shown in the table below; and serves to complete the representation in 52.212-3(c)(1).
You are certifying to all of the NAICS in the table so please review it in its entirety. These Y/N answers are located in the "Small Business?" column where a "Y" indicates "Small" and "N" indicates "Other than Small". This status is derived from the SBA's size standards.
The NAICS shown are those you have entered. You may click the "View More" button to see your entity's size status for any existing NAICS.

FAR 52.214-14: Place of Performance-Sealed Bidding

FAR 52.215-6: Place of Performance

FAR 52.219-1: Small Business Program Representations (Alternate I)

The NAICS for which you are identified as small are shown in the table below; and serves to complete the representation in 52.219-1(b)(2).
You are certifying to all of the NAICS in the table so please review it in its entirety. These Y/N answers are located in the "Small Business?" column where a "Y" indicates "Small" and "N" indicates "Other than Small". This status is derived from the SBA's size standards.
The NAICS shown are those you have entered. You may click the "View More" button to see your entity's size status for any existing NAICS.

FAR 52.219-2: Equal Low Bids

FAR 52.222-18: Certification Regarding Knowledge of Child Labor for Listed End Products

FAR 52.222-22: Previous Contracts and Compliance Reports

FAR 52.222-25: Affirmative Action Compliance

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

DFARS 252.209-7002: Disclosure of Ownership or Control by a Foreign Government

DFARS 252.216-7008: Economic Price Adjustment-Wage Rates or Material Prices Controlled by a Foreign Government-Representation.

DFARS 252.225-7000: Buy American--Balance of Payments Program Certificate.

DFARS 252.225-7020: Trade Agreements Certificate.

DFARS 252.225-7021: Trade Agreements Certificate - Inclusion of Iraqi End Products.

DFARS 252.225-7035: Buy American Act--Free Trade Agreements--Balance of Payments Program Certificate (Alternate I, II, III, IV & V)

DFARS 252.225-7049: Prohibition on Acquisition of Commercial Satellite Services from Certain Foreign Entities--Representations.

DFARS 252.247-7022: Representation of Extent of Transportation by Sea

| Point of Contact | [Expand All] | [Collapse All] |
|---|---|---|

**Mandatory Point of Contact:**

### Accounts Receivable POC

### Electronic Business POC

| | |
|---|---|
| Title: | General Manager |
| First Name: | Leslie |
| Middle Name: | |
| Last Name: | Adams |
| US Phone: | (619)443-8295 |
| Extension: | 110 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

### Government Business POC

| | |
|---|---|
| Title: | Director of Military Sales |
| First Name: | David |
| Middle Name: | |
| Last Name: | Shaw |
| US Phone: | (619)443-8295 |
| Extension: | 150 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

**Optional Point of Contact:**

### Electronic Business Alternate POC

| | |
|---|---|
| Title: | |
| First Name: | LESLIE |
| Middle Name: | |
| Last Name: | Adams |
| US Phone: | (619)443-8295 |
| Extension: | 110 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

### Government Business Alternate POC

| | |
|---|---|
| Title: | |
| First Name: | Frank |
| Middle Name: | |

| | |
|---|---|
| Last Name: | DeBaca |
| US Phone: | (619)443-8295  |
| Extension: | 340 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

## Past Performance POC

| | |
|---|---|
| Title: | General Manager |
| First Name: | LESLIE |
| Middle Name: | |
| Last Name: | Adams |
| US Phone: | (619)443-8295 |
| Extension: | 110 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

## Past Performance Alternate POC

| | |
|---|---|
| Title: | |
| First Name: | Cheri |
| Middle Name: | |
| Last Name: | Erne |
| US Phone: | (619)443-8295 |
| Extension: | 400 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

**SAM | System for Award Management 1.0**

IBM v1.P.42.20160129-1215

WWW1





**Note to all Users:** This is a Federal Government computer system. Use of this system constitutes consent to monitoring at all times.

| USER NAME | PASSWORD | |
|---|---|---|
| | | LOG IN |
| Forgot Username? | Forgot Password? | |

Create an Account

# Entity Dashboard

Entity Record
Core Data
Assertions
Reps & Certs
POCs
Reports
Service Contract Report
BioPreferred Report
Exclusions
Active Exclusions
Inactive Exclusions
Excluded Family Members

RETURN TO SEARCH

Get Engineering Corp.
DUNS: 066606138    CAGE Code: 6V412
Status: Active

9350 Bond Ave
El Cajon, CA, 92021-2850 ,
UNITED STATES

Expiration Date: 01/18/2017
Purpose of Registration: All Awards

## Entity Record

### Entity Record

Please see below for the entire Entity Registration record. If you would like have a copy of this list please use the **Print** button.

PRINT

| Current Record | VIEW SELECTED RECORD |
|---|---|

DUNS Number:
D&B Legal Business Name:
Doing Business As:

066606138
Get Engineering Corp.
Get Engineering

### Core Data

[Expand All] | [Collapse All]

#### Business & TIN Information:

**Business Information:**

Business Start Date:                09/24/1982
Fiscal Year End Close Date:         12/31
Company Division Name:              GET Engineering Corporation
Company Division Number:
Corporate URL:                     www.getntds.com
Congressional District:            CA 50
Registration Date:                 01/25/2002
Activation Date:                   01/20/2016
Expiration Date:                   01/18/2017
Renewal Date:                      01/19/2016

**Physical Address:**

Address Line:                      9350 Bond Ave
City:                              El Cajon
State/Province:                    CA
Country:                           UNITED STATES
ZIP/Postal Code:                   92021  - 2850

**Mailing Address:**

Address Line 1:                    9350 BOND AVENUE
Address Line 2:
City:                              EL CAJON
State/Province:                    CA
Country:                           UNITED STATES
ZIP/Postal Code:                   92021  - 2850

#### CAGE/NCAGE Code

CAGE:                              6V412

#### General Information

Country of Incorporation:          UNITED STATES
State of Incorporation:            CA

**Business Types**

Check the registrant's Reps & Certs, if present, under FAR 52.212-3 or FAR 52.219-1 to determine if the entity is an SBA-certified HUBZone small business concern. Additional small business information may be found in the SBA's Dynamic Small Business Search if the entity completed the SBA Supplemental Pages during registration.

**Entity Structure**

Corporate Entity (Not Tax Exempt)

**Profit Structure**

For Profit Organization

**Entity Type**

Business or Organization

**Purpose of Registration**

All Awards

**Organization Factors**

Manufacturer of Goods

---

**Financial Information**

Do you accept credit cards as a method of payment?     Yes

**Account Details:**
  CAGE Code:                    6V412
**Electronic Funds Transfer:**
**Automated Clearing House (ACH):**

---

**Executive Compensation Questions**

Registrants in the System for Award Management (SAM) respond to the Executive Compensation questions in accordance with Section 6202 of P.L. 110-252, amending the Federal Funding Accountability and Transparency Act (P.L. 109-282). This information is not displayed in SAM. It is sent to USAspending.gov for display in association with an eligible award. Maintaining an active registration in SAM demonstrates the registrant responded to the questions.

---

**Proceedings Questions**

Registrants in the System for Award Management (SAM) respond to Proceedings questions in accordance with FAR 52.209-7 or FAR 52.209-8. This information is not displayed in SAM. It is sent to FAPIIS.gov for display as applicable. Maintaining an active registration in SAM demonstrates the registrant responded to the questions.

---

**Information Opt-Out**

I authorize my entity's information to be displayed in SAM's Public Search:          Yes

---

**Assertions**                                          [Expand All] | [Collapse All]

---

**Goods & Services:**

---

**NAICS Codes Selected:**

| Primary | NAICS Code | Description |
|---------|-----------|-------------|
|         | 334413    | SEMICONDUCTOR AND RELATED DEVICE MANUFACTURING |
| Yes     | 334418    | PRINTED CIRCUIT ASSEMBLY (ELECTRONIC ASSEMBLY) MANUFACTURING |
|         | 334511    | SEARCH, DETECTION, NAVIGATION, GUIDANCE, AERONAUTICAL, AND NAUTICAL SYSTEM AND INSTRUMENT MANUFACTURING |
|         | 335999    | ALL OTHER MISCELLANEOUS ELECTRICAL EQUIPMENT AND COMPONENT MANUFACTURING |
|         | 541330    | ENGINEERING SERVICES |
|         | 541420    | INDUSTRIAL DESIGN SERVICES |
|         | 541511    | CUSTOM COMPUTER PROGRAMMING SERVICES |
|         | 541512    | COMPUTER SYSTEMS DESIGN SERVICES |

**PSC Codes Selected:**

| PSC Code | Description |
|----------|-------------|
|          |             |

---

**Size Metrics**

**World Wide:**

**Location (Optional):**

---

**EDI Information**

Do you wish to enter EDI Information for your non-government entity? -

**Disaster Response Information**

Do you wish to be included in the Disaster Response Registry?          No
Does your company require bonding to bid on Contracts?
**Geographic Area Served:**

---

**Representations and Certifications**                    [Expand All] | [Collapse All]

**Representations and Certifications:**

---

I have read each of the FAR and DFARS provisions presented below. By submitting this certification I,
Leslie Adams, am attesting to the accuracy of the representations and certifications contained herein,
including the entire NAICS table. I understand that I may be subject to penalties if I misrepresent Get
Engineering Corp. in any of the below representations or certifications to the Government.

READ ONLY PROVISIONS - The following FAR and DFARS provisions are provided for you to read; they do not
require completion of any data. Please note that when certifying at the bottom of the page, you are also
certifying that you have read each one of these provisions.

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.209-10: Prohibition on Contracting with Inverted Domestic Corporations.

FAR 52.212-5: Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items.

FAR 52.222-38: Compliance with Veterans Employment Reporting Requirements

FAR 52.222-50: Combating Trafficking in Persons

FAR 52.222-56: Certification Regarding Trafficking in Persons Compliance Plan.

FAR 52.223-1: Biobased Product Certification

FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification

FAR 52.225-25: Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran -
Representation and Certifications

FAR 52.227-6: Royalty Information (Alternate I)

DFARS 252.209-7003Reserve Officer Training Corps and Military Recruiting on Campus-Representation.

DFARS 252.222-7007Representation Regarding Combating Trafficking in Persons.

DFARS 252.225-7003: Report of Intended Performance Outside the United States and Canada-Submission with Offer

DFARS 252.225-7031: Secondary Arab Boycott of Israel

DFARS 252.225-7042: Authorization to Perform

DFARS 252.225-7050: Disclosure of Ownership or Control by the Government of a Country that is a State Sponsor of Terrorism.

DFARS 252.229-7012: Tax Exemptions (Italy)-Representation.

DFARS 252.229-7013: Tax Exemptions (Spain)-Representation.

DFARS 252.239-7011: Special Construction and Equipment Charges

DFARS 252.247-7023: Transportation of Supplies by Sea (Alternate I, II)

The FAR and DFARS provisions shown below have been populated based on data you provided earlier in your registration. Please open and review each provision before you proceed from this page. If you need to correct any data, a link will be provided to the relevant page for editing.

FAR 52.203-2: Certificate of Independent Price Determination.

FAR 52.204-3: Taxpayer Identification

FAR 52.204-5: Women-Owned Business (Other Than Small Business)

FAR 52.204-17: Ownership or Control of Offeror

FAR 52.209-2: Prohibition on Contracting with Inverted Domestic Corporations-Representation

FAR 52.209-5: Certification Regarding Responsibility Matters

FAR 52.212-3: Offeror Representations and Certifications -Commercial Items (Alternate I)

The NAICS for which you are identified as small are shown in the table below; and serves to complete the representation in 52.212-3(c)(1).

You are certifying to all of the NAICS in the table so please review it in its entirety. These Y/N answers are located in the "Small Business?" column where a "Y" indicates "Small" and "N" indicates "Other than Small". This status is derived from the SBA's size standards.

The NAICS shown are those you have entered. You may click the "View More" button to see your entity's size status for any existing NAICS.

FAR 52.214-14: Place of Performance-Sealed Bidding

FAR 52.215-6: Place of Performance

FAR 52.219-1: Small Business Program Representations (Alternate I)

The NAICS for which you are identified as small are shown in the table below; and serves to complete the representation in 52.21 (b)(2).

You are certifying to all of the NAICS in the table so please review it in its entirety. These Y/N answers are located in the "Small Business?" column where a "Y" indicates "Small" and "N" indicates "Other than Small". This status is derived from the SBA's size standards.

The NAICS shown are those you have entered. You may click the "View More" button to see your entity's size status for any existi NAICS.

---

**Small Business Program Representations (Oct 2014)**

- (a) Definitions. As used in this provision-

  "Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that at least 51 percent directly and unconditionally owned by, and the management and daily business operations of whic are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business concern eligible under the WOSB Program"

  "Service-disabled veteran-owned small business concern"-

  - (1) Means a small business concern-

    - (i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

    - (ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

  - (2) Service-disabled veteran- means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

  - "Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small busines under the criteria in 13 CFR Part 121 and the size standard in paragraph (b) of this provision.

  - "Small disadvantaged business concern," consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-

    - (1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-

- ▪ (i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States, and

- ▪ (ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

- ▪ (2) The management and daily business operations of which are controlled (as defined in 13 CFR 124.106) by individuals who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

- ◦ "Veteran-owned small business concern" means a small business concern-

  - ▪ (1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

  - ▪ (2) The management and daily business operations of which are controlled by one or more veterans.

- ◦ "Women-owned small business concern" means a small business concern-

  - ▪ (1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

  - ▪ (2) Whose management and daily business operations are controlled by one or more women. "Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

- • (b)

  - ◦ (1) The North American Industry Classification System (NAICS) code for this acquisition is See Note.*

  - ◦ (2) The small business size standard is See Note.

  - ◦ (3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

- • (c) Representations.

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 334413 | SEMICONDUCTOR AND RELATED DEVICE MANUFACTURING | | 500 | Y |
| 334418 | PRINTED CIRCUIT ASSEMBLY (ELECTRONIC ASSEMBLY) MANUFACTURING | | 500 | Y |
| 334511 | SEARCH, DETECTION, NAVIGATION, GUIDANCE, AERONAUTICAL, AND NAUTICAL SYSTEM AND INSTRUMENT MANUFACTURING | | 750 | Y |
| 335999 | ALL OTHER MISCELLANEOUS ELECTRICAL EQUIPMENT AND COMPONENT MANUFACTURING | | 500 | Y |
| 541330 | ENGINEERING SERVICES | 1 | $15,000,000.00 | Y |
| 541330 | MILITARY AND AEROSPACE EQUIPMENT AND MILITARY WEAPONS | 2 | $38,500,000.00 | Y |
| 541330 | CONTRACTS AND SUBCONTRACTS FOR ENGINEERING SERVICES AWARDED UNDER THE NATIONAL ENERGY POLICY ACT OF 1992 | 3 | $38,500,000.00 | Y |
| 541330 | MARINE ENGINEERING AND NAVAL ARCHITECTURE | 4 | $38,500,000.00 | Y |
| 541420 | INDUSTRIAL DESIGN SERVICES | | $7,500,000.00 | Y |
| 541511 | CUSTOM COMPUTER PROGRAMMING SERVICES | | $27,500,000.00 | Y |
| 541512 | COMPUTER SYSTEMS DESIGN SERVICES | | $27,500,000.00 | Y |

**VIEW MORE**

- (1)** The offeror represents as part of its offer that it ☑ is, ☐ is not a small business concern.

- (2) [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents , that it ☐ is ☑ is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

- (3)**[Complete only if the offeror represented itself as part of its offer that it ☐ is ☑ is not, a women-owned small business concern. (See Below)

- (4)** Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(3) of this provision.] The offeror represents as part of its offer that-

  - (i) It ☐ is ☐ is not, a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

  - (ii) It ☐ is ☐ is not, a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(4)(i) of this provision is accurate for each WOSB concern eligible under the WOSB Program participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern eligible under the WOSB Program and other small businesses that are participating in the joint venture: .] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.

- (5)** Economically disadvantaged women-owned small business (EDWOSB) concern. [Complete only if the offeror represented itself as a women-owned small business concern eligible under the WOSB Program in (c)(4) of this provision.] The offeror represents as part of its offer that-

  - (i) It ☐ is ☐ is not, an EDWOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

  - (ii) It ☐ is ☐ is not, a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(5)(i) of this provision is accurate for each EDWOSB concern participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern and other small businesses that are participating in the joint venture: .] Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.

- (6) [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it ☐ is ☑ is not, a veteran-owned small business concern.

- (7)** [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c) (6) of this provision.] The offeror represents as part of its offer that it ☐ is ☐ is not, a service-disabled veteran-owned small business concern.

  - *If you are responding to a Government solicitation for supplies or services under a NAICS code not listed in paragraph (b) of this certification, you must provide this certification directly to the Contracting Officer.

  - **Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by  Get Engineering Corp. in their SAM registration.

- (8) [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, as part of its offer, that-

  - (i) It ☐ is ☑ is not, a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material changes in ownership and control, principal office, or HUBZone employee percentage have occurred since it was certified in accordance with 13 CFR Part 126; and

  - (ii) It ☐ is ☑ is not, a HUBZone joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (c)(8)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture: .]Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

- (d) Notice.

- (1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

- (2) Under 15 U.S.C 645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged woman-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, or 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall

    - (i) Be punished by imposition of fine, imprisonment, or both;

    - (ii) Be subject to administrative remedies, including suspension and debarment; and

    - (iii) Be ineligible for participation in programs conducted under the authority of the Act.

### Alternate I (Sept 2015)

As prescribed in 19.309(a)(2), add the following paragraph (c)(9) to the basic provision

(9) [Complete if offeror represented itself as disadvantaged in paragraph (c)(2) of this provision.] The offeror shall check the cate in which its ownership falls:

- ☐ Black American.

- ☐ Hispanic American.

- ☐ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

- ☐ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of th Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

- ☐ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

- ☐ Individual/concern, other than one of the preceding.

FAR 52.219-2: Equal Low Bids

FAR 52.222-18: Certification Regarding Knowledge of Child Labor for Listed End Products

FAR 52.222-22: Previous Contracts and Compliance Reports

FAR 52.222-25: Affirmative Action Compliance

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

DFARS 252.209-7002: Disclosure of Ownership or Control by a Foreign Government

DFARS 252.216-7008: Economic Price Adjustment-Wage Rates or Material Prices Controlled by a Foreign Government-Representation.

DFARS 252.225-7000: Buy American--Balance of Payments Program Certificate.

DFARS 252.225-7020: Trade Agreements Certificate.

DFARS 252.225-7022: Trade Agreements Certificate - Inclusion of Iraqi End Products.

DFARS 252.225-7035: Buy American Act--Free Trade Agreements--Balance of Payments Program Certificate (Alternate I, II, III, IV & V)

DFARS 252.225-7049: Prohibition on Acquisition of Commercial Satellite Services from Certain Foreign Entities--Representations.

DFARS 252.247-7022: Representation of Extent of Transportation by Sea

| Point of Contact | [Expand All] | [Collapse All] |

**Mandatory Point of Contact:**

### Accounts Receivable POC

#### Electronic Business POC

| | |
|---|---|
| Title: | General Manager |
| First Name: | Leslie |
| Middle Name: | |
| Last Name: | Adams |
| US Phone: | (619)443-8295 |
| Extension: | 110 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

#### Government Business POC

| | |
|---|---|
| Title: | Director of Military Sales |
| First Name: | David |
| Middle Name: | |
| Last Name: | Shaw |
| US Phone: | (619)443-8295 |
| Extension: | 150 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

**Optional Point of Contact:**

#### Electronic Business Alternate POC

| | |
|---|---|
| Title: | |
| First Name: | LESLIE |
| Middle Name: | |
| Last Name: | Adams |
| US Phone: | (619)443-8295 |
| Extension: | 110 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

#### Government Business Alternate POC

| | |
|---|---|
| Title: | |
| First Name: | Frank |
| Middle Name: | |
| Last Name: | DeBaca |
| US Phone: | (619)443-8295 |
| Extension: | 340 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |

| | |
|---|---|
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

## Past Performance POC

| | |
|---|---|
| Title: | General Manager |
| First Name: | LESLIE |
| Middle Name: | |
| Last Name: | Adams |
| US Phone: | (619)443-8295  |
| Extension: | 110 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

## Past Performance Alternate POC

| | |
|---|---|
| Title: | |
| First Name: | Cheri |
| Middle Name: | |
| Last Name: | Eme |
| US Phone: | (619)443-8295  |
| Extension: | 400 |
| NON US Phone: | |
| Notes: | |
| Address Line 1: | 9350 BOND AVENUE |
| City: | EL CAJON |
| State/Province: | CA |
| Country: | UNITED STATES |
| ZIP/Postal Code: | 92021 |

**Note to all Users:** This is a Federal Government computer system. Use of this system constitutes consent to monitoring at all times.





USER NAME            PASSWORD

Forgot Username?    Forgot Password?

Create an Account

# Entity Dashboard

- Entity Overview

  ▸  Entity Registration
     ▸  Core Data
     ▸  Assertions
     ▸  Reps & Certs
     ▸  POCs

  ▸  Exclusions
     ▸  Active Exclusions
     ▸  Inactive Exclusions
     ▸  Excluded Family Members

RETURN TO SEARCH

**Get Engineering Corp.**

DUNS: 066606138    CAGE Code: 6V412

Status: Active

9350 Bond Ave

El Cajon, CA, 92021-2850 ,

UNITED STATES

Expiration Date: 01/18/2017

Purpose of Registration: All Awards

### Review Representations & Certifications

| Review Representations and Certifications |
| --- |

Current Record ▾                    VIEW SELECTED RECORD

Download FAR Report                 Download FAR & DFARS Report

I have read each of the FAR and DFARS provisions presented below. By submitting this certification I, Leslie Adams, am attesting to the accuracy of the representations and certifications contained herein, including the entire NAICS table. I understand that I may be subject to penalties if I misrepresent Get Engineering Corp. in any of the below representations or certifications to the Government.

READ ONLY PROVISIONS - The following FAR and DFARS provisions are provided for you to read; they do not require completion of any data. Please note that when certifying at the bottom of the page, you are also certifying that you have read each one of these provisions.

FAR 52.203-11: Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions

FAR 52.209-10: Prohibition on Contracting with Inverted Domestic Corporations.

FAR 52.212-5: Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items.

FAR 52.222-38: Compliance with Veterans Employment Reporting Requirements

FAR 52.222-50: Combating Trafficking in Persons

FAR 52.222-56: Certification Regarding Trafficking in Persons Compliance Plan.

FAR 52.223-1: Biobased Product Certification

FAR 52.225-20 Prohibition on Conducting Restricted Business Operations in Sudan-Certification

FAR 52.225-25: Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran - Representation and Certifications

FAR 52.227-6: Royalty Information (Alternate I)

DFARS 252.209-7003 Reserve Officer Training Corps and Military Recruiting on Campus-Representation.

DFARS 252.222-7007 Representation Regarding Combating Trafficking in Persons.

DFARS 252.225-7003: Report of Intended Performance Outside the United States and Canada-Submission with Offer

DFARS 252.225-7031: Secondary Arab Boycott of Israel

DFARS 252.225-7042: Authorization to Perform

DFARS 252.225-7050: Disclosure of Ownership or Control by the Government of a Country that is a State Sponsor of Terrorism.

DFARS 252.229-7012: Tax Exemptions (Italy)-Representation.

DFARS 252.229-7013: Tax Exemptions (Spain)-Representation.

DFARS 252.239-7011: Special Construction and Equipment Charges

DFARS 252.247-7023: Transportation of Supplies by Sea (Alternate I, II)

**The FAR and DFARS provisions shown below have been populated based on data you provided earlier in your registration. Please open and review each provision before you proceed from this page. If you need to correct any data, a link will be provided to the relevant page for editing.**

FAR 52.203-2: Certificate of Independent Price Determination.

FAR 52.204-3: Taxpayer Identification

FAR 52.204-5: Women-Owned Business (Other Than Small Business)

FAR 52.204-17: Ownership or Control of Offeror

FAR 52.209-2: Prohibition on Contracting with Inverted Domestic Corporations-Representation

FAR 52.209-5: Certification Regarding Responsibility Matters

FAR 52.212-3: Offeror Representations and Certifications -Commercial Items (Alternate I)

The NAICS for which you are identified as small are shown in the table below; and serves to complete the representation in 52.212-3(c)(1).

You are certifying to all of the NAICS in the table so please review it in its entirety. These Y/N answers are located in the "Small Business?" column where a "Y" indicates "Small" and "N" indicates "Other than Small". This status is derived from the SBA's size standards.

The NAICS shown are those you have entered. You may click the "View More" button to see your entity's size status for any existing NAICS.

**Offeror Representations and Certifications -Commercial Items (Jan 2016)**

An offeror shall complete only paragraph (b) of this provision if the offeror has completed the annual representations and certifications electronically via http://www.acquisition.gov. If an offeror has not completed the annual representations and certifications electronically at the System for Award Management (SAM) website, the offeror shall complete only paragraphs (c) through (p) of this provision.

- (a) Definitions. As used in this provision: "Economically disadvantaged women-owned small business (EDWOSB) concern" means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127. It automatically qualifies as a women-owned small business eligible for the WOSB Program. "Forced or indentured child labor" means all work or service-

  - (1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

  - (2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

  "Highest-level owner" means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner. "Immediate owner" means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.

  - "Inverted domestic corporation", as used in this section, means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

  - "Manufactured end product" means any end product in product and service codes (PSCs) 1000-9999, except-

    - (1) PSC 5510, Lumber and Related Basic Wood Materials;

    - (2) Product or Service Group (PSG) 87, Agricultural Supplies;

    - (3) PSG 88, Live Animals;

    - (4) PSG 89, Subsistence;

    - (5) PSC 9410, Crude Grades of Plant Materials;

- (6) PSC 9430, Miscellaneous Crude Animal Products, Inedible;

- (7) PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;

- (8) PSC 9610, Ores;

- (9) PSC 9620, Minerals, Natural and Synthetic; and

- (10) PSC 9630, Additive Metal Materials.

"Place of manufacture" means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture. "Restricted business operations" means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate-

- (1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;

- (2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;

- (3) Consist of providing goods or services to marginalized populations of Sudan;

- (4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;

- (5) Consist of providing goods or services that are used only to promote health or education; or

- (6) Have been voluntarily suspended.

"Sensitive technology"-

- (1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically- (i) To restrict the free flow of unbiased information in Iran; or (ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and

- (2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

"Service - disabled veteran - owned small business concern"-

- (1) Means a small business concern- (i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and (ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

- (2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16). "Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation. "Small disadvantaged business concern", consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that-

- (1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by- (i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and (ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

- (2) The management and daily business operations of which are controlled (as defined at 13.CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

"Subsidiary" means an entity in which more than 50 percent of the entity is owned-

- (1) Directly by a parent corporation; or

- (2) Through another subsidiary of a parent corporation.

"Veteran owned small business concern" means a small business concern- "Subsidiary" means an entity in which more than 50 percent of the entity is owned-

- (1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101 (2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

- (2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women. "Women-owned small business concern" means a small business concern-

- (1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

- (2) Whose management and daily business operations are controlled by one or more women.

"Women-owned small business (WOSB) concern eligible under the WOSB Program" (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States.

*Highest-level owner* means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.

*Immediate owner* means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: Ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.

- (b)

- (1) Annual Representations and Certifications. Any changes provided by the offeror in paragraph (b)(2) of this provision do not automatically change the representations and certifications posted on the SAM website.

- (2) The offeror has completed the annual representations and certifications electronically via the SAM website accessed through http://www.acquisition.gov. After reviewing the SAM database information, the offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications-Commercial Items, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs _____.

- [Offeror to identify the applicable paragraphs at (c) through (p) of this provision that the offeror has completed for the purposes of this solicitation only, if any. These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer. Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted electronically on SAM.]

- (c) Offerors must complete the following representations when the resulting contract is to be performed inside the United States or its outlying areas. Check all that apply.

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| 334413 | SEMICONDUCTOR AND RELATED DEVICE MANUFACTURING | | 500 | Y |
| 334418 | PRINTED CIRCUIT ASSEMBLY (ELECTRONIC ASSEMBLY) MANUFACTURING | | 500 | Y |
| 334511 | SEARCH, DETECTION, NAVIGATION, GUIDANCE, | | 750 | Y |

Exhibit 2
Page 62

| NAICS Code | Name | NAICS Exception | Size Standard | Small Business? |
|---|---|---|---|---|
| | AERONAUTICAL, AND NAUTICAL SYSTEM AND INSTRUMENT MANUFACTURING | | | |
| 335999 | ALL OTHER MISCELLANEOUS ELECTRICAL EQUIPMENT AND COMPONENT MANUFACTURING | | 500 | Y |
| 541330 | ENGINEERING SERVICES | 1 | $15,000,000.00 | Y |
| 541330 | MILITARY AND AEROSPACE EQUIPMENT AND MILITARY WEAPONS | 2 | $38,500,000.00 | Y |
| 541330 | CONTRACTS AND SUBCONTRACTS FOR ENGINEERING SERVICES AWARDED UNDER THE NATIONAL ENERGY POLICY ACT OF 1992 | 3 | $38,500,000.00 | Y |
| 541330 | MARINE ENGINEERING AND NAVAL ARCHITECTURE | 4 | $38,500,000.00 | Y |
| 541420 | INDUSTRIAL DESIGN SERVICES | | $7,500,000.00 | Y |
| 541511 | CUSTOM COMPUTER PROGRAMMING SERVICES | | $27,500,000.00 | Y |
| 541512 | COMPUTER SYSTEMS DESIGN SERVICES | | $27,500,000.00 | Y |

**VIEW MORE**

- (1)* The offeror represents as part of its offer that it ☑ is ☐ is not, a small business concern.

- (2)* Veteran-owned small business concern. The offeror represents as part of its offer that it ☐ is ☑ is not, a veteran-owned small business concern.

- (3)* Service-disabled veteran-owned small business concern. The offeror represents as part of its offer that it ☐ is ☑ is not, a service-disabled veteran-owned small business concern.

- (4) Small disadvantaged business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, that it ☐ is ☑ is not, a small disadvantaged business concern as defined in 13 CFR 124.1002.

- (5)* Women-owned small business concern. The offeror represents that it ☐ is ☑ is not, a women-owned small business concern.
  *Small business concern, Veteran-owned small business concern, Service-disabled veteran-owned small business concern, and Women-owned small business concern size status is calculated based on the Small Business Administration size standard for each NAICS code using the size metrics (e.g. Average Number of Employees and Average Annual Receipts) provided by Get Engineering Corp. in their SAM registration.*

- (6)** Women-owned small business (WOSB) concern eligible under the WOSB Program. [Complete only if the offeror represented itself as a women-owned small business concern in paragraph (c)(5) of this provision] The offeror represents that:

  - (i) It ☐ is ☐ is not, a WOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

  - (ii) It ☐ is ☐ is not, a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(6)(i) of this provision is accurate in reference to the WOSB concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the WOSB concern or concerns that are participating in the joint venture: .] Each WOSB concern participating in the joint venture shall submit a separate signed copy of the WOSB representation.

- (7)** Economically disadvantaged women-owned small business (EDWOSB) concern . [Complete only if the offeror represented itself as a WOSB concern eligible under the WOSB Program in (c)(6) of this provision.] The offeror represents that:

  - (i) It ☐ is ☐ is not, an EDWOSB concern eligible under the WOSB Program, has provided all the required documents to the WOSB Repository, and no change in circumstances or adverse decisions have been issued that affects its eligibility; and

- (ii) It ☐ is ☐ is not, a joint venture that complies with the requirements of 13 CFR part 127, and the representation in paragraph (c)(7) (i) of this provision is accurate in reference to the EDWOSB concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the EDWOSB concern or concerns that are participating in the joint venture: .] Each EDWOSB concern participating in the joint venture shall submit a separate signed copy of the EDWOSB representation.

- Note: Complete paragraphs (c)(8) and (c)(9) only if this solicitation is expected to exceed the simplified acquisition threshold.

  (8) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it ☐ is a women-owned business concern.

- (9) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

- (10) HUBZone small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, as part of its offer, that-

  - (i) It ☐ is It ☑ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified in accordance with 13 CFR part 126; and

  - (ii) It ☐ is ☑ is not, a HUBZone joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(11)(i) of this provision is accurate for each HUBZone small business concern participating in the HUBZone joint venture. [The offeror shall enter the names of each of the HUBZone small business concerns participating in the HUBZone joint venture: ] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

- (d) Representations required to implement provisions of Executive Order 11246-

  - (1) Previous contracts and compliance. The offeror represents that-

    - (i) It ☑ has ☐ has not, participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

    - (ii) It ☑ has ☐ has not, filed all required compliance reports.

  - (2) Affirmative Action Compliance. The offeror represents that-

    - (i)It ☑ has developed and has on file, It ☐ has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or

    - (ii)It ☐ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

- (e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352).(Applies only if the contract is expected to exceed $150,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

- (f) Buy American Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American -Supplies, is included in this solicitation.)

  - (1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test

in paragraph (2) of the definition of "domestic end product." The terms "commercially available off-the-shelf (COTS) item" "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."

(2) Foreign End Products:

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)

(1) Buy American-Free Trade Agreements-Israeli Trade Act Certificate. (Applies only if the clause at FAR 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that for other than COTS items, the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially available off-the-shelf (COTS) item," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act."

(ii) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act": Free Trade Agreement Country End Products (Other than Bahrainian, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products, i.e., an end product that is not a COTS item and does not meet the component test in paragraph (2) of the definition of "domestic end product." Other Foreign End Products:

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(2) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate I. If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g) (1)(ii) of the basic provision: (g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act": Canadian End Products:

(3) Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate II. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision: (g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act": Canadian or Israeli End Products:

(4) Buy American-Free Trade Agreements- Israeli Trade Act Certificate, Alternate III. If Alternate III to the clause at 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements- Israeli Trade Act": Free Trade Agreement Country End Products (Other than Bahrainian, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

(5) Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(5)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products. Other End Products:

- (iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

- (h) Certification Regarding Responsibility Matters (Executive Order 12689).(Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals-

  - (1)☐ Are, ☑ Are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

  - (2)☐ Have, ☑ Have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property; and

  - (3)☐ Are, ☑ Are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

  - (4)☐ Have, ☑ Have not within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,500 for which the liability remains unsatisfied.

    - (i) Taxes are considered delinquent if both of the following criteria apply:

    - (A) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

    - (B) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

    - (ii) Examples:

    - (A) The taxpayer has received a statutory notice of deficiency, under I.R.C. § 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court Review, this will not be a final tax liability under the taxpayer has exercised all judicial appeal rights.

    - (B) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. § 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the tax payer has exercised all judicial appeal rights.

    - (C) The taxpayer has entered into an installment agreement pursuant to I.R.C. § 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

    - (D) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under II U. S. C 362 (the Bankruptcy Code).

- (i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).] (1) Listed end products.

| Listed End Products | Listed Country of Origin |
|---|---|
| Bamboo | Burma |
| Beans (green, soy, yellow) | Burma |
| Brazil Nuts/Chestnuts | Bolivia |
| Bricks | Afghanistan, Burma, China, India, Nepal, Pakistan |

| Listed End Products | Listed Country of Origin |
|---|---|
| Carpets | Nepal, Pakistan |
| Cattle | South Sudan |
| Cassiterite | Democratic Republic of Congo |
| Coal | Pakistan |
| Coca (stimulant plant) | Colombia |
| Cocoa | Cote d'Ivoire, Nigeria |
| Coffee | Cote d'Ivoire |
| Coltan | Democratic Republic of Congo |
| Cotton | Benin, Burkina Faso, China, Tajikistan, Uzbekistan |
| Cottonseed (hybrid) | India |
| Diamonds | Sierra Leone |
| Dried Fish | Bangladesh |
| Electronics | China |
| Embroidered Textiles (zari) | India, Nepal |
| Fish | Ghana |
| Garments | Argentina, India, Thailand, Vietnam |
| Gold | Burkina Faso, Democratic Republic of Congo |
| Granite | Nigeria |
| Gravel (crushed stones) | Nigeria |
| Pornography | Russia |
| Rice | Burma, India, Mali |
| Rubber | Burma |
| Shrimp | Thailand |
| Stones | India, Nepal |
| Sugarcane | Bolivia, Burma |
| Teak | Burma |
| Textiles (hand-woven) | Ethopia |
| Tilapia (fish) | Ghana |
| Tobacco | Malawi |
| Toys | China |
| Wolframite | Democratic Republic of Congo |

(2) Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]

- ☑ (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

- ☐ (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

- (j) Place of Manufacture(Does not apply unless the solicitation is predominantly for the acquisition of manufactured end products.) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly-

| FSC Code | In/Outside US |
|---|---|
| | |

- (k) Certificates regarding exemptions from the application of the Service Contract Labor Standards(Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.)[The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.]

- (1) ☐ Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror ☐ does, ☑ does not certify that __

- (i) The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;

- (ii) The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and

- (iii) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

- (2) ☐ Certain services as described in FAR 22.1003-4(d)(1). The offeror ☐ does, ☑ does not certify that __

  - (i) The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

  - (ii) The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

  - (iii) Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

  - (iv) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

  - (3) If paragraph (k)(1) or (k)(2) of this clause applies ___

    - (i) If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and

    - (ii) The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.

- (l) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to the SAM database to be eligible for award.)

  - (1) All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

  - (2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

  - (3) Taxpayer Identification Number (TIN).
    ☑ TIN on file.
    ☐ TIN has been applied for.
    TIN is not required because:
    ☐ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States; ,
    ☐ Offeror is an agency or instrumentality of a foreign government; ,
    ☐ Offeror is an agency or instrumentality of the Federal Government.

  - (4) Type of organization.
    ☐ Sole Proprietorship;
    ☐ Partnership or Limited Liability Partnership;
    ☑ Corporate Entity, Not Tax Exempt;
    ☐ Corporate Entity, Tax Exempt;
    ☐ Government entity (Federal, State, or local);
    ☐ Foreign Government;
    ☐ International organization per 26 CFR 1.6049-4;
    ☐ Other

  - (5) Common parent.
    ☑ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

- (m) Restricted business operations in Sudan. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

- (n) Prohibition on Contracting with Inverted Domestic Corporations.

  - (1) Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.

  - (2) Representation. the offeror represents that-

    - (i) It ☐ is, ☑ is not an inverted domestic corporation; and

    - (ii) It ☐ is, ☑ is not a subsidiary of an inverted domestic corporation.

- (o) Prohibition on contracting with entities engaging in certain activities or transactions relating to Iran.

  - (1) The offeror shall e-mail questions concerning sensitive technology to the Department of State at CISADA106@state.gov.

  - (2) Representation and Certifications. Unless a waiver is granted or an exception applies as provided in paragraph (o)(3) of this provision, by submission of its offer, the offeror

    - (i) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;

    - (ii) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act; and

    - (iii) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds $3,000 with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at http://www.treasury.gov/ofac/downloads/t11sdn.pdf).

  - (3) The representation and certification requirements of paragraph (o)(2) of this provision do not apply if-

    - (i) This solicitation includes a trade agreements certification (e.g., 52.212-3(g) or a comparable agency provision); and

    - (ii) The offeror has certified that all the offered products to be supplied are designated country end products.

- (p) Ownership or Control of Offeror. (Applies in all solicitations when there is a requirement to be registered in SAM or a requirement to have a DUNS Number in the solicitation.

  - (1) The Offeror represents that it ☐ has or ☑ does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (2) and if applicable, paragraph (3) of this provision for each participant in the joint venture.*

  - (2) If the Offeror indicates "has" in paragraph (p)(1) of this provision, enter the following information:
    Immediate owner CAGE code: _____
    Immediate owner legal name: _____
    *(Do not use a "doing business as" name)*
    Is the immediate owner owned or controlled by another entity?
    ☐ Yes ☐ No

  - (3) If the Offeror indicates "yes" in paragraph (p)(2) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:
    Highest-level owner CAGE code: _____
    Highest-level owner legal name: _____
    *(Do not use a "doing business as" name)*

  - *Currently, only one Immediate or Highest-Level Owner may be identified by a CAGE Code. If the offeror has more than one (such as a joint venture) at either level of ownership, they must select only one to report.

**Alternate I (Jan 2016)**

As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) of this provision.)

- ☐ Black American.
- ☐ Hispanic American.
- ☐ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).
- ☐ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, Republic of Palau, Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).
- ☐ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).
- ☐ Individual/concern, other than one of the preceding.

FAR 52.214-14: Place of Performance-Sealed Bidding

FAR 52.215-6: Place of Performance

FAR 52.219-1: Small Business Program Representations (Alternate I)

The NAICS for which you are identified as small are shown in the table below; and serves to complete the representation in 52.219-1(b)(2).

You are certifying to all of the NAICS in the table so please review it in its entirety. These Y/N answers are located in the "Small Business?" column where a "Y" indicates "Small" and "N" indicates "Other than Small". This status is derived from the SBA's size standards.

The NAICS shown are those you have entered. You may click the "View More" button to see your entity's size status for any existing NAICS.

FAR 52.219-2: Equal Low Bids

FAR 52.222-18: Certification Regarding Knowledge of Child Labor for Listed End Products

FAR 52.222-22: Previous Contracts and Compliance Reports

FAR 52.222-25: Affirmative Action Compliance

FAR 52.222-48: Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Certification

FAR 52.222-52: Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Certification

FAR 52.223-4: Recovered Material Certification

FAR 52.223-9: Estimate of Percentage of Recovered Material Content for EPA-Designated Items (Alternate I)

FAR 52.225-2: Buy American Certificate

FAR 52.225-4: Buy American-Free Trade Agreements-Israeli Trade Act Certificate

FAR 52.225-6: Trade Agreements Certificate

FAR 52.226-2: Historically Black College or University and Minority Institution Representation

FAR 52.227-15: Representation of Limited Rights Data and Restricted Computer Software

DFARS 252.209-7002: Disclosure of Ownership or Control by a Foreign Government

DFARS 252.216-7008: Economic Price Adjustment-Wage Rates or Material Prices Controlled by a Foreign Government-Representation.

DFARS 252.225-7000: Buy American—Balance of Payments Program Certificate.

DFARS 252.225-7020: Trade Agreements Certificate.

DFARS 252.225-7022: Trade Agreements Certificate - Inclusion of Iraqi End Products.

DFARS 252.225-7035: Buy American Act--Free Trade Agreements--Balance of Payments Program Certificate (Alternate I, II, III, IV & V)

DFARS 252.225-7049: Prohibition on Acquisition of Commercial Satellite Services from Certain Foreign Entities--Representations.

DFARS 252.247-7022: Representation of Extent of Transportation by Sea

SAM | System for Award Management 1.0          IBM v1.P.50.20160823-0937

WWW7

**Note to all Users:** This is a Federal Government computer system. Use of this system constitutes consent to monitoring at all times.

   

# Exhibit 3

Exhibit 3
Page 72



June 9, 2015

*Innovative Communication Solutions for Your World*

HOME   ABOUT US   PRODUCTS   SUPPORT   NEWS   EVENTS   CONTRACTS   CONTACT US   [Search]

**About Us**
GET Difference
Programs Supported
Management Team
Careers



*"GET has always provided us with **reliable equipment**, and **great support**."*

—Facilities Manager,
Combat Direction Systems Activity

**SUPPORT**
We are proud to support GET products & solutions in your NTDS world »

## ABOUT US

### GET Engineering



GET Engineering, founded in 1982 as a leading edge, high technology engineering firm providing tactical data solutions to government and industrial clients. We are a Woman Owned Small Business (WOSB) dedicated to providing the United States Department of Defense and its coalition forces the most cost effective products and solutions available. GET accomplishes this by utilizing its 32+ years of knowledge to produce products that bridge legacy systems to new technology. GET provides products and services to over 300 customers in the Department of Defense, Foreign Military Sales (FMS) and commercial contractor community. GET provides a high level of customization by being able to implement customer requirements into our innovative products. Working with our customers and implementing their requirements into our innovative products distinguishes GET from its competition.

### Solutions

GET Engineering is a complete design, engineering and manufacturing organization that provides engineering and design services, cable assemblies and manufacturing solutions for commercial, industrial and MIL SPEC solutions. All of our work is accomplished at our 11,000 square foot facility located in El Cajon, California. Our facility is ISO 9001:2008 Registered and complies with both IPC A 610 Board Level Manufacturing and WHMA A 620 Cable Assembly.

### Obsolescence

**Systems or devices reached end of life or are no longer maintainable?**

GET Engineering can provide a form, fit and function, cost effective replacement that will allow continued support of an already fielded program. We can provide legacy and short run solutions.

### Transition

**Legacy systems or devices unable to integrate with new networks or processors?**

GET Engineering can provide conversion devices that connect legacy protocols to Ethernet based networks.

**Need to transition bulky costly copper cable plants to more cost effective secure fiber?**

GET Engineering has solutions to provide an immediate cost effective result.


**Adapter Assemblies**
Rugged engineering brings you reliability like no other
> Learn More


**NTDS Over Ethernet Systems**
The ability to adapt to any situation at anytime
> Learn More


**Fiber Optic solutions**
"Out of range" needn't be in your vocabulary
> Learn More


**Tactical Data Processors**
Easy connectivity enables legacy system modernization
> Learn More


**Cables and Connectors**
Light weight, adaptable connections for NTDS
> Learn More

  GSA Schedule GS-35F-0636S 

9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443-8295 / (877) 494-1820
Fax: (619) 443-8613
sales@getntds.com

Home | Contact Us | Privacy Policy | Sitemap
Copyright © 2014 GET Engineering Corp. All rights reserved.
Cage Code: 6V412

Exhibit 3
Page 73

# Exhibit 4

Exhibit 4
Page 74

 **eLibrary**

GSA Federal
Acquisition
Service

| Home | eBuy - quotes | GSA Advantage - online shopping | Help |

Search: [＿＿＿＿＿]  [all the words ▾] [Go]

## *C*ontractor Information

(Vendors) How to change your company information

| | | | |
|---|---|---|---|
| Contract #: | GS-35F-0636S | Socio-Economic : | Small business |
| Contractor: | GET ENGINEERING CORP. | | Woman Owned business |
| Address: | 9350 BOND AVE | EPLS : | Contractor not found on the |
| | EL CAJON, CA 92021-2850 | | Excluded Parties List System |
| Phone: | 619-443-8295 | | |
| E-Mail: | jhalsted@getntds.com | Govt. Point of Contact: | |
| Web Address: | http://www.getntds.com | Gabriel Lopez | |
| DUNS: | 066606138 | Phone: 816-823-2029 | |
| NAICS: | 811212 | E-Mail: gabriel.lopez@gsa.gov | |

Contract Clauses/Exceptions:
View the specifics for this contract

| Source | Title | Contract Number | Contractor T&Cs /Pricelist | Contract End Date | Category | View Catalog |
|---|---|---|---|---|---|---|
| 70 | GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT, SOFTWARE, AND SERVICES | GS-35F-0636S | 📄 | Sep 21, 2016 | 132 12 | DISAST RECOV  GSA Advantage! |
| | | | | | 132 8 | DISAST RECOV  GSA Advantage! |

Exhibit 4
Page 75



AUTHORIZED
INFORMATION TECHNOLOGY SCHEDULE PRICELIST
GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY
EQUIPMENT AND SERVICES

Special Item No. 132-8  Purchase of New Equipment
Special Item No. 132-12 Equipment Maintenance


**SPECIAL ITEM NUMBER 132-8 PURCHASE OF NEW EQUIPMENT**

FSC CLASS 7010 - SYSTEM CONFIGURATION

Professional Workstations
Other Systems Configuration Equipment, Not Elsewhere Classified

FSC CLASS 5995 - CABLE, CORD, AND WIRE ASSEMBLIES: COMMUNICATIONS EQUIPMENT

Communications Equipment Cables

FSC CLASS 6015 - FIBER OPTIC CABLES

Fiber Optic Cables

FSC CLASS 6020 - FIBER OPTIC CABLE ASSEMBLES AND HARNESSES

Fiber Optic Cable Assemblies and Harnesses

FSC CLASS 6145 - WIRE AND CABLE, ELECTRICAL

Coaxial Cables

FSC CLASS 5895 - MISCELLANEOUS COMMUNICATION EQUIPMENT

Miscellaneous Communications Equipment


- Installation (FPDS Code N070) for Equipment Offered


NOTE:  Installation must be incidental to, in conjunction with and in direct support of the products sold under SIN 132-8 of this contract and cannot be purchased separately

**SPECIAL ITEM NUMBER 132-12 - EQUIPMENT MAINTENANCE**

FSC/PSC Class J070 - Maintenance and Repair Service)(Repair Parts/Spare Parts - See FSC Class for basic equipment)
- Maintenance
- Repair Service


**Page 1 of 29**

Exhibit 4
Page 76

# GET Engineering, Inc
## 9350 Bond Avenue, El Cajon, CA 92021
## (619)443-8295
## www.getntds.com

Contract Number:                      GS-35F-0636S

Period Covered by Contract:          August 2006 – August 2016

General Services Administration
Federal Acquisition Service

Pricelist current through Modification #   54   , dated   15 November 2013          .

Products and ordering information in this Authorized Information Technology Schedule Pricelist are also available on the GSA Advantage! System (http://www.gsaadvantage.gov).

**Page 2 of 29**

Exhibit 4
Page 77

TABLE of CONTENTS

PAGE

INFORMATION FOR ORDERING ACTIVITIES                    4

SCHEDULE TERMS and CONDITIONS                          12

SCHEDULE PRICE LIST                                    22

# INFORMATION FOR ORDERING ACTIVITIES
# APPLICABLE TO ALL SPECIAL ITEM NUMBERS

**SPECIAL NOTICE TO AGENCIES:  Small Business Participation**

SBA strongly supports the participation of small business concerns in the Federal Acquisition Service. To enhance Small Business Participation SBA policy allows agencies to include in their procurement base and goals, the dollar value of orders expected to be placed against the Federal Supply Schedules, and to report accomplishments against these goals.

For orders exceeding the micropurchase threshold, FAR 8.404  requires agencies to consider the catalogs/pricelists of at least three schedule contractors or consider reasonably available information by using the GSA Advantage!™ on-line shopping service (www.gsaadvantage.gov). The catalogs/pricelists, GSA Advantage!™ and the Federal Acquisition Service Home Page (www.gsa.gov/fas) contain information on a broad array of products and services offered by small business concerns.

This information should be used as a tool to assist ordering activities in meeting or exceeding established small business goals. It should also be used as a tool to assist in including small, small disadvantaged, and women-owned small businesses among those considered when selecting pricelists for a best value determination.

For orders exceeding the micropurchase threshold, customers are to give preference to small business concerns when two or more items at the same delivered price will satisfy their requirement.

1.       **GEOGRAPHIC SCOPE OF CONTRACT:**

*Domestic delivery* is delivery within the 48 contiguous states, Alaska, Hawaii, Puerto Rico, Washington, DC, and U.S. Territories.  Domestic delivery also includes a port or consolidation point, within the aforementioned areas, for orders received from overseas activities.

*Overseas delivery* is delivery to points outside of the 48 contiguous states, Washington, DC, Alaska, Hawaii, Puerto Rico, and U.S. Territories.

Offerors are requested to check one of the following boxes:
    [  ]        The Geographic Scope of Contract will be domestic and overseas delivery.
    [  ]        The Geographic Scope of Contract will be overseas delivery only.
    [X  ]        The Geographic Scope of Contract will be domestic delivery only.

2.       **CONTRACTOR'S ORDERING ADDRESS AND PAYMENT INFORMATION:**

        ORDERS:
                Mail orders to:  GET Engineering, Inc.
                        9350 Bond Ave, El Cajon, CA 92021

                Telephone Orders to: (619)443-8295

                FAX orders to: (619)443-8613

                e-mail orders to: sales@getntds.com

        PAYMENTS:

                Mail payments to:  GET Engineering, Inc.
                        9350 Bond Ave, El Cajon, CA 92021

                Government Purchase Cards are accepted for payment

**Page 4 of 29**

Exhibit 4
Page 79

3.      **LIABILITY FOR INJURY OR DAMAGE**

The Contractor shall not be liable for any injury to ordering activity personnel or damage to ordering activity property arising from the use of equipment maintained by the Contractor, unless such injury or damage is due to the fault or negligence of the Contractor.

4.      **STATISTICAL DATA FOR GOVERNMENT ORDERING OFFICE COMPLETION OF STANDARD FORM 279:**

      Block 9:  G.  Order/Modification Under Federal Schedule Contract
      Block 16:  Data Universal Numbering System (DUNS) Number:  _06-6606138___
      Block 30:  Type of Contractor: ____B_____

      Block 31:  Woman-Owned Small Business - __YES_____

      Block 37:  Contractor's Taxpayer Identification Number (TIN):  __95-3777755_____
      Block 40:  Veteran Owned Small Business (VOSB): ___NO_____

***\*\*Copy the applicable letter and corresponding language from the following list\*\****

4a.     CAGE Code: __6V412_____
4b.     Contractor has registered with the Central Contractor Registration Database.

5.      **FOB DESTINATION**

6.      **DELIVERY SCHEDULE**

a.      TIME OF DELIVERY:  The Contractor shall deliver to destination within the number of calendar days after receipt of order (ARO), as set forth below:

| SPECIAL ITEM NUMBER | DELIVERY TIME (Days ARO) |
|---|---|
| 132-8 | 30   Days |
| 132-12 | 30   Days |

b.      URGENT REQUIREMENTS:  When the Federal Supply Schedule contract delivery period does not meet the bona fide urgent delivery requirements of an ordering activity, ordering activities are encouraged, if time permits, to contact the Contractor for the purpose of obtaining accelerated delivery.  The Contractor shall reply to the inquiry within 3 workdays after receipt.  (Telephonic replies shall be confirmed by the Contractor in writing.)  If the Contractor offers an accelerated delivery time acceptable to the ordering activity, any order(s) placed pursuant to the agreed upon accelerated delivery time frame shall be delivered within this shorter delivery time and in accordance with all other terms and conditions of the contract.

7.      **DISCOUNTS:**  Prices shown are NET Prices; Basic Discounts have been deducted.

      a.      Prompt Payment:  _2_% - 15_ days from receipt of invoice or date of acceptance, whichever is later.

8.      **TRADE AGREEMENTS ACT OF 1979, as amended:**

All items are U.S. made end products, designated country end products, Caribbean Basin country end products, Canadian end products, or Mexican end products as defined in the Trade Agreements Act of 1979, as amended.


9.      **STATEMENT CONCERNING AVAILABILITY OF EXPORT PACKING:**

Export Packaging and DFAR labeling is available at additional cost as listed on the Schedule Price List.


10.     **Small Requirements:**  The minimum dollar of orders to be issued is $_100_____.


11.     **MAXIMUM ORDER (All dollar amounts are exclusive of any discount for prompt payment.)**

a.      The Maximum Order for the following Special Item Numbers (SINs) is $500,000:

        Special Item Number 132-8 - Purchase of Equipment
        Special Item Number 132-12 - Equipment Maintenance

12.     **ORDERING PROCEDURES FOR FEDERAL SUPPLY SCHEDULE CONTRACTS**

Ordering activities shall use the ordering procedures of Federal Acquisition Regulation (FAR) 8.405 when placing an order or establishing a BPA for supplies or services.  These procedures apply to all schedules.

a.      FAR 8.405-1 Ordering procedures for supplies, and services not requiring a statement of work.

b.      FAR 8.405-2 Ordering procedures for services requiring a statement of work.


13.     **FEDERAL INFORMATION TECHNOLOGY/TELECOMMUNICATION STANDARDS REQUIREMENTS:**  ordering activities acquiring products from this Schedule must comply with the provisions of the Federal Standards Program, as appropriate (reference:  NIST Federal Standards Index).  Inquiries to determine whether or not specific products listed herein comply with Federal Information Processing Standards (FIPS) or Federal Telecommunication Standards (FED-STDS), which are cited by ordering activities, shall be responded to promptly by the Contractor.


13.1    **FEDERAL INFORMATION PROCESSING STANDARDS PUBLICATIONS (FIPS PUBS):**
Information Technology products under this Schedule that do not conform to Federal Information Processing Standards (FIPS) should not be acquired unless a waiver has been granted in accordance with the applicable "FIPS Publication."  Federal Information Processing Standards Publications (FIPS PUBS) are issued by the U.S. Department of Commerce,  National Institute of Standards and Technology (NIST), pursuant to National Security Act.  Information concerning their availability and applicability should be obtained from the National Technical Information Service (NTIS), 5285 Port Royal Road, Springfield, Virginia  22161.  FIPS PUBS include voluntary standards when these are adopted for Federal use.  Individual orders for FIPS PUBS should be referred to the NTIS Sales Office, and orders for subscription service should be referred to the NTIS Subscription Officer, both at the above address, or telephone number (703) 487-4650.


13.2    **FEDERAL TELECOMMUNICATION STANDARDS (FED-STDS):**  Telecommunication products under this Schedule that do not conform to Federal Telecommunication Standards (FED-STDS) should not be acquired unless a waiver has been granted in accordance with the applicable "FED-STD."  Federal Telecommunication Standards are issued by the  U.S. Department of Commerce, National Institute of Standards and Technology (NIST), pursuant to National Security Act. Ordering information and information concerning the availability of FED-STDS should be obtained from the GSA, Federal Acquisition Service, Specification Section, 470 East L'Enfant Plaza, Suite 8100, SW, Washington, DC  20407, telephone number (202)619-8925.  Please include a self-addressed mailing label when requesting information by mail.  Information concerning their applicability can be

**Page 6 of 29**

Exhibit 4
Page 81

obtained by writing or calling the U.S. Department of Commerce, National Institute of Standards and Technology, Gaithersburg, MD  20899, telephone number (301)975-2833.

**14.      CONTRACTOR TASKS / SPECIAL REQUIREMENTS (C-FSS-370) (NOV 2003)**

(a)    Security Clearances:  The Contractor may be required to obtain/possess varying levels of security clearances in the performance of orders issued under this contract.  All costs associated with obtaining/possessing such security clearances should be factored into the price offered under the Multiple Award Schedule.

(b)    Travel:  The Contractor may be required to travel in performance of orders issued under this contract. Allowable travel and per diem charges are governed by Pub .L. 99-234 and FAR Part 31, and are reimbursable by the ordering agency or can be priced as a fixed price item on orders placed under the Multiple Award Schedule.  Travel in performance of a task order will only be reimbursable to the extent authorized by the ordering agency.  The Industrial Funding Fee does NOT apply to travel and per diem charges.

(c)    Certifications, Licenses and Accreditations:  As a commercial practice, the Contractor may be required to obtain/possess any variety of certifications, licenses and accreditations for specific FSC/service code classifications offered.  All costs associated with obtaining/ possessing such certifications, licenses and accreditations should be factored into the price offered under the Multiple Award Schedule program.

(d)    Insurance:  As a commercial practice, the Contractor may be required to obtain/possess insurance coverage for specific FSC/service code classifications offered.  All costs associated with obtaining/possessing such insurance should be factored into the price offered under the Multiple Award Schedule program.

(e)    Personnel:  The Contractor may be required to provide key personnel, resumes or skill category descriptions in the performance of orders issued under this contract.  Ordering activities may require agency approval of additions or replacements to key personnel.

(f)    Organizational Conflicts of Interest:  Where there may be an organizational conflict of interest as determined by the ordering agency, the Contractor's participation in such order may be restricted in accordance with FAR Part 9.5.

(g)    Documentation/Standards:  The Contractor may be requested to provide products or services in accordance with rules, regulations, OMB orders, standards and documentation as specified by the agency's order.

(h)    Data/Deliverable Requirements:  Any required data/deliverables at the ordering level will be as specified or negotiated in the agency's order.

(i)    Government-Furnished Property:  As specified by the agency's order, the Government may provide property, equipment, materials or resources as necessary.

(j)    Availability of Funds:  Many Government agencies' operating funds are appropriated for a specific fiscal year. Funds may not be presently available for any orders placed under the contract or any option year.  The Government's obligation on orders placed under this contract is contingent upon the availability of appropriated funds from which payment for ordering purposes can be made.  No legal liability on the part of the Government for any payment may arise until funds are available to the ordering Contracting Officer.

(k)    Overtime:  For professional services, the labor rates in the Schedule should not vary by virtue of the Contractor having worked overtime.  For services applicable to the Service Contract Act (as identified in the Schedule), the labor rates in the Schedule will vary as governed by labor laws (usually assessed a time and a half of the labor rate).

15.     **CONTRACT ADMINISTRATION FOR ORDERING ACTIVITIES:**  Any ordering activity, with respect to any one or more delivery orders placed by it under this contract, may exercise the same rights of termination as might the GSA Contracting Officer under provisions of FAR 52.212-4, paragraphs (l) Termination for the ordering activity's convenience, and (m) Termination for Cause (See 52.212-4)

16.     **GSA ADVANTAGE!**

GSA Advantage! is an on-line, interactive electronic information and ordering system that provides on-line access to vendors' schedule prices with ordering information.  GSA Advantage! will allow the user to perform various searches across all contracts including, but not limited to:

    (1)     Manufacturer;

    (2)     Manufacturer's Part Number; and

    (3)     Product categories.

Agencies can browse GSA Advantage! by accessing the Internet World Wide Web utilizing a browser (ex.: NetScape).  The Internet address is http://www.gsaadvantage.gov

17.     **PURCHASE OF OPEN MARKET ITEMS**

NOTE:  Open Market Items are also known as incidental items, noncontract items, non-Schedule items, and items not on a Federal Supply Schedule contract.  Ordering Activities procuring open market items must follow FAR 8.402(f).

For administrative convenience, an ordering activity contracting officer may add items not on the Federal Supply Multiple Award Schedule (MAS) -- referred to as open market items -- to a Federal Supply Schedule blanket purchase agreement (BPA) or an individual task or delivery order, **only if-**

    (1)     All applicable acquisition regulations pertaining to the purchase of the items not on the Federal Supply Schedule have been followed (e.g., publicizing (Part 5), competition requirements (Part 6), acquisition of commercial items (Part 12), contracting methods (Parts 13, 14, and 15), and small business programs (Part 19));

    (2)     The ordering activity contracting officer has determined the price for the items not on the Federal Supply Schedule is fair and reasonable;

    (3)     The items are clearly labeled on the order as items not on the Federal Supply Schedule; and

    (4)     All clauses applicable to items not on the Federal Supply Schedule are included in the order.

18.     **CONTRACTOR COMMITMENTS, WARRANTIES AND REPRESENTATIONS**

a.     For the purpose of this contract, commitments, warranties and representations include, in addition to those agreed to for the entire schedule contract:

    (1)     Time of delivery/installation quotations for individual orders;

    (2)     Technical representations and/or warranties of products concerning performance, total system performance and/or configuration, physical, design and/or functional characteristics and capabilities of a product/equipment/ service/software package submitted in response to requirements which result in orders under this schedule contract.

    (3)     Any representations and/or warranties concerning the products made in any literature, description, drawings and/or specifications furnished by the Contractor.

b.     The above is not intended to encompass items not currently covered by the GSA Schedule contract.

c.     The maintenance/repair service provided is the standard commercial terms and conditions for the type of products and/or services awarded.

19.     **OVERSEAS ACTIVITIES**

**Page 8 of 29**

Exhibit 4
Page 83

The terms and conditions of this contract shall NOT apply to all orders for installation, maintenance and repair of equipment in areas listed in the pricelist outside the 48 contiguous states and the District of Columbia.

Upon request of the Contractor, the ordering activity may provide the Contractor with logistics support, as available, in accordance with all applicable ordering activity regulations.  Such ordering activity support will be provided on a reimbursable basis, and will only be provided to the Contractor's technical personnel whose services are exclusively required for the fulfillment of the terms and conditions of this contract.

## 20.   BLANKET PURCHASE AGREEMENTS (BPAs)

The use of BPAs under any schedule contract to fill repetitive needs for supplies or services is allowable.  BPAs may be established with one or more schedule contractors.  The number of BPAs to be established is within the discretion of the ordering activity establishing the BPA and should be based on a strategy that is expected to maximize the effectiveness of the BPA(s).  Ordering activities shall follow FAR 8.405-3 when creating and implementing BPA(s).

## 21.   CONTRACTOR TEAM ARRANGEMENTS

Contractors participating in contractor team arrangements must abide by all terms and conditions of their respective contracts.  This includes compliance with Clauses 552.238-74, Industrial Funding Fee and Sales Reporting, i.e., each contractor (team member) must report sales and remit the IFF for all products and services provided under its individual contract.

## 22.   INSTALLATION, DEINSTALLATION, REINSTALLATION

The Davis-Bacon Act (40 U.S.C. 276a-276a-7) provides that contracts in excess of $2,000 to which the United States or the District of Columbia is a party for construction, alteration, or repair (including painting and decorating) of public buildings or public works with the United States, shall contain a clause that no laborer or mechanic employed directly upon the site of the work shall received less than the prevailing wage rates as determined by the Secretary of Labor.  The requirements of the Davis-Bacon Act do not apply if the construction work is incidental to the furnishing of supplies, equipment, or services.  For example, the requirements do not apply to simple installation or alteration of a public building or public work that is incidental to furnishing supplies or equipment under a supply contract.  However, if the construction, alteration or repair is segregable and exceeds $2,000, then the requirements of the Davis-Bacon Act applies.

The ordering activity issuing the task order against this contract will be responsible for proper administration and enforcement of the Federal labor standards covered by the Davis-Bacon Act.  The proper Davis-Bacon wage determination will be issued by the ordering activity at the time a request for quotations is made for applicable construction classified installation, deinstallation, and reinstallation services under SIN 132-8 or 132-9.

## 23.   SECTION 508 COMPLIANCE.

I certify that in accordance with 508 of the Rehabilitation Act of 1973, as amended (29 U.S.C. 794d), FAR 39.2, and the Architectural and Transportation Barriers Compliance Board Electronic and Information Technology (EIT) Accessibility Standards (36 CFR 1194) General Services Administration (GSA), that all IT hardware/software/services are 508 compliant:

Yes __X_____

No  _____


The offeror is required to submit with its offer a designated area on its website that outlines the Voluntary Product Accessibility Template (VPAT) or equivalent qualification, which ultimately becomes the Government Product Accessibility Template (GPAT).  Section 508 compliance information on the supplies and services in this contract are available at the following website address (URL):  www.getntds.com

The EIT standard can be found at:  www.Section508.gov/.

**Page 9 of 29**

Exhibit 4
Page 84

**24.      PRIME CONTRACTOR ORDERING FROM FEDERAL SUPPLY SCHEDULES.**

Prime Contractors (on cost reimbursement contracts) placing orders under Federal Supply Schedules, on behalf of an ordering activity, shall follow the terms of the applicable schedule and authorization and include with each order –

(a)      A copy of the authorization from the ordering activity with whom the contractor has the prime contract (unless a copy was previously furnished to the Federal Supply Schedule contractor); and

(b)      The following statement:

This order is placed under written authorization from _____ dated _____.  In the event of any inconsistency between the terms and conditions of this order and those of your Federal Supply Schedule contract, the latter will govern.

**25.      INSURANCE—WORK ON A GOVERNMENT INSTALLATION (JAN 1997)(FAR 52.228-5)**

(a)      The Contractor shall, at its own expense, provide and maintain during the entire performance of this contract, at least the kinds and minimum amounts of insurance required in the Schedule or elsewhere in the contract.

(b)      Before commencing work under this contract, the Contractor shall notify the Contracting Officer in writing that the required insurance has been obtained.  The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective—

(1)      For such period as the laws of the State in which this contract is to be performed prescribe; or

(2)      Until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer, whichever period is longer.

(c)      The Contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract.  The Contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the Contracting Officer upon request.

**26.      SOFTWARE INTEROPERABILITY.**

Offerors are encouraged to identify within their software items any component interfaces that support open standard interoperability.  An item's interface may be identified as interoperable on the basis of participation in a Government agency-sponsored program or in an independent organization program.  Interfaces may be identified by reference to an interface registered in the component registry located at http://www.core.gov.

**27.      ADVANCE PAYMENTS**

A payment under this contract to provide a service or deliver an article for the United States Government may not be more than the value of the service already provided or the article already delivered.  Advance or pre-payment is not authorized or allowed under this contract. (31 U.S.C. 3324)

**Page 10 of 29**

Exhibit 4
Page 85

## TERMS AND CONDITIONS APPLICABLE TO PURCHASE OF GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY NEW EQUIPMENT(SPECIAL ITEM NUMBER 132-8)

### 1.     MATERIAL AND WORKMANSHIP

All equipment furnished hereunder must satisfactorily perform the function for which it is intended.

### 2.     ORDER

Written orders, EDI orders (GSA Advantage! and FACNET), credit card orders, and orders placed under blanket purchase agreements (BPA) agreements shall be the basis for purchase in accordance with the provisions of this contract.  If time of delivery extends beyond the expiration date of the contract, the Contractor will be obligated to meet the delivery and installation date specified in the original order.

For credit card orders and BPAs, telephone orders are permissible.

### 3.     TRANSPORTATION OF EQUIPMENT

FOB DESTINATION.  Prices cover equipment delivery to destination, for any location within the geographic scope of this contract.

### 4.     INSTALLATION AND TECHNICAL SERVICES

a.        INSTALLATION.  When the equipment provided under this contract is not normally self-installable, the Contractor's technical personnel shall be available to the ordering activity, at the ordering activity's location, to install the equipment and to train ordering activity personnel in the use and maintenance of the equipment. The charges for such services are in the price schedule:

b.        INSTALLATION, DEINSTALLATION, REINSTALLATION.  The Davis-Bacon Act (40 U.S.C. 276a-276a-7) provides that contracts in excess of $2,000 to which the United States or the District of Columbia is a party for construction, alteration, or repair (including painting and decorating) of public buildings or public works with the United States, shall contain a clause that no laborer or mechanic employed directly upon the site of the work shall received less than the prevailing wage rates as determined by the Secretary of Labor.  The requirements of the Davis-Bacon Act do not apply if the construction work is incidental to the furnishing of supplies, equipment, or services. For example, the requirements do not apply to simple installation or alteration of a public building or public work that is incidental to furnishing supplies or equipment under a supply contract.  However, if the construction, alteration or repair is segregable and exceeds $2,000, then the requirements of the Davis-Bacon Act applies.

The ordering activity issuing the task order against this contract will be responsible for proper administration and enforcement of the Federal labor standards covered by the Davis-Bacon Act.  The proper Davis-Bacon wage determination will be issued by the ordering activity at the time a request for quotations is made for applicable construction classified installation, deinstallation, and reinstallation services under SIN 132-8 or SIN 132-9.

c.        OPERATING AND MAINTENANCE MANUALS.  The Contractor shall furnish the ordering activity with one (1) copy of all operating and maintenance manuals which are normally provided with the equipment being purchased.

### 5.     INSPECTION/ACCEPTANCE

The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The ordering activity reserves the right to inspect or test any equipment that has been tendered for acceptance. The ordering activity may require repair or replacement of nonconforming equipment at no increase in contract price. The ordering activity must exercise its postacceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

**6.      WARRANTY**

a.       Unless specified otherwise in this contract, the Contractor's standard commercial warranty as stated in the contract's commercial pricelist will apply to this contract.

All products offered under this Schedule are warranted free of defects for 12 months from date of shipment.

Any defective product will be replaced or repaired upon return to the Contractor with an authorized RMA.

For warranty service contact support@getntds.com.

b.       The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

c.       Limitation of Liability. Except as otherwise provided by an express or implied warranty, the Contractor will not be liable to the ordering activity for consequential damages resulting from any defect or deficiencies in accepted items.

d.       If inspection and repair of defective equipment under this warranty will be performed at the Contractor's plant, the address is as follows: GET Engineering, Inc., 9350 Bond Ave., El Cajon, CA 92021

**7.      PURCHASE PRICE FOR ORDERED EQUIPMENT**

The purchase price that the ordering activity will be charged will be the ordering activity purchase price in effect at the time of order placement, or the ordering activity purchase price in effect on the installation date (or delivery date when installation is not applicable), whichever is less.

**8.      RESPONSIBILITIES OF THE CONTRACTOR**

The Contractor shall comply with all laws, ordinances, and regulations (Federal, State, City or otherwise) covering work of this character, and shall include all costs, if any, of such compliance in the prices quoted in this offer.

**9.      TRADE-IN OF INFORMATION TECHNOLOGY EQUIPMENT**

When an ordering activity determines that Information Technology equipment will be replaced, the ordering activity shall follow the contracting policies and procedures in the Federal Acquisition Regulation (FAR), the policies and procedures regarding disposition of information technology excess personal property in the Federal Property Management Regulations (FPMR) (41 CFR 101-43.6), and the policies and procedures on exchange/sale contained in the FPMR (41 CFR part 101-46).

---

**TERMS AND CONDITIONS APPLICABLE TO MAINTENANCE, REPAIR SERVICE AND REPAIR PARTS/SPARE PARTS FOR GOVERNMENT-OWNED GENERAL PURPOSE COMMERCIAL INFORMATION TECHNOLOGY EQUIPMENT, RADIO/TELEPHONE EQUIPMENT, (AFTER EXPIRATION OF GUARANTEE/WARRANTY PROVISIONS AND/OR WHEN REQUIRED SERVICE IS NOT COVERED BY GUARANTEE/WARRANTY PROVISIONS) AND FOR LEASED EQUIPMENT (SPECIAL ITEM NUMBER 132-12)**

---

**Page 12 of 29**

Exhibit 4
Page 87

1.      **SERVICE AREAS**

a.      The maintenance and repair service rates listed herein are applicable to any ordering activity location within a ___50___ mile radius of the Contractor's service points.  If any additional charge is to apply because of the greater distance from the Contractor's service locations, the mileage rate or other distance factor shall be negotiated at the Task Order level.

b.      When repair services cannot be performed at the ordering activity installation site, the repair services will be performed at the Contractor's plant(s) listed below:

GET Engineering, Inc., 9350 Bond Ave., El Cajon, CA 92021

2.      **MAINTENANCE ORDER**

a.      Agencies may use written orders, EDI orders, credit card orders, or BPAs, for ordering maintenance under this contract.  The Contractor shall confirm orders within fifteen (15) calendar days from the date of receipt, except that confirmation of orders shall be considered automatic for renewals for maintenance (Special Item Number 132-12).  Automatic acceptance of order renewals for maintenance service shall apply for machines which may have been discontinued from use for temporary periods of time not longer than 120 calendar days.  If the order is not confirmed by the Contractor as prescribed by this paragraph, the order shall be considered to be confirmed by the Contractor.

b.      The Contractor shall honor orders for maintenance for the duration of the contract period or a lessor period of time, for the equipment shown in the pricelist.  Maintenance service shall commence on a mutually agreed upon date, which will be written into the maintenance order.  Maintenance service shall not be made effective before the expiration of any applicable maintenance and parts guarantee/warranty period associated with the purchase of equipment.  Orders for maintenance service shall not extend beyond the end of the contract period.

c.      Maintenance may be discontinued by the ordering activity on thirty (30) calendar days written notice, or shorter notice when agreed to by the Contractor; such notice to become effective thirty (30) calendar days from the date on the notification.  However, the ordering activity may extend the original discontinuance date upon written notice to the Contractor, provided that such notice is furnished at least ten (10) calendar days prior to the original discontinuance date.

d.      Annual Funding.  When annually appropriated funds are cited on a maintenance order, the period of maintenance shall automatically expire on September 30th of the contract period, or at the end of the contract period, whichever occurs first.  Renewal of a maintenance order citing the new appropriation shall be required, if maintenance is to continue during any remainder of the contract period.

e.      Cross-year Funding Within Contract Period.  Where an ordering activity's specific appropriation authority provides for funds in excess of a 12 month, fiscal year period, the ordering activity may place an order under this schedule contract for a period up to the expiration of the contract period, notwithstanding the intervening fiscal years.

f.      Ordering activities should notify the Contractor in writing thirty (30) calendar days prior to the expiration of maintenance service, if maintenance is to be terminated at that time.  Orders for continued maintenance will be required if maintenance is to be continued during the subsequent period.

3.      **REPAIR SERVICE AND REPAIR PARTS/SPARE PARTS ORDERS**

a.      Agencies may use written orders, EDI orders, credit card orders, blanket purchase agreements (BPAs), or small order procedures for ordering repair service and/or repair parts/spare parts under this contract.  Orders for repair service shall not extend beyond the end of the contract period.

b.      When repair service is ordered, only one chargeable repairman shall be dispatched to perform repair service, unless the ordering activity agrees, in advance, that additional repair personnel are required to effect repairs.

4.      **LOSS OR DAMAGE**

**Page 13 of 29**

Exhibit 4
Page 88

When the Contractor removes equipment to his establishment for repairs, the Contractor shall be responsible for any damage or loss, from the time the equipment is removed from the ordering activity installation, until the equipment is returned to such installation.

5.      SCOPE

a.      The Contractor shall provide maintenance for all equipment listed herein, as requested by the ordering activity  during the contract term.  Repair service and repair parts/spare parts shall apply exclusively to the equipment types/models within the scope of this Information Technology Schedule.

b.      Equipment placed under maintenance service shall be in good operating condition.

     (1)      In order to determine that the equipment is in good operating condition, the equipment shall be subject to inspection by the Contractor, without charge to the ordering activity.

     (2)      Costs of any repairs performed for the purpose of placing the equipment in good operating condition shall be borne by the Contractor, if the equipment was under the Contractor's guarantee/warranty or maintenance responsibility prior to the effective date of the maintenance order.

     (3)      If the equipment was not under the Contractor's responsibility, the costs necessary to place the equipment in proper operating condition are to be borne by the ordering activity, in accordance with the provisions of Special Item Number 132-12 (or outside the scope of this contract).

6.      RESPONSIBILITIES OF THE ORDERING ACTIVITY

a.      Ordering activity personnel shall not perform maintenance or attempt repairs to equipment while such equipment is under the purview of a maintenance order, unless agreed to by the Contractor.

b.      Subject to security regulations, the ordering activity shall permit access to the equipment which is to be maintained or repaired.

c.      If the Ordering Activity desires a factory authorized/certified service personnel then this should be clearly stated in the task or delivery order.

7.      RESPONSIBILITIES OF THE CONTRACTOR

a.    For equipment not covered by a maintenance contract or warranty, the Contractor's repair service personnel shall complete repairs as soon as possible after notification by the ordering activity that service is required.  Within the service areas, this repair service should normally be done within 4 hours after notification.


b.    If the Ordering Activity task or delivery order specifies a factory authorized/certified service personnel then the Contractor is obligated to provide such a factory authorized/certified service personnel for the equipment to be repaired or serviced, unless otherwise agreed to in advance between the Agency and the Contractor.

8.      MAINTENANCE RATE PROVISIONS

a.      The Contractor shall bear all costs of maintenance, including labor, parts, and such other expenses as are necessary to keep the equipment in good operating condition, provided that the required repairs are not occasioned by fault or negligence of the ordering activity.

b.      REGULAR HOURS

The basic monthly rate for each make and model of equipment shall entitle the ordering activity to maintenance service during a mutually agreed upon nine (9) hour principal period of maintenance, Monday through Friday, exclusive of holidays observed at the ordering activity location.

c.      AFTER HOURS

**Page 14 of 29**

Exhibit 4
Page 89

Should the ordering activity require that maintenance be performed outside of Regular Hours, charges for such maintenance, if any, will be specified in the pricelist.  Periods of less than one hour will be prorated to the nearest quarter hour.

d.      TRAVEL AND TRANSPORTATION

If any charge is to apply, over and above the regular maintenance rates, because of the distance between the ordering activity location and the Contractor's service area, the charge will be negotiated at the Task Order level.

## 9. REPAIR SERVICE RATE PROVISIONS

a.      CHARGES.  Charges for repair service will include the labor charge, computed at the rates set forth below, for the time during which repairmen are actually engaged in work, and, when applicable, the charge for travel or transportation.

b.      MULTIPLE MACHINES.  When repairs are ordered by a ordering activity  on two or more machines located in one or more buildings within walking distance of each other, the charges will be computed from the time the repairman commences work on the first machine, until the work is completed on the last machine.  The time required to go from one machine to another, or from one building to another, will be considered actual work performance, and chargeable to the ordering activity, provided the time consumed in going between machines (or buildings) is reasonable.

c.      TRAVEL OR TRANSPORTATION

(1)      AT THE CONTRACTOR'S SHOP

(a)      When equipment is returned to the Contractor's shop for adjustments or repairs which are not covered by the guarantee/warranty provision, the cost of transportation, packing, etc., from the ordering activity location to the Contractor's plant, and return to the ordering activity location, shall be borne by the ordering activity.

(b)      The ordering activity should not return defective equipment to the Contractor for adjustments and repairs or replacement without his prior consultation and instruction.

(2)      AT THE ORDERING ACTIVITY LOCATION (Within Established Service Areas)

When equipment is repaired at the ordering activity location, and repair service rates are established for service areas or zones, the listed rates are applicable to any ordering activity location within such service areas or zones.  No extra charge, time, or expense will be allowed for travel or transportation of repairmen or machines to or from the ordering activity office; such overhead is included in the repair service rates listed.

(3)      AT THE ORDERING ACTIVITY LOCATION (Outside Established Service Areas)

(a)      If repairs are to be made at the ordering activity location, and the location is outside the service area as shown in paragraph 1.a, the repair service and mileage rates negotiated per subparagraphs 1.a and 8.d will apply.

(b)      When the overall travel charge computed at the above mileage rate is unreasonable (considering the time required for travel, actual and necessary transportation costs, and the allowable ordering activity per diem rate for each night the repairman is required to remain overnight at the ordering activity location), the ordering activity shall have the option of reimbursing the Contractor for actual costs, provided that the actual costs are reasonable and allowable.  The Contractor shall furnish the ordering activity with a report of travel performed and related expenses incurred.  The report shall include departure and arrival dates, times, and the applicable mode of travel.

d.      LABOR RATES

(1)      REGULAR HOURS

The Regular Hours repair service rates listed herein shall entitle the ordering activity to repair service during the period 8:00 a.m. to 5:00 p.m., Monday through Friday, exclusive of holidays observed at the ordering

**Page 15 of 29**

Exhibit 4
Page 90

activity location.  There shall be no additional charge for repair service which was requested during Regular Hours, but performed outside the Regular Hours defined above, at the convenience of the Contractor.

(2)　　AFTER HOURS

When the ordering activity requires that repair service be performed outside the Regular Hours defined above, except Sundays and Holidays observed at the ordering activity location, the After Hours repair service rates listed herein shall apply.  The Regular Hours rates defined above shall apply when repair service is requested during Regular Hours, but performed After Hours at the convenience of the Contractor.

(3)　　SUNDAYS AND HOLIDAYS

When the ordering activity requires that repair service be performed on Sundays and Holidays observed at the ordering activity location, the Sundays and Holidays repair service rates listed herein shall apply.  When repair service is requested to be performed during Regular Hours and/or After Hours, but is performed at the convenience of the Contractor on Sundays or Holidays observed at the ordering activity location, the Regular Hours and/or After Hours repair service rates, as applicable, shall apply.


REPAIR SERVICE RATES

| LOCATION | MINIMUM CHARGE* | REGULAR HOURS PER HOUR** | AFTER HOURS PER HOUR** | SUNDAYS AND HOLIDAYS PER HOUR |
|---|---|---|---|---|
| CONTRACTOR'S SHOP | $170 | $170 | $170 | $170 |
| ORDERING ACTIVITY LOCATION (WITHIN ESTABLISHED SERVICE AREAS) | $170 | $170 | $170 | $170 |
| ORDERING ACTIVITY LOCATION (OUTSIDE ESTABLISHED SERVICE AREAS) | $170 | $170 | $170 | $170 |

*MINIMUM CHARGES INCLUDE __4__ FULL HOURS ON THE JOB.

**FRACTIONAL HOURS, AT THE END OF THE JOB, WILL BE PRORATED TO THE NEAREST QUARTER HOUR.


**10.　　REPAIR PARTS/SPARE PARTS RATE PROVISIONS**

All parts, furnished as spares or as repair parts in connection with the repair of equipment, unless otherwise indicated in this pricelist, shall be new, standard parts manufactured by the equipment manufacturer.  All parts shall be furnished at prices indicated in the Contractor's commercial pricelist dated _22 FEB 2013__, at a discount of __1__% from such listed prices.


**11.　　GUARANTEE/WARRANTY—REPAIR SERVICE AND REPAIR PARTS/SPARE PARTS**

a.　　REPAIR SERVICE

All repair work will be guaranteed/warranted for a period of __12 Months_____

b.　　REPAIR PARTS/SPARE PARTS

All parts, furnished either as spares or repairs parts will be guaranteed/warranted for a period __12 Months_____


**12.　　INVOICES AND PAYMENTS**

a.　　Maintenance Service

**Page 16 of 29**

Exhibit 4
Page 91

(1)      Invoices for maintenance service shall be submitted by the Contractor on a quarterly or monthly basis, after the completion of such period.  Maintenance charges must be paid in arrears (31 U.S.C. 3324). PROMPT PAYMENT DISCOUNT, IF APPLICABLE, SHALL BE SHOWN ON THE INVOICE.

(2)      Payment for maintenance service of less than one month's duration shall be prorated at 1/30th of the monthly rate for each calendar day.

b.      Repair Service and Repair Parts/Spare Parts

Invoices for repair service and parts shall be submitted by the Contractor as soon as possible after completion of work.  Payment under blanket purchase agreements will be made quarterly or monthly, except where cash payment procedures are used.  Invoices shall be submitted separately to each ordering activity office ordering services under the contract.  The cost of repair parts shall be shown as a separate item on the invoice, and shall be priced in accordance with paragraph #10, above.  PROMPT PAYMENT DISCOUNT, IF APPLICABLE, SHALL BE SHOWN ON THE INVOICE.

## USA COMMITMENT TO PROMOTE SMALL BUSINESS PARTICIPATION PROCUREMENT PROGRAMS

### PREAMBLE

GET Engineering provides commercial products and services to ordering activities. We are committed to promoting participation of small, small disadvantaged and women-owned small businesses in our contracts.  We pledge to provide opportunities to the small business community through reselling opportunities, mentor-protégé programs, joint ventures, teaming arrangements, and subcontracting.

### COMMITMENT

To actively seek and partner with other small businesses.

To identify, qualify, mentor and develop small, small disadvantaged and women-owned small businesses by purchasing from these businesses whenever practical.

To develop and promote company policy initiatives that demonstrate our support for awarding contracts and subcontracts to small business concerns.

To undertake significant efforts to determine the potential of small, small disadvantaged and women-owned small business to supply products and services to our company.

To insure procurement opportunities are designed to permit the maximum possible participation of small, small disadvantaged, and women-owned small businesses.

To attend business opportunity workshops, minority business enterprise seminars, trade fairs, procurement conferences, etc., to identify and increase small businesses with whom to partner.

To publicize in our marketing publications our interest in meeting small businesses that may be interested in subcontracting opportunities.

We signify our commitment to work in partnership with small, small disadvantaged and women-owned small businesses to promote and increase their participation in ordering activity contracts. To accelerate potential opportunities please contact Joseph Halsted, jhalsted@getntds.com, (619)443-9295, FAX: (619)443-8613

**Page 17 of 29**

Exhibit 4
Page 92

**SUGGESTED BPA TEMPLATE**

BEST VALUE
BLANKET PURCHASE AGREEMENT
FEDERAL SUPPLY SCHEDULE

(Insert Customer Name)

In the spirit of the Federal Acquisition Streamlining Act   (ordering activity) and (Contractor) enter into a cooperative agreement to further reduce the administrative costs of acquiring commercial items from the General Services Administration (GSA) Federal Supply Schedule Contract(s) _____.

Federal Supply Schedule contract BPAs eliminate contracting and open market costs such as: search for sources; the development of technical documents, solicitations and the evaluation of offers.  Teaming Arrangements are permitted with Federal Supply Schedule Contractors in accordance with Federal Acquisition Regulation (FAR) 9.6.

This BPA will further decrease costs, reduce paperwork, and save time by eliminating the need for repetitive, individual purchases from the schedule contract.  The end result is to create a purchasing mechanism for the ordering activity that works better and costs less.

Signatures

_____          _____
Ordering Activity                    Date                    Contractor                        Date

**Page 18 of 29**

Exhibit 4
Page 93

BPA NUMBER_____

**(CUSTOMER NAME)**
**BLANKET PURCHASE AGREEMENT**

Pursuant to GSA Federal Supply Schedule Contract Number(s)_____, Blanket Purchase Agreements, the Contractor agrees to the following terms of a Blanket Purchase Agreement (BPA) EXCLUSIVELY WITH (ordering activity):

(1)      The following contract items can be ordered under this BPA. All orders placed against this BPA are subject to the terms and conditions of the contract, except as noted below:

MODEL NUMBER/PART NUMBER                    *SPECIAL BPA DISCOUNT/PRICE

_____          _____
_____          _____
_____          _____

(2)      Delivery:

DESTINATION                              DELIVERY SCHEDULES / DATES

_____          _____
_____          _____

(3)      The ordering activity estimates, but does not guarantee, that the volume of purchases through this agreement will be _____.

(4)      This BPA does not obligate any funds.

(5)      This BPA expires on _____ or at the end of the contract period, whichever is earlier.

(6)      The following office(s) is hereby authorized to place orders under this BPA:

OFFICE                                   POINT OF CONTACT

_____          _____
_____          _____
_____          _____

(7)      Orders will be placed against this BPA via Electronic Data Interchange (EDI), FAX, or paper.

(8)      Unless otherwise agreed to, all deliveries under this BPA must be accompanied by delivery tickets or sales slips that must contain the following information as a minimum:

        (a)      Name of Contractor;

        (b)      Contract Number;

        (c)      BPA Number;

        (d)      Model Number or National Stock Number (NSN);

        (e)      Purchase Order Number;

        (f)      Date of Purchase;

**Page 19 of 29**

Exhibit 4
Page 94

(g)      Quantity, Unit Price, and Extension of Each Item (unit prices and extensions need not be shown when incompatible with the use of automated systems; provided, that the invoice is itemized to show the information); and

(h)      Date of Shipment.

(9)      The requirements of a proper invoice are specified in the Federal Supply Schedule contract.  Invoices will be submitted to the address specified within the purchase order transmission issued against this BPA.

(10)     The terms and conditions included in this BPA apply to all purchases made pursuant to it.  In the event of an inconsistency between the provisions of this BPA and the Contractor's invoice, the provisions of this BPA will take precedence.

*******************************************************************************************

**Page 20 of 29**

Exhibit 4
Page 95

**BASIC GUIDELINES FOR USING
"CONTRACTOR TEAM ARRANGEMENTS"**

Federal Supply Schedule Contractors may use "Contractor Team Arrangements" (see FAR 9.6) to provide solutions when responding to a ordering activity requirements.

These Team Arrangements can be included under a Blanket Purchase Agreement (BPA).  BPAs are permitted under all Federal Supply Schedule contracts.

Orders under a Team Arrangement are subject to terms and conditions or the Federal Supply Schedule Contract.

Participation in a Team Arrangement is limited to Federal Supply Schedule Contractors.

Customers should refer to FAR 9.6 for specific details on Team Arrangements.

Here is a general outline on how it works:

- The customer identifies their requirements.

- Federal Supply Schedule Contractors may individually meet the customers needs, or -

- Federal Supply Schedule Contractors may individually submit a Schedules "Team Solution" to meet the customer's requirement.

- Customers make a best value selection.

**Page 21 of 29**

Exhibit 4
Page 96

| | | | | |
|---|---|---|---|---|
| **GET ENGINEERING** | | | **GSA** | |
| | **GSA  Schedule** **Price List** | | | |
| | **01/15/2014** | | | |
| **9350 Bond Avenue** | **FOB** **Delivered** | | *Schedule #* | |
| **El Cajon, CA 92021** | **www.getntds.com** | | *GS-35F-0636S* | |
| **(619)443-8295** | | | | |
| | | | | |
| | | | | |
| **Part #** | **PC 104+ Products** | **EXP** | **GSA DISC** | **SIN #** |
| **10070901** | **NTDS / PC104+ Interface Adaptor Assembly Parallel A/B/C/H** | **X** | **$          3,150** | **132.8** |
| **Part #** | **PCI Products** | **EXP** | **GSA DISC** | **SIN #** |
| **10074501** | **NTDS / PCI Interface Adapter Assembly, Parallel A/B/C/H, PCI Rev 2.2 Compliant** | **X** | **$          3,160** | **132.8** |
| **10074501-SL** | **NTDS / PCI Interface Adapter Assembly, Parallel A/B/C/H, PCI Rev 2.2 Compliant w/Side Latches** | | **$          3,160** | **132.8** |
| **Part #** | **ISA Products** | **EXP** | **GSA DISC** | **SIN #** |
| **10073501** | **NTDS Halfwide ISA Interface Adaptor Assembly Parallel A/B/C/H** | **X** | **$          3,577** | **132.8** |
| **10073801** | **NTDS Halfwide ISA Type E Interface Adaptor Assembly** | **X** | **$          3,517** | **132.8** |
| **Part #** | **HSDS Products** | **EXP** | **GSA DISC** | **SIN #** |
| **10030309** | **HSDS Converters (Pair Pricing** | | **$          3,692** | **132.8** |
| **Part #** | **NTDS ANALYZERS** | **EXP** | **GSA DISC** | **SIN #** |
| **10090401-P** | **NTDS Analyzer - Luggable Unit with Dual Tap Parallel  Adapter with Analyzer Software. This unit includes (1)10074501 PCI, (1)10070555 conf#1** | | **$        17,288** | **132.8** |

**Page 22 of 29**

Exhibit 4
Page 97

| Part # | | EXP | GSA DISC | SIN # |
|---|---|---|---|---|
| | transition module, (2) 10031007-48 ribbon cables. | | | |
| 10090401-S | NTDS Analyzer - Luggable Unit with Dual Tap Serial Card with Analyzer Software | | $      17,100 | 132.8 |
| 10090401-P/P/S/S | NTDS Analyzer - Luggable Unit with Dual Tap Parallel Adapter with Analyzer Software. Includes (2) 10074501 PCI Parallel, (2) 10074801 PCI Serial, (2) 10070555 Conf#1 Transition Module, (4) 10031007 Ribbon Cables, (4) 10031618-8 8' serial cables | | $      27,310 | 132.8 |
| 49800204 | Pelican Hardened Transit Case for Luggable Computer w/Tap Boxes & Cables | | $           746 | 132.8 |
| Part # | Round & Triax Cables | EXP | GSA DISC | SIN # |
| 10030014 | NTDS Cable Assembly, M28840/16AG1S2 to M81511/06EF01S1 | | $        1,474 | 132.8 |
| 10030015 | NTDS Cable Assembly, M28840/16AG1S1 to M81511/06EF01S2 | | $        1,474 | 132.8 |
| 10030020 | NTDS Cable Assembly, UYK-7 - M81511/S1 to M81511/S2 - 25 foot | | $        1,739 | 132.8 |
| 10030023 | NTDS Cable Assembly, UYK-44 - D38999/SA to D38999/SN  - 25 foot | | $        1,065 | 132.8 |
| 10030024 | NTDS Cable Assembly, UYK-43 - M28840/S1 to M28840/S2 - 25 foot | | $        1,294 | 132.8 |
| 10030040-20 | NTDS Cable Assembly, D38999/26WG35SA to D38999/26WG35SN - 20 foot | | $        1,145 | 132.8 |
| 10030608 | NTDS Cable Assembly, M28840/16AGS1S1 to M28840/16AF1S2- 25oot | | $        1,413 | 132.8 |
| 10030609 | NTDS Cable Assembly, M28840/16AGS1S2 to M28840/16AF1S1 - 25 foot | | $        1,413 | 132.8 |
| 10031618 | NTDS Cable Assembly, TRIAX, Serial - PL75-7 to PL75-7  - 25 foot | | $           264 | 132.8 |

| 10031620 | NTDS Cable Assembly, TRIAX, Serial - PL75-7 to PL80-7 - 25 foot | | $ | 383 | 132.8 |
|---|---|---|---|---|---|
| 10031624 | NTDS Cable Assembly, TRIAX, Serial - PL75-7 TO BJ89-7 - 25 foot | | $ | 338 | 132.8 |
| 10031626 | NTDS Cable Assembly, TRIAX, Serial - PL80-7 to PL80-7 - 25 foot | | $ | 473 | 132.8 |
| **Part #** | **Ribbon Cables** | **EXP** | **GSA DISC** | | **SIN #** |
| 10030216-48 | Ribbon Cable, High Density,Sheilded, 80 PIN TO 80 PIN  48" long | | $ | 285 | 132.8 |
| 10030216-96 | Ribbon Cable, High Density,Sheilded, 80 PIN TO 80 PIN  96" long | | $ | 325 | 132.8 |
| 10031005 | Ribbon Cable, High Density, 50 PIN to 50 Connectors - 16/32 Bit - 48" long | | $ | 116 | 132.8 |
| 10031007 | Ribbon Cable, High density, 80 PIN to 80 Connectors -32 Bit - 48" long | X | $ | 101 | 132.8 |
| 10031007-54 | Ribbon Cable, High density, 80 PIN to 80 Connectors -32 Bit - 54" long | X | $ | 101 | 132.8 |
| 10031007-12 | Ribbon Cable, High density, 80 PIN to 80 Connectors -32 Bit - 12" long | X | $ | 101 | 132.8 |
| 10031007-72 | Ribbon Cable, High density, 80 PIN to 80 Connectors -32 Bit - 72" long | X | $ | 106 | 132.8 |
| 10031007-96 | Ribbon Cable, High density, 80 PIN to 80 Connectors -32 Bit - 96" long | X | $ | 111 | 132.8 |
| **Part #** | **Transition Modules** | **EXP** | **GSA DISC** | | **SIN #** |
| 10036004 | NTDS Transition Module Set, 80 Pin Ribbon to DD78-S | | $ | 352 | 132.8 |
| 10036017 | NTDS UYK-43 Transition Module Set - M28840/P1/P2 to 80 Pin | X | $ | 765 | 132.8 |
| 10036022 | NTDS UYK-44 Transition Module Set - D38999/PA/PN to 80 Pin | X | $ | 636 | 132.8 |
| 10036096-I | NTDS UYK-20 Transition Module Set - 80 Pin  to UYK 20 | | $ | 750 | 132.8 |
| 10038501 | NTDS Transition Module - 80-80 Right Angle Connectors | X | $ | 129 | 132.8 |
| 10070551 | NTDS Transition Module PMC/ABCH | | $ | 412 | 132.8 |
| 10070555 | NTDS Transition Module 80/80/120 w/Screw Locks for 10074501 Adaptor | X | $ | 442 | 132.8 |
| 10073551 | NTDS Transition Module - 112-80/80 ISA/PCI 32 Bit Adaptor | X | $ | 387 | 132.8 |

**Page 24 of 29**

Exhibit 4
Page 99

| 10022003 | Tap Breakout Box - Two Channel w/UYK-43 & 80 IDC Tap Connections | | $ 4,482 | 132.8 |
|---|---|---|---|---|
| 10022101 | Tap Breakout Box - Two NTDS Type D channels (BNC) and two NTDS Type E channel (BJ-77), tap channels use BJ-77 connectors | | $ 3,786 | 132.8 |
| Part # | Fiber Optic Converter System Enclosures | EXP | GSA DISC | SIN # |
| 10097101-16U | NTDS/FIBER-OPTIC SIGNAL CONVERTER SYSTEM COMPONENT - 4U Enclosure, 16 Slot Universal, Dual Redundant Power Supply, Motherboards, Rear I/O, Distribution Panels Required | | $ 10,421 | 132.8 |
| Part # | Fiber Optic Converter Components | EXP | GSA DISC | SIN # |
| 10086701-S | NTDS/FIBER-OPTIC SIGNAL CONVERTER SYSTEM COMPONENT- Converter Card, 1397C Parallel Signal to Fiber-Optic Signal, Front Fiber-Optic I/O with Short Haul Tranceiver | | $ 3,380 | 132.8 |
| 10086701-L | NTDS/FIBER-OPTIC SIGNAL CONVERTER SYSTEM COMPONENT- Converter Card, 1397C Parallel Signal to Fiber-Optic Signal, Front Fiber-Optic I/O with Long Haul Tranceiver | | $ 3,255 | 132.8 |
| 10086901-S | NTDS/FIBER-OPTIC SIGNAL CONVERTER SYSTEM COMPONENT- Converter Card, 1397C Serial Signal to Fiber-Optic Signal, Front Fiber-Optic I/O with Short Haul Tranceiver | | $ 3,966 | 132.8 |
| 10086901-L | NTDS/FIBER-OPTIC SIGNAL CONVERTER SYSTEM COMPONENT- Converter Card, 1397C Serial Signal to Fiber-Optic Signal, Front Fiber-Optic I/O with Long Haul Tranceiver | | $ 4,184 | 132.8 |
| 10086901D-S | NTDS/FIBER-OPTIC SIGNAL CONVERTER SYSTEM COMPONENT- Converter Card, 1397C Serial Signal to Fiber-Optic Signal, for Universal Chassis - Front Fiber-Optic I/O with Short Haul Tranceiver | | $ 4,324 | 132.8 |

**Page 25 of 29**

Exhibit 4
Page 100

| Part # | Fiber Optic Converter Components | EXP | GSA DISC | SIN # |
|---|---|---|---|---|
| 10086901D-L | NTDS/FIBER-OPTIC SIGNAL CONVERTER SYSTEM COMPONENT- Converter Card, 1397C Serial Signal to Fiber-Optic Signal, for Universal Chassis - Front Fiber-Optic I/O with Long Haul Tranceiver | | $    4,562 | 132.8 |
| FOP-44 KIT | CONVERTER SYSTEM COMPONENT- UYK-44 Transition Module Assembly Includes transition modules, cables and mountings for UYK-44 connectivity | | $    1,183 | 132.8 |
| FOP-43 Kit | CONVERTER SYSTEM COMPONENT- UYK-43 Transition Module Assembly Includes transition modules, cables and mountings for UYK-43 connectivity | | $    1,372 | 132.8 |
| FOP-7 Kit | CONVERTER SYSTEM COMPONENT- UYK-7 Transition Module Assembly Includes transition modules, cables and mountings for UYK-7 applications | | $    2,356 | 132.8 |
| FOP-7 Kit-G | CONVERTER SYSTEM COMPONENT- UYK-7 Transition Module Assembly Includes transition modules, cables and mountings for UYK-7 applications with Government Furnished UYK-7 P1 & P2 Square Flange Receptacles | | $    1,605 | 132.8 |
| FOP-66 Kit | CONVERTER SYSTEM COMPONENT- Parallel 66-Pin Transition Module Assembly Includes transition modules, cables and mountings for 66-Pin connectivity | | $    1,282 | 132.8 |
| FOP-20 Kit | CONVERTER SYSTEM COMPONENT UYK-20 Transition Module assemblies, Includes transition modules, cables and mountings | | $    1,352 | 132.8 |
| FOP-78 Kit | CONVERTER SYSTEM COMPONENT- Parallel 78-Pin Transition Module Assembly Includes transition modules, cables and mountings for parallel 78-Pin connectivity | | $      925 | 132.8 |

**Page 26 of 29**

Exhibit 4
Page 101

| | | | | |
|---|---|---|---|---|
| **FOP-78SP Kit** | **CONVERTER SYSTEM COMPONENT- Parallel 78-Pin Transition Module Assembly with Custom Pinouts, Includes transition modules, cables and mountings for parallel 78-Pin connectivity** | | **$         1,009** | **132.8** |
| **FOSE-BJ79 Kit** | **CONVERTER SYSTEM COMPONENT- Serial E to BJ79-7 Assembly Includes all required cables, mountings and panel/ per 4 Channels** | | **$         1,546** | **132.8** |
| **FOSE-BJ79 Kit-D** | **CONVERTER SYSTEM COMPONENT- Serial E to BJ79-7 Assembly Includes all required cables, mountings  per 4 Channels for "U" Chassis. Requires Distribution Panel** | | **$         2,789** | **132.8** |
| **FOSE-BJ89 Kit** | **CONVERTER SYSTEM COMPONENT- Serial E to BJ89-7 Assembly Includes all required cables, mountings and panel/per 4 channels** | | **$         2,008** | **132.8** |
| **FOSE-BJ89 Kit-D** | **CONVERTER SYSTEM COMPONENT- Serial E to BJ89-7 Assembly Includes all required cables, mountings per 4 channels for "U" Chassis - Requires Distribution Panel** | | **$         3,251** | **132.8** |
| **FOSD-BNC Kit** | **CONVERTER SYSTEM COMPONENT- Serial D to UJB26-2 Assembly Includes all required cables, mountings and panel/per 4 channels** | | **$         1,377** | **132.8** |
| **FOSD-BNC Kit-D** | **CONVERTER SYSTEM COMPONENT- Serial D to UJB26-2 Assembly Includes all required cables, mountings per 4 channels for "U" Chassis - Requires Distribution Panel** | | **$         2,465** | **132.8** |
| **FOSD-Triax Kit** | **CONVERTER SYSTEM COMPONENT- Serial D to 34775 Assembly Includes all required cables, mountings and panel/ per 4 channels** | | **$         2,147** | **132.8** |
| **FOSD-Triax Kit-D** | **CONVERTER SYSTEM COMPONENT- Serial D to 34775 Assembly Includes all required cables, mountings per 4 channels for "U" Chassis. Requires Distribution Panel** | | **$         3,022** | **132.8** |
| **40111410** | **CONVERTER SYSTEM COMPONENT- Fiber Converter System - SFP Tranceiver Short Haul 1.25 Gbaud Multimode** | | **$           146** | **132.8** |

**Page 27 of 29**

Exhibit 4
Page 102

| Part # | | EXP | GSA DISC | SIN # |
|---|---|---|---|---|
| 40131420 | **CONVERTER SYSTEM COMPONENT- Fiber Converter System - SFP Tranceiver Long Haul 1310nm 1.25 Single Mode** | | $      265 | 132.8 |
| 49800175 | **CONVERTER SYSTEM COMPONENT- Fiber Cable, Hi Density, 18 Duplex, LC-LC, MM50 Jacket - 30M** | | $    1,244 | 132.8 |
| 49800205 | **CONVERTER SYSTEM COMPONENT- Fiber Cable, Hi Density, 18 Duplex, LC-LC, MM50 Jacket - 50M** | | $    2,102 | 132.8 |
| 10097301 | **SERIAL SYSTEM RACK MOUNT BOX - Includes panels, Cable Management System, Hardware** | | $    1,623 | 132.8 |
| 10097201 | **PARALLEL SYSTEM RACK MOUNT BOX - Includes panels, Cable Management System, Hardware** | | $    2,030 | 132.8 |
| 10022903 | **CONVERTER SYSTEM COMPONENT - Distribution Panels for Universal Chassis 10097101-16U - 1 each for 4 Parallel and 1 each for 8 Serial** | | $      304 | 132.8 |
| **Part #** | **Fiber Optic Converter System** | **EXP** | **GSA DISC** | **SIN #** |
| 10097201-16S-7 | **COMPLETE CONVERTER SYSTEM BOX to include Chassis, 16 NTDS to Fiber Converter Cards, Short Haul Tranceivers, All Internal Transition Modules and 16 FOP-7 Kits** | | $  106,157 | 132.8 |
| 10097201-16S-7G | **COMPLETE CONVERTER SYSTEM BOX to include Chassis, 16 NTDS to Fiber Converter Cards, Short Haul Tranceivers, All Internal Transition Modules and 16 FOP-7 Kits with GOVERNMENT FURNISHED UYK-7 P1 & P2 Square Flange Receptacles** | | $   94,160 | 132.8 |
| 10039504P-LMP | **NTDS/FiberOptic System - 4 Port Parallel including 4 Converter Cards with Government furnished UYK-7 Connectors** | | $   21,421 | 132.8 |
| 10039504P-LMC | **NTDS/FiberOptic System - 4 Port Parallel including 4 Converter Cards with UYK-43 Connectivity** | | $   22,161 | 132.8 |
| 10039504P-LMD | **NTDS/FiberOptic System - 4 Port Parallel including 4 Converter Cards** | | $   21,406 | 132.8 |

**Page 28 of 29**

Exhibit 4
Page 103

| | | | | |
|---|---|---|---|---|
| | with UYK-44 Connectivity | | | |
| **10039504S-LMM** | **NTDS/FiberOptic System - 4 Port Serial E including 4 Converter Cards with BJ-79 Connectivity** | | **$       22,514** | **132.8** |
| **10039504P-LMQ** | **NTDS/Fiber Optic 4 Port Parallel Converter System with 66 pin MS27508E18F35P/PA connectors & Short Haul  Multimode SFP** | | **$       22,633** | **132.8** |
| | **All Items FOB Delivered Continental United States** | | | |
| | **"X" in "EXP Column = Usually Available for Expedited Delivery 15 Days** | | | |
| | **Terms 2% Discount 15 Days, NET 30 Days** | | | |

**Page 29 of 29**

Exhibit 4
Page 104





GSA Advantage!®
Online Shopping

My Account ▾    NSN Ordering ▾    Get Quotes ▾    Help    Register    Login

A service of the U.S. General Services Administration

Shop by Category ▾   **Search**   Products ▾   [                    ]   Advanced   🛒 0

Home > Search Results

**Categories**
**Electronics & Technology**
Chassis stacking components
Hardware or telephony components
Channel converter
Network interface cards
Docking stations
Line matrix printers
Two way radios
Interface bus converter or controlli...
Modems

**Building & Industrial**
Fiber optic cable
Network cable
Power adapters or inverters
Power cable
Power supply units
Fiber optic connector
See fewer Categories

**Manufacturers/Brands**
GET ENGINEERING

**Photos**
See only items with photos

**Contractors**
See All

**Business/Socio-economic Types**
Small Business
Woman owned SB

**Green/Special Programs**
Disaster Recovery items

**Shipping**
[ -- show all -- ]  GO

**Minimum Order**
[ -- show all -- ]  GO

**Can't find what you're looking for?**
Call GSA Customer Service toll free at
**800-488-3111** 📞
Available 24 hours a day
Monday - Friday
(8 AM Central Sunday through 8:30 PM
Central Friday)

## Search Results - Products

Go to Consolidated View » ⓘ

Found **93** products matching the following criteria.

Criteria: GS-35F-0636S in contract number and 132 8 in Special Item Number (SIN)

| Sort by | Limit by price | Search within results | | |
|---|---|---|---|---|
| Most relevant | -------------- | [          ] | Find any of these words | **GO** |

1  |  2  |  3  |  4 Next Page >

### NTDS CABLE ASSEMBLY
10030023

No image available at this time

**$1,065.00** EA

30 days delivered ARO
From 1 source

NTDS Cable Assembly, UYK-44 - D38999/SA to D38999/SN - 25 foot

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

### RIBBON CABLE, HIGH DENSITY
10031005

No image available at this time

**$116.00** EA

30 days delivered ARO
From 1 source

Ribbon Cable, High Density, 50 PIN to 50 Connectors - 16/32 Bit - 48" long

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

### RIBBON CABLE, HIGH DENSITY
10031007-72

No image available at this time

**$106.00** EA

30 days delivered ARO
From 1 source

Ribbon Cable, High density, 80 PIN to 80 Connectors -32 Bit - 72" long

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

### NTDS TRANSITION MODULE
10036004

No image available at this time

**$352.00** EA

30 days delivered ARO
From 1 source

NTDS Transition Module Set, 80 Pin Ribbon to DD78-S

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

Exhibit 4
Page 105

### NTDS/PMC SERIAL E INTERFACE ADAPTER
10070801E

**$2,991.00** EA

30 days delivered ARO
From 1 source

NTDS/PMC SERIAL E INTERFACE ADAPTER

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

---

### NTDS PCI SERIAL E ADAPTER
10074801

**$3,528.00** EA

30 days delivered ARO
From 1 source

NTDS PCI SERIAL E ADAPTER

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

---

### NTDS VMEII PARALLEL ADAPTER W/NTDS FIRMW
10047901-CC

**$5,882.00** EA

30 days delivered ARO
From 1 source

NTDS VMEII PARALLEL ADAPTER W/P/2 I/O, CONFORMAL COATED

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

---

### NTDS PCI DUAL SERIAL TAP CARD
10074901-I

**$357.00** EA

30 days delivered ARO
From 1 source

NTDS PCI DUAL SERIAL TAP CARD

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

---

### COMPLETE CONVERTER SYSTEM
10039504P-LMP

**$22,421.00** EA

30 days delivered ARO
From 1 source

COMPLETE CONVERTER SYSTEM BOX NTDS/FiberOptic System - 4 Port Parallel including 4 Converter Cards with Government furnished UYK-7 Connectors

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

---

### COMPLETE CONVERTER SYSTEM
10097201-16S-7G

**$94,160.00** EA

30 days delivered ARO
From 1 source

COMPLETE CONVERTER SYSTEM BOX to include Chassis, 16 NTDS to Fiber Converter Cards, Short Haul Tranceivers, All Internal Transition Modules and 16 FOP-7 Kits with GOVERNMENT FURNIS…

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

Exhibit 4
Page 106

### CONVERTER SYSTEM COMPONENT 
FOP-43 KIT

**$1,372.00** EA

30 days delivered ARO
From 1 source

CONVERTER SYSTEM COMPONENT- UYK-43 Transition Module Assembly Includes transition modules, cables and mountings for UYK-43 connectivity

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST
RECOV

---

### SERIAL SYSTEM RACK MOUNT BOX 
10097301

**$1,623.00** EA

30 days delivered ARO
From 1 source

SERIAL SYSTEM RACK MOUNT BOX - Includes panels, Cable Management System, Hardware

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST
RECOV

---

### NTDS/FIBER-OPTIC SIGNAL CONVERTER SYSTEM
10086701-S

**$3,380.00** EA

30 days delivered ARO
From 1 source

NTDS/FIBER-OPTIC SIGNAL CONVERTER SYSTEM COMPONENT- Converter Card, 1397C Parallel Signal to Fiber-Optic Signal, Front Fiber-Optic I/O with Short Haul Tranceiver

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST
RECOV

---

### CONVERTER SYSTEM COMPONENT
40131420

**$265.00** EA

30 days delivered ARO
From 1 source

CONVERTER SYSTEM COMPONENT- Fiber Converter System - SFP Tranceiver Long Haul 1310nm 1.25 Single Mode

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST
RECOV

---

### CONVERTER SYSTEM COMPONENT
FOP-7 KIT

**$2,356.00** EA

30 days delivered ARO
From 1 source

CONVERTER SYSTEM COMPONENT- UYK-7 Transition Module Assembly Includes transition modules, cables and mountings for UYK-7 applications

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST
RECOV

---

### CONVERTER SYSTEM COMPONENT 
10022903

**$304.00** EA

30 days delivered ARO
From 1 source

CONVERTER SYSTEM COMPONENT - Distribution Panels for Universal Chassis 10097101-16U - 1 each for 4 Parallel and 1 each for 8 Serial

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w

Exhibit 4
Page 107

)

### CONVERTER SYSTEM COMPONENT 
49800205

**$2,102.00** EA

30 days delivered ARO
From 1 source

CONVERTER SYSTEM COMPONENT- Fiber Cable, Hi
Density, 18 Duplex, LC-LC, MM50 Jacket - 50M

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w
)

---

### NTDS CABLE ASSEMBLY
10030015

**$1,474.00** EA

30 days delivered ARO
From 1 source

NTDS Cable Assembly, M28840/16AG1S1 to
M81511/06EF01S2

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w
)

---

### CONVERTER SYSTEM COMPONENT 
FOP-7 KIT-G

**$1,605.00** EA

30 days delivered ARO
From 1 source

CONVERTER SYSTEM COMPONENT- UYK-7 Transition
Module Assembly Includes transition modules, cables and
mountings for UYK-7 applications with Government
Furnished UYK-7 P1 & P2 Square...

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w
)

---

### CONVERTER SYSTEM COMPONENT 
FOSD-TRIAX KIT

**$2,147.00** EA

30 days delivered ARO
From 1 source

CONVERTER SYSTEM COMPONENT- Serial D to 34775
Assembly Includes all required cables, mountings per 4
channels for "U" Chassis. Requires Distribution Panel

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w
)

---

### NTDS ANALYZER 
10090401-S

**$17,100.00** EA

30 days delivered ARO
From 1 source

NTDS Analyzer - Luggable Unit with Dual Tap Serial Card
with Analyzer Software

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w
)

---

### NTDS CABLE ASSY
10030004-35

**$2,219.00** EA

30 days delivered ARO

NTDS CABLE ASSY M28840/16AG1S1 TO
MRSO158SBNOOO W/45 BACKSHELL

Exhibit 4
Page 108

From 1 source

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

---

### NTDS CABLE ASSY
10030005-35

**$2,219.00** EA

30 days delivered ARO
From 1 source

NTDS CABLE ASSY M28840/16AG1S2 TO MRSO158SBNOOO W/45 BACKSHELL

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

---

### NTDS CABLE ASSEMBLY
10031624

**$338.00** EA

30 days delivered ARO
From 1 source

NTDS Cable Assembly, TRIAX, Serial - PL75-7 TO BJ89-7 - 25 foot

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

---

### RIBBON CABLE, HIGH DENSITY
10030216-96

**$325.00** EA

30 days delivered ARO
From 1 source

Ribbon Cable, High Density,Sheilded, 80 PIN TO 80 PIN 96" long

**Mfr:** GET ENGINEERING

**Contractor:** GET ENGINEERING  [GS-35F-0636S]  ( s w )

DISAST RECOV

---

**1**  |  2  |  3  |  4  Next Page >

GSA **Advantage!.**
Online Shopping

Home | My Account | Order History | Login | Help | Reports | GSA eLibrary | GSA eBuy | News

**\*\*\* WARNING \*\*\***
This is a U.S. General Services Administration computer system that is "FOR OFFICIAL USE ONLY". This system is subject to monitoring. Therefore, no expectation of privacy is to be assumed. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.
Privacy and Security

Exhibit 4
Page 109

# Exhibit 5

Exhibit 5
Page 110



 Help

- 

| | |
|---|---|
| **Active:** | Yes |
| **Category:** | SeaPort Enhanced |
| **Prime Company:** | GET Engineering |
| **Contract Number:** | N00178-14-D-7297 |
| **CAGE:** | 6V412 |
| **TIN:** | 95-3777755 |
| **Website URL:** | |
| **Address:** | 9350 Bond Ave |
| | El Cajon, CA 92021-2850 |

**Zones:**
Zone 1 - Northeast Zone
Zone 2 - National Capital Zone
Zone 3 - Mid Atlantic Zone
Zone 4 - Gulf Coast Zone
Zone 5 - Midwest Zone
Zone 6 - Southwest Zone
Zone 7 - Northwest Zone

**Business Ownership:** SB - Small Business Concerns
WOSB - Women-Owned Small Business Concerns

List Sub-Companies Back

- 

Exhibit 5
Page 111

# Exhibit 6

Exhibit 6
Page 112



*June 1, 2015*

*Innovative Communication Solutions for Your World*

| HOME | ABOUT US | PRODUCTS | SUPPORT | NEWS | EVENTS | CONTRACTS | CONTACT US |

Search

HOME » NEWS » New GET CEO



## New GET CEO

Under the August sun, GET Engineering Corporation, a privately held, Woman Owned Small Business (WOSB) in San Diego's East County, celebrated the "Succession of CEOs" on Friday, September 13, 2013. Retiring President and CEO Greg Mac Neil passed the helm to Captain David Grundies, USN (Ret.), during a ceremony held at the company's facility in El Cajon. The event featured as guest speaker Congressman Duncan D. Hunter, who represents California's 50th Congressional District. The Company's Founders, Rodney and Guille Tuttle, as well as the GET Engineering Board of Directors attended the event. Other VIPs included San Diego County Supervisor Dianne Jacob, former San Diego Mayor Jerry Sanders and several United States Navy Admirals.

Mac Neil has led the company of twenty employees since 2003. In the last ten years GET brought new products and innovation to the Navy that has changed the way ships and laboratories handle their legacy communication. New technology such as fiber optic conversion and tactical data over Ethernet were first introduced by GET. They continue to be the premier supplier of products for Naval Tactical Data Systems (NTDS).

Prior to joining GET Engineering as Vice President eighteen months ago, Grundies built business partnerships in the San Diego defense community initially with Harris Corporation as Manager of Business Development, then at CSC in their Navy/Marine Corps Technology Center as Director of Strategic Planning, and subsequently at CACI Corporation as their

### RECENT POSTS

Virtual NTDS was announced by GET Engineering
Twice a Citizen Award
Executive Roundtable: Tech innovations challenge military, training
Red Hat Enterprise Linux 7 support is available for our NTDS, ATDS, and STANAG adapters
GET Engineering Delivers Hardened NTDS over Ethernet Systems

### CATAGORIES

Catagories
Select Category

### TAGS

ATDS  CUI  Device Driver  ICI  Maritime Technologies  MIL-S-901D  Military  MPEDD  National Guard  Navy Air Show  NAVY  Gold Coast  NAVYSNA  NDIA  NTDS  NTDS over Ethernet  Product  Reserve  RHEL 7  Roundtable  SDDT  STANAG  Tech Innovation  The Daily Transcript  Training  Twice a Citizen Award  UAV  V-NTDS  Virtual NTDS

Exhibit 6
Page 113

Director of Naval Programs.



Congressman Duncan D. Hunter (R 52nd District) visited the GET Engineering Change of Command Ceremony on September 19th to welcome Captain Dave Grundies (USN Ret) as new CEO and President of the firm.



The County of San Diego issued a Proclamation recognizing September 19th as "Greg MacNeil Day" at the GET Engineering Change of Command Ceremony, presented by San Diego County Supervisor Dianne Jacob.

This entry was posted in News on September 13, 2013.

← GET Engineering featured in San Diego Daily Transcript

GET Engineering receives "Exceptional" rating by GSA →

Exhibit 6
Page 114

 

GSA Schedule
GS-35F-0636S

9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443-8295 / (877) 494-1820
Fax: (619) 443-8613
sales@getntds.com

Home | Contact Us | Privacy Policy | Sitemap

Copyright © 2014 GET Engineering Corp. All rights reserved.
Cage Code: 6V412

Exhibit 6
Page 115

# Exhibit 7

Exhibit 7
Page 116

**1123807**

**FILED**

In the office of the Secretary of State
of the State of California

**SEP 2 4 1982**

MARCH FONG EU, Secretary of State

By _Leslie Glenn_
Deputy

## ARTICLES OF INCORPORATION

### OF

### G.E.T. ENGINEERING CORP

FIRST:   The name of this corporation is G.E.T.
ENGINEERING CORP.

SECOND:   The purpose of this corporation is to
engage in any lawful act or activity for which a corporation
may be organized under the General Corporation Law of California
(other than the banking business and the trust company business
or the practice of a profession permitted to be incorporated
by the California Corporation Code).

THIRD:   The name and address in the State of
California of this corporation's initial agent for service
of process is:

> Guille E. Tuttle
> 13619 Laguna Vista
> El Cajon, California   92021

FOURTH:   This corporation is authorized to issue
only one class of shares of stock and the total number of
shares which this corporation is authorized to issue is
50,000 shares.

DATED _September 21_, 1982

_Henry Blue_

Exhibit 7
Page 117
HENRY W. BLUE, Incorporator

I hereby declare that I am the person who executed the foregoing Articles of Incorporation, which execution is my act and deed.

HENRY W. BLUE

Exhibit 7
Page 118



A071119

1173807

## CERTIFICATE OF AMENDMENT OF
## ARTICLES OF INCORPORATION

**FILED**
In the Office of the Secretary of State
of the State of California

DEC - 3 2010

The undersigned certify that:

1. They are the **president** and the **secretary**, respectively, of G.E.T. ENGINEERING CORP., a California corporation.

2. Article FIRST of the Articles of Incorporation of this Corporation is amended to read as follows:

    **The name of this corporation is GET ENGINEERING CORP.**

3. The foregoing amendment of Articles of Incorporation has been duly approved by the board of directors.

4. The foregoing amendment of Articles of Incorporation has been duly approved by the required vote of shareholders in accordance with Section 902, California Corporations Code. The total number of outstanding shares of the corporation is 100. The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

DATE: ___11/30/2010___

Greg Mac Neil, President

John Redding, Secretary

Exhibit 7
Page 119

# Exhibit 8

Exhibit 8
Page 120



*June 9, 2015*

*Innovative Communication Solutions for Your World*

HOME    ABOUT US    PRODUCTS    SUPPORT    NEWS    EVENTS    CONTRACTS    CONTACT US

Search

About Us

GET Difference

Programs Supported

**Management Team**

Careers

*"GET has always provided us with **reliable equipment**, and **great support**."*

—Facilities Manager,
Combat Direction Systems Activity



**SUPPORT**

We are proud to support GET products & solutions in your NTDS world »

## Management Team



**Captain David H. Grundies USN (Ret.), President/CEO, GET Engineering**

**Dave Grundies** is a native of Newark, Ohio. He graduated from Wake Forest University and was commissioned an Ensign in the U.S. Navy. As a Naval Aviator, he piloted aircraft on and off of Aircraft Carriers and Naval Air Stations around the world. He was the Commanding Officer of Fleet Logistics Squadron Three Zero. Ashore, he served as the Executive Assistant to the Admiral for SPAWAR Headquarters during their move from Crystal City, VA to San Diego. His final assignment was as the Comptroller for SPAWAR. Grundies retired from the Navy after 26 years of active duty.

In the private sector, Grundies built business partnerships in the San Diego defense community initially with Harris Corporation as Manager of Business Development, then at CSC in their Navy/Marine Corps Technology Center as Director of Strategic Planning, and subsequently at CACI Corporation as their Director of Naval Programs. His last job was Vice President of GET Engineering.

Grundies remains active in community and business organizations. As a member of the Armed Forces Communications and Electronics Association (AFCEA), he served as President of the San Diego Chapter and is now the Regional Vice President for Southern California. He is the immediate past President of Navy League, San Diego Council, a San Diego Holiday Bowl lifetime member, founding board member of FleetWeek San Diego, a charter member of San Diego Military Advisory Council (SDMAC), member of the San Diego Regional Chamber of Commerce Military Affairs Advisory Council (SDRCC MAAC), former President of The American Society of Military Comptrollers (ASMC) and a member of The Tailhook Association.

Grundies is married to Diane L. Schneider, MD, another Wake Forest Demon Deacon. Dr. Schneider is a nationally recognized expert in the prevention and treatment of osteoporosis, and author of a consumer book, "The Complete Book of Bone Health". In their free time, they enjoy boating and water sports.



**Leslie Adams, General Manager, GET Engineering**

**Leslie Adams'** career at GET Engineering began over twenty-five years ago as a file clerk and typist for the founders of GET. Over the years as the company grew, she worked in the Procurement, Contracts and Engineering Support Departments until becoming the General Manager in 2003. Leslie is a member of Women In Defense (WID) Armed Forces Communications and Electronics Association (AFCEA) and National Defense Industrial Association (NDIA).

Leslie served as Treasurer of the scholarship foundation, AVID in her local community. She has been married to her husband John for twenty-eight years, has two grown children and continues to live in and support the same community she grew up in.



**Adapter Assemblies**

Rugged engineering brings you reliability like no other

> Learn More



**NTDS Over Ethernet Systems**

The ability to adapt to any situation at anytime

> Learn More



**Fiber Optic solutions**

"Out of range" needn't be in your vocabulary

> Learn More



**Tactical Data Processors**

Easy connectivity enables legacy system modernization

> Learn More



**Cables and Connectors**

Light weight, adaptable connections for NTDS

> Learn More

Exhibit 8
Page 121



**Frank Debaca, Director of Product Development, GET Engineering**

**Frank DeBaca** brings 32 years of technical and program management experience with him to GET Engineering. Previous to working at GET, Mr. DeBaca was employed by Lockheed Martin. In his last assignment at LM he was the PM for a major Foreign Military Sales (FMS) program with the Republic of China (Taiwan). He was responsible for coordinating the efforts of 80 employees and managed/directed them to conduct field site surveys, site preparation agreements, installation guidance packages and installation of hardware at multiple land based facilities in Taiwan, across multiple delivery orders. He worked directly with the Government to identify risks and requirements to develop successful solutions.

Frank's direct knowledge and experience in electronics, engineering, contracts, personnel and sales provide him a unique background to perform his role as Director of Product Development at GET.



**Sharon Bakun, Accounting Director, GET Engineering**

**Sharon Bakun** started her Career as a Marine where she received two meritorious advances in rank. On active duty, she started and later achieved a Business Management/Administration degree. As a civilian she received a BS in Accounting.

With over twenty years of experience in Accounting she has had the opportunity to work for GE Capital with the then Ernest and Young auditors while conducting GE's 41 million dollar portfolio audit. Prior to GET she worked for GDSI as Controller/Acting CFO and lead the accounting team in a successful three year private to public audit. She began with GET in 2005 as the Director of Accounting. She is a member of AGA, Association of Government Accountants.

Married with two children she resides in Ramona. Sharon's has two hobbies, the first is traveling, where she has traveled up the Amazon, from South Africa to Kenya on safaris, driven across Australia and Europe. The second is the horses that her entire family enjoys.




GSA Schedule
GS-35F-0636S



9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443-8295 ☏ / (877) 494-1820 ☏
Fax: (619) 443-8613 ☏
sales@getntds.com

Home  |  Contact Us  |  Privacy Policy  |  Sitemap

Copyright © 2014 GET Engineering Corp. All rights reserved.
Cage Code: 6V412

Exhibit 8
Page 122

# Exhibit 9

Exhibit 9
Page 123

14-677424



## State of California
### Secretary of State

**S**

42

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**FILED**
Secretary of State
State of California

MAY 05 2014

1.  CORPORATE NAME
GET Engineering Corp
9350 Bond AVe.
El Cajon, Ca. 92021

37 / NF / CC×2 /24R

2.  CALIFORNIA CORPORATE NUMBER
C1123807

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)
3.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>9350 Bond Ave. | | El Cajon | Ca | 92021 |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>9350 Bond Ave. | | El Cajon | CA | 92021 |
| 6.  MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/<br>David Grundies | 9350 Bond Ave. | El Cajon | Ca | 92021 |
| 8.  SECRETARY<br>John Redding | 9350 Bond Ave. | El Cajon | Ca | 92021 |
| 9.  CHIEF FINANCIAL OFFICER/<br>Guille Tuttle | 9350 Bond Ave. | El Cajon | Ca | 92021 |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME<br>Rodney Tuttle | 9350 Bond Ave. | El Cajon | Ca | 92021 |
| 11. NAME<br>John Redding | 9350 Bond Ave. | El Cajon | Ca | 92021 |
| 12. NAME<br>Ernest Martinez | 9350 Bond Ave. | El Cajon | Ca | 92021 |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:  *O*

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS
William Pate, Esq.

| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2488 Historic Decatur Road, #200 | | CA | 92106 |

**Type of Business**
16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Cumputer Peripheral Manufacturer

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 4/25/14 | David Grundies | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

Exhibit 9
Page 124

14-677424

C1123807

### State of California
### Secretary of State
### Statement of Information

### Continuation of Directors

| | Name | Address |
|---|---|---|
| 13. | Greg Mac neil | 9350 Bond Ave., El Cajon, Ca. 92021 |
| 14. | Susan Snow | 9350 Bond Ave., El Cajon, Ca. 92021 |
| 15. | Jerry Tuttle | 9350 Bond Avenue, El Cajon, CA 92021 |

Exhibit 9
Page 126

# Exhibit 10

Exhibit 10
Page 126



*September 28, 2016*



Follow Us

HOME    ABOUT US    PRODUCTS    SUPPORT    NEWS    EVENTS    CONTRACTS    CONTACT US

Search

HOME » NEWS » **Executive Roundtable: Tech innovations challenge military, training**

July 10, 2014    Written by **GET Engineering**

Published in:
Events

Tagged under:
Military,
Roundtable,
Tech
Innovation, The
Daily
Transcript,
Training

permalink

# Executive Roundtable: Tech innovations challenge military, training

G.E.T. Engineering Co-sponsored and participated in a recent Daily Transcript Executive Roundtable. **The Daily Transcript article**



*From left: Robert "Brick" Nelson, general manager of Northrop Grumman Corp.; Howard Pace Jr., vice president of space systems at ViaSat; Dave Grundies, president of G.E.T. Engineering Corp.; and Peter Hedley, senior business consultant for Galaxie Defense Marketing participate in a recent Daily Transcript roundtable. Photo By Michael Countis*

Like   Share   Sign Up to see what your friends like.

G+1   Tweet

## Recent Posts

GET Engineering Inc.
announces the signing of
Premiere Rep Company L.A.
Sales

Press Release GET
Promotions & New Hire
Roger Kuroda, Ph.D.

Reagan National Defense
Forum 2015

Manufacturing Day at GET
Engineering Corporation

Enlisted Recognition
Luncheon – Fleet Week San
Diego 2015

## *Categories*

**Categories**

Select Category ▼

## *Archives*

**Archives**

Select Month ▼

## *Tags*

AFCEA Air Force ARMY ATDS
Award Certificate of Recognition
CUI Device Driver Enlisted
Recognitin Fleet Week Four Star
grants ICI Manufacturing Day
Marines Maritime Technologies MIL-
S-901D Military MPEDD
National Guard NAVY Navy
Air Show NAVY Gold
Coast NAVYSNA NDIA

NTDS NTDS over
Ethernet Product Raytheon
Reserve RHEL 7 Roundtable
scholarships SDDT Senator Joel
Anderson STANAG STEM Supplier
Excellence Tech Innovation The
Daily Transcript Training Twice a
Citizen Award UAV V-NTDS
Virtual NTDS




9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443-8295 / (877) 494-1820
Fax: (619) 443-8613
sales@getntds.com


Follow Us

Home | Contact Us | Privacy Policy | Sitemap

Copyright © 2016 GET Engineering Corp. All rights reserved.
Cage Code: 6V412

Case 3:19-cv-01249-RSH-MSB   Document 1   Filed 02/16/18   PageID.130   Page 130 of 149

# The Daily Transcript®

San Diego's Business Daily

NEWS | SAN DIEGO | DEFENSE
**EXECUTIVE ROUNDTABLE**

## Tech innovations challenge military, training

**By KATHERINE CONNOR**, The Daily Transcript
Thursday, June 12, 2014

SLIDESHOW



RELATED SPECIAL REPORTS
**Sourcebook - 2014**

Even with minimally manned ships and unmanned aerial systems coming online quickly for the military, the key to success -- and the armed forces' main challenge -- is still getting the right people to the right place at the right time. This is further complicated in an era of declining budgets and fiscal uncertainty, with training hours being cut at the same time systems are becoming more complex.

"That is the No. 1 cost factor -- people," said retired Lt. Cmdr. Howard Pace Jr., vice president of space systems at **ViaSat Inc.** at a *Daily Transcript* defense industry roundtable. ViaSat (Nasdaq: VSAT) co-sponsored the roundtable with **G.E.T. Engineering Corp**.

"But they're also the No. 1 asset," Pace added. "There's no substitution for a sailor that's well-trained, knows exactly what to do about their job and goes about doing it."

Contrary to popular belief, unmanned aerial systems and minimally manned ships, such as the new littoral combat ship class and the DDG 1000 Zumwalt fleet, actually require more

Exhibit 10
Page 129

personnel, often on the back end, to monitor and analyze the massive amounts of data the vessels and the systems onboard provide.

The solution may lie in an increasing collaboration between military personnel and industry partners.

"All these systems are providing so much intelligence, but it doesn't have to be processed on the ship," said retired Vice Adm. Tim LaFleur, a principal at **Booz Allen Hamilton** and one of the initial champions of the LCS model.

"And I submit that the right model might be completely different," he said. "In the past, we always relied on our sailors to do all of that. The right model might be to have a civilian center, contractor-based, that comes in and processes the information and creates some continuity, rather than a sailor being there for 18 months of a shore duty assignment and going back."

LaFleur added that this civilian-serviceman solution is also financially beneficial, since the cost for a contractor may be higher upfront but won't have the hidden cost of the Department of Defense's retirement program, and it comes with a greater ability to terminate contracts if work is not up to snuff.

Capt. Randy Garner, commodore of the LCS Squadron One, said the LCS fleet is already using this approach.

"We're doing a little bit of what you described. That conditioned-based maintenance center, that analysis is done by a group of people in Maryland that get the data, analyze the data, come back with some assessments, and quite often -- sometimes begrudgingly to the old-school chief engineer who says, 'I know this ship better than anybody' -- they say, 'Go look at this valve, we think it might be clogged.' And he goes down and looks and the valve was clogged," Garner said.

This allows the very small crew — typically a base of 40 people that can surge to 80 depending on the mission module onboard and whether an aviation crew is required -- to focus its efforts where they're most needed.

"As a retired guy, one of the things I'm wondering about -- particularly with LCS -- I don't have a problem with reduced manning, I think it's great when the equipment's new and all the systems work and you're doing peace-time ops, but how do we figure out what is the right number of bodies you need when the equipment is older and it needs more repair and you've taken some casualties and you're in [General Quarter] and the ship's on fire?" asked retired Capt. Robert "Brick" Nelson, general manager at **Northrop Grumman**, voicing the

concerns of some in the defense industry who worry that the transition to LCS, which is noticeably lacking in firepower and has faced questions of survivability, is the wrong direction for the Navy.

Garner said a lot of technology onboard the fleet isn't IT-related, and is meant to augment the work of the crew. He cited its firefighting system, which uses 10 to 20 percent of the water in a normal sprinkler system spread throughout the whole ship, which eliminates the need for extra manpower when fighting fires and cuts down on damage, as well.

He also said it's important to keep in mind what the fleet is meant for.

"We're not talking about a ship that has a great redundancy in combat systems, so fighting the ship is more in self-defense," Garner said. "You're not defending other forces in the same way that maybe a DDG or a cruiser might. … I think we have a reasonable balance of enough people for the unknowns, and enough advanced systems to help us with the things we predictably need to be able to face, like self-defense or putting out fire. With the crew size, you don't really know until you experience that, no matter how well you have it figured out, but I think we have a decent plan for the size of the crew."

The more versatile vessels also have a financial incentive, with a price tag of roughly $400 million, and require only two ships to be built to get one deployed, compared with the typical four or five ships needed to get one deployed.

"People confuse … the offensive capability of LCS with the need for LCS, and it kind of goes back to the requirements, in that during Desert Storm and beyond, we had $5 billion cruisers doing maritime interdiction ops where it was a total waste of the resources," LaFleur said.

"So you take an LCS with a smaller crew and are able to put a module on there that can do maritime interdiction kinds of things -- it's far more efficient than what you're doing," he said. "And you can use that Aegis cruiser for the kinds of things that you want to use it for. And our nation as an economy can't afford to build 250 Aegis cruisers -- we need that mix of ships that will do that."

LCS ships inherently need more senior personnel who are able to carry out multiple military occupational specialties at once, which again comes back to the issue of training.

"That's our biggest challenge, I think," said Capt. Frank Olmo, chief of staff for the commander of Surface Force Pacific Fleet. "I think looking at where we're heading here, we're looking at technology and getting after tools.

Exhibit 10
Page 131

"Tracking our young sailors with all these advanced systems, we're creating new qualifications, new NECs -- enlisting class classifications -- for how do we track them and assign them to ships and how do we get them into basic phase training.

"I think overall, getting people into the schools is definitely SURFPAC's No. 1 priority: How do we bring these young sailors out of boot camp into the right schoolings, get them into their first sea tour, back to shore, get them trained up again, hopefully work more qualifications and then back to sea?"

Olmo said reducing variance in the existing fleet is key to starting to standardize training as LCS has done, and also said the new Naval Surface Warfare Development Command, coming to San Diego in August, will be immensely beneficial.

"It's modeled very closely to the NSAWC [Naval Strike and Air Warfare Center] model, so we have other warfare centers of excellence out there, we have ASW [anti-submarine warfare], so we're working with the fleet commanders," Olmo said.

"This will help us really what I call connecting the dots between new TTPs [tactics, techniques and procedures] we have … and then we need to talk the C4I [command, control, communications, computers and intelligence] architectures and try to work the TTPs, in addition to working with industry, with our gap analysis."

This new command will draw weapons tactics instructors -- WTIs or Jedi Knights as they're sometimes called -- from Naval Air and Missile Defense Command in Dahlgren, Va., and the Naval Mine and Anti-Submarine Warfare Command in San Diego, and place one of the tactics experts aboard each vessel -- with different models for different fleets -- to aid in training.

In addition to getting the right people to the right place at the right time, a similar challenge exists in the technology space because the Department of Defense's acquisitions tunnel is notoriously slow, yet the speed of innovation so fast on both the offensive and defensive security sides.

As Garner put it, "It's probably safe to say our opponents don't have an acquisition five-year milestone requirement."

Retired Capt. Dave Grundies, president of G.E.T. Engineering, said the acquisitions process has gotten increasingly difficult, not only due to budget concerns, but because of the variety of legacy and new equipment all needing funding, and the structure through which contracts are awarded.

Exhibit 10
Page 132

"There are smart people writing difficult requirements, smart people answer those difficult requirements, and then they have the contract shop grade the requirements and the answers -- so it's not necessarily technically adept people, they're contract-adept people, which sometimes skews skews the answer to the question that a smart guy asked and a smart guy answered. It becomes a word game within a shop by people who don't really know the technology," Grundies said.

Nelson added that eight years of continuing resolutions and trying to plan without an actual budget is at the root of most contractors' woes. Pace suggested that moving some some aspects of the acquisition process into the commercial realm might speed the uptake of innovative products and allow systems and security to stay current.

"You have FAR15 [Federal Acquisition Regulation] regulations and FAR12 commercial-based regulations," Pace said. "Another thing we don't do well is look at the markets and say, 'These acquisitions should be FAR12-based, should be more commercially based, because the commercial industry is the leader in this industry.' How do you take advantage of that? Can you imagine us still building PCs?

"At one point, the Department of Defense built its own PCs and phones, and we made a decision not to do that. I'm saying what about satellites and some other networking equipment and the like? I do not argue that model applies to a naval nuclear power submarine or a ship or a tank or you pick it, but it definitely applies in a lot of areas that we do not exploit."

Training, technology pick-up and the direction the Navy and military are going are certainly top concerns, but for retired Capt. Peter Hedley, senior business consultant with **Galaxie Defense Marketing**, the issue runs deeper.

"The larger issues that are not necessarily contract-related or equipment-related but, really, how do you define what is going to be our need national security-wise?

"I'm talking about the Navy and Marine Corps in particular, and I think that's going to be the tough nut to crack, because as the country goes into what I call amnesia — that is, we're the only species on Earth that doesn't learn from its predecessors, I think — and so we're doomed to repeat the same down cycle that Howard was talking about after Vietnam — that was a beg-a-thon in the Navy.

"We were stealing from other ships and making deals for the nondeployers, and everybody says, 'No, we're not going to let that happen again,' but human nature is a very driving force when it comes to the crew of your ship -- they will do what it takes.

Exhibit 10
Page 133

"Directly or indirectly, they're going get what they need to go on a deployment, which is now extending to nine months, in this, by the way, the cycle when the war's ending, Navy deployments are not going down; they're going up.

"And this is driven by requirements that are not matching up to resources to provide the [Navy's sovereign presence worldwide]. It's a huge problem that needs a larger national discussion, starting in San Diego."

**Roundtable Participants**

Dave K. Aberizk, President, Integrated Consultants Inc.

Capt. Randy Garner, Commodore of LCS Squadron One, U.S. Navy

Dave Grundies, President, G.E.T. Engineering Corp. (sponsor)

Peter Hedley, Sr. Business Consultant, Galaxie Defense Marketing

Tim LaFleur, Principal, Booz Allen Hamilton

Robert "Brick" Nelson, General Manager, Northrop Grumman Corp.

Capt. Frank Olmo, Chief of Staff for the Commander of Surface Force Pacific Fleet, U.S. Navy

Howard Pace Jr., Vice President of Space Systems, ViaSat (sponsor)

Copyright | Privacy Policy | Acceptable Use Policy

**All contents herein copyright *San Diego Source* ® 1994-2016**

# Exhibit 11

Exhibit 11
Page 135



September 28, 2016



Follow Us

HOME　ABOUT US　PRODUCTS　SUPPORT　NEWS　EVENTS　CONTRACTS　CONTACT US　　　　　Search

HOME » NEWS » Manufacturing Day at GET Engineering Corporation

October 5, 2015　Written by GET Engineering



Published in:
Events

Tagged under:
Certificate of
Recognition,
Manufacturing
Day, Senator
Joel Anderson

permalink

# Manufacturing Day at GET Engineering Corporation



*Left to right: Jennifer Diaz, Dave Grundies*

October 2, 2015-We had an amazing Manufacturing Day at GET Engineering Corporation! We were honored to have Jennifer Diaz, a representative from Senator Joel Anderson's office, attend along with other valued guests. Attendees enjoyed a brief overview of our company, a tour of the production floor and an environmental test demonstration. Ms. Diaz presented Dave Grundies, CEO at GET Engineering Corp, with a Certificate of Recognition for over 30 years of technological innovation in engineering. We look forward to making 2016 an even more successful Manufacturing Day!

 | Share Sign Up to see what your friends like.

G+1　Tweet

## Recent Posts

GET Engineering Inc. announces the signing of Premiere Rep Company L.A. Sales

Press Release GET Promotions & New Hire Roger Kuroda, Ph.D.

Reagan National Defense Forum 2015

Manufacturing Day at GET Engineering Corporation

Enlisted Recognition Luncheon – Fleet Week San Diego 2015

## Categories

Categories

Select Category ⌄

## Archives

Archives

Select Month ⌄

## Tags

AFCEA Air Force ARMY ATDS Award Certificate of Recognition CUI Device Driver Enlisted Recognitio Fleet Week Four Star grants ICI Manufacturing Day Marines Maritime Technologies MIL-S-901D Military MPEDD National Guard NAVY Navy Air Show NAVY Gold Coast NAVYSNA NDIA

Exhibit 11
Page 136

NTDS NTDS over

Ethernet Product Raytheon
Reserve RHEL 7 Roundtable
scholarships SDDT Senator Joel
Anderson STANAG STEM Supplier
Excellence Tech Innovation The
Daily Transcript Training Twice a
Citizen Award UAV V-NTDS
Virtual NTDS





9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443-8295 / (877) 494-1820
Fax: (619) 443-8613
sales@getntds.com



Follow Us

Home  |  Contact Us  |  Privacy Policy  |  Sitemap

Copyright © 2016 GET Engineering Corp. All rights reserved.
Cage Code: 6V412

# Exhibit 12

Exhibit 12
Page 138



April 12, 2016

in
Follow Us
Search

HOME    ABOUT US    PRODUCTS    SUPPORT    NEWS    EVENTS    CONTRACTS    CONTACT US

HOME » NEWS » INCREASED UAVLINK® CAPABILITY WITH GET ENGINEERING

March 25, 2014    Written by GET Engineering



**INCREASED UAVLINK® CAPABILITY WITH GET ENGINEERING**

Published in:
Press Release

Tagged under:
ICI, MPEDD,
Product, UAV

permalink



**El Cajon, CA- March 25, 2014**. GET Engineering Corporation announced today that together with its affiliate Integrated Consultants Inc. (ICI) GET will continue the development of advanced features for their UAVLink®, a fully ruggedized Avionics Maintenance Laptop. UAVLink® was initially developed by ICI as the OEM supplier of a Maintenance Portable Electronic Display Device (MPEDD) for the Northrop Grumman MQ-8B Fire Scout Unmanned Aerial Vehicle (UAV). Additionally the UAVLink® is capable of supporting maintenance requirements of the Northrop Grumman Firebird and Global Hawk programs.

Current Advances support NAVAIR requirements which include continuous-duty, all-weather, flight deck ruggedized laptop computers that offer user convenience and flexibility for unmanned and manned aircraft maintenance. Customizable features include dual 10/100 BASE-T and 1000 BASET interface, MIL-STD-1553/MIL-STD-1760 monitoring with client tailored adapters, and DC/DC vehicle to laptop power conversion.

Performance certifications for the computer and umbilical include MIL-STD-810G Shock and Vibration, IP65 Ingress Protection, MIL-STD-461F – CE101, CE102, CS144 (EMI), and UL 1604 class 1, division 2, groups ABCD.

President and CEO of GET Engineering Dave Grundies states, "Products such as UAVLink® are the first in our active R&D pipeline to complement GET Engineering's offerings to Warfighters with performance enhancements supporting advanced Tactical Data Systems. We will continue to bring fully ruggedized performance products and communications protocol interface options to our product line."

For additional information contact:

David Aberizk, P. E.
DAberizk@getntds.com
(619) 884-8191

Download the Press Release here
http://www.integratedconsultants.com

Like    Share  Sign Up to see what your friends like.

G+1    Tweet

**Recent Posts**

Reagan National Defense Forum 2015

Manufacturing Day at GET Engineering Corporation

Enlisted Recognition Luncheon – Fleet Week San Diego 2015

Scholarships and Grants provided to local students

U.S. Coast Guard San Diego Harbor Operations Center

**Categories**

Categories

Select Category

**Archives**

Archives

Select Month

**Tags**

AFCEA Air Force ARMY ATDS Award Certificate of Recognition CUI Device Driver Enlisted Recognitio Fleet Week Four Star grants ICI Manufacturing Day Marines Maritime Technologies MIL-S-901D Military MPEDD National Guard NAVY Navy Air Show NAVY Gold Coast NAVYSNA NDIA NTDS NTDS over Ethernet Product Raytheon Reserve RHEL 7 Roundtable

scholarships SDDT Senator Joel
Anderson STANAG STEM Supplier
Excellence Tech Innovation The
Daily Transcript Training Twice a

Citizen Award UAV V-NTDS

Virtual NTDS




GSA Schedule
GS-35F-0636S



2014 San Diego
Small Business Awards
HONORABLE MENTION

9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443-8295 / (877) 494-1820
Fax: (619) 443-8613
sales@getntds.com

Home | Contact Us | Privacy Policy | Sitemap

Copyright © 2016 GET Engineering Corp. All rights reserved.
Cage Code: 6V412


Follow Us



April 12, 2016

in.
Follow Us
Search

HOME    ABOUT US    PRODUCTS    SUPPORT    NEWS    EVENTS    CONTRACTS    CONTACT US

HOME » NEWS » Four Star Supplier Excellence Award presented to GET Engineering

June 17, 2015    Written by GET Engineering

**GET**

Published in:
Events, News

Tagged under:
Award, Four
Star,
Raytheon,
Supplier
Excellence

permalink

# Four Star Supplier Excellence Award presented to GET Engineering



Frank DeBaca, GET Engineering's Director of Product Development, receives the Raytheon Four Star Supplier Excellence award from Raytheon's Michael Shaughnessy, Vice President of Integrated Supply Chain Management and Diane Foley, Senior Director of Mission Assurance.

# About Four Star Supplier Excellence award

On May 27, 2015, Raytheon recognized GET Engineering as one of their 2014 Four Star Suppliers at their annual Supplier Excellence Conference. The event took place at Gillette Stadium in Foxboro Massachusetts, with over 300 vendors from across the globe in attendance. Raytheon has over 12,000 vendors and each year they recognize their top suppliers.

Criteria for the award was measured by quality standards, on-time delivery, process improvement initiatives, and success in meeting or exceeding safety standards. The recipient must also score a 97% quality and delivery rating. GET's ability to achieve this four-star rating exhibits our continuous dedication to customer service, as well as our ability to meet demands in a timely manner.



## Recent Posts

Reagan National Defense
Forum 2015

Manufacturing Day at GET
Engineering Corporation

Enlisted Recognition
Luncheon – Fleet Week San
Diego 2015

Scholarships and Grants
provided to local students

U.S. Coast Guard San Diego
Harbor Operations Center

## Categories

Categories
Select Category ▾

## Archives

Archives
Select Month ▾

## Tags

AFCEA Air Force ARMY ATDS
Award Certificate of Recognition
CUI Device Driver Enlisted
Recognitio Fleet Week Four Star
grants ICI Manufacturing Day
Marines Maritime Technologies MIL-
S-901D Military MPEDD
National Guard NAVY Navy
Air Show NAVY Gold
Coast NAVYSNA NDIA
NTDS NTDS over
Ethernet Product Raytheon
Reserve RHEL 7 Roundtable



scholarships SDDT Senator Joel
Anderson STANAG STEM Supplier
Excellence Tech Innovation The
Daily Transcript Training Twice a
Citizen Award UAV V-NTDS
Virtual NTDS

★★★★
**Raytheon** Four Star Supplier Excellence Recipient

Like    Share   Sign Up to see what your friends like.

G+1     Tweet



GSA Schedule
GS-35F-0636S



SAN DIEGO™
REGIONAL
CHAMBER OF
COMMERCE

2014 San Diego
Small Business Awards
HONORABLE MENTION

9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443-8295 / (877) 494-1820
Fax: (619) 443-8613
sales@getntds.com

in
Follow Us

Home  |  Contact Us  |  Privacy Policy  |  Sitemap

Copyright © 2016 GET Engineering Corp. All rights reserved.
Cage Code: 6V412

Exhibit 12
Page 12

Adapters | Products | MSB Engineering



April 12, 2016


Follow Us

Search

HOME   ABOUT US   PRODUCTS   SUPPORT   NEWS   EVENTS   CONTRACTS   CONTACT US

**Products**

Adapter Assemblies

Virtual Adapters

NTDS Over Ethernet Systems

Fiber Optic Products and Systems

Tactical Data Systems

Cables/Connectors

*"The GET Portable NTDS*
*Analyzer **quickly** and*
*__efficiently__ uncovered and*
*ultimately led us to the*
*__solution__ of a perplexing*
*electronic timing problem.*
*We should have used*
*it sooner!"*

—Lead Systems Engineer
Lockheed-Martin



**SUPPORT**

We are proud to support
GET products & solutions
in your NTDS world »

# PRODUCTS

### GET's Specialty is in
### Legacy Solutions

GET Engineering participates in a global market
and is a leading supplier of NTDS and ATDS
adapters, legacy conversion and engineering
services and support to over 300 customers in
the Department of Defense and prime
contractors worldwide.



With GET's core capabilities in legacy data over
Ethernet communications systems, our products help extend the product life cycle of legacy systems.

Our leading edge designs, products, and services are consistently benchmarked to rigorous quality
standards from raw material to finished products. Research and Development programs are done
in-house. Each program and product is subjected to extensive lab testing by GET professionals. Working
with our customers and implementing their requirements into our innovative products distinguishes GET
from the competition.

GET provides a comprehensive line of PCI family products, including Compact PCI (cPCI), PCI Mezzanine
Card (PMC), PCI Express (PCIe) and PCI104-plus form factors for embedded computing applications. With
both air-cooled and conduction-cooled boards, these products can be applied to a wide variety of
embedded applications across military, communications, and commercial/industrial markets. With GET's
Common User Interface (CUI) software driver, application design and development is achieved at a much
quicker rate than could otherwise be achieved.



**Adapter Assemblies**

Rugged engineering brings
you reliability like no other

> Learn More

**NTDS Over Ethernet**
**Systems**

The ability to adapt to any
situation at anytime

> Learn More



**Fiber Optic solutions**

"Out of range" needn't be in
your vocabulary

> Learn More



**Tactical Data**
**Processors**

Easy connectivity enables
legacy system modernization

> Learn More



**Cables and Connectors**

Light weight, adaptable
connections for NTDS

> Learn More


GSA Schedule
GS-35F-0636S

2014 San Diego
SMALL BUSINESS AWARDS
**HONORABLE MENTION**

9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443-8295 / (877) 494-1820
Fax: (619) 443-8613
sales@getntds.com


Follow Us

Home  |  Contact Us  |  Privacy Policy  |  Sitemap
Copyright © 2016 GET Engineering Corp. All rights reserved.
Cage Code: 6V412



April 12, 2016


Follow Us

Search

HOME     ABOUT US     PRODUCTS     SUPPORT     NEWS     EVENTS     CONTRACTS     CONTACT US

Products

**Adapter Assemblies**

PCIe Products

PMC Products

PCI Products

PC/104+ Products

VME Products

ISA Products

cPCI Products

Virtual Adapters

NTDS Over Ethernet Systems

Fiber Optic Products and Systems

Tactical Data Systems

Cables/Connectors

## Adapter Assemblies

### Rugged Interfacing

GET Engineering solves the problem of difficult connection with their innovative array of adapter assemblies. These adapters incorporate rugged, conduction cooled designs to allow the user access to both parallel and serial ports. The adapter cards are MIL-STD-1397 compliant and cleared for commercial temperature ranges and their adaptability allows for easy migration from different operating systems

GET's VME adapters are so flexible they allow users the ability to create a system emulator using the adapters. GET VME boards not only include complimentary drivers for most operating systems, but come standard with free firmware and software upgrades.





**Adapter Assemblies**

Rugged engineering brings you reliability like no other

> Learn More



**NTDS Over Ethernet Systems**

The ability to adapt to any situation at anytime

> Learn More



**Fiber Optic solutions**

"Out of range" needn't be in your vocabulary

> Learn More



**Tactical Data Processors**

Easy connectivity enables legacy system modernization

> Learn More



**Cables and Connectors**

Light weight, adaptable connections for NTDS

> Learn More

*"Thanks for all your support and timely responses."*

—Kevin Barton,
GE Intelligent Platforms, US



**SUPPORT**

We are proud to support GET products & solutions in your NTDS world »



GSA Schedule
GS-35F-0636S

SAN DIEGO ™
REGIONAL
CHAMBER OF
COMMERCE
2014 San Diego
Small Business And/Or
HONORABLE MENTION

9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443-8295 / (877) 494-1820
Fax: (619) 443-8613
sales@getntds.com


Follow Us

Home  |  Contact Us  |  Privacy Policy  |  Sitemap
Copyright © 2016 GET Engineering Corp. All rights reserved.
Cage Code: 6V412



April 12, 2016


Follow Us

Search

HOME    ABOUT US    PRODUCTS    SUPPORT    NEWS    EVENTS    CONTRACTS    CONTACT US

Products

Adapter Assemblies

PCIe Products

**PMC Products**

  Ruggedized CC PMC Parallel

  Ruggedized CC PMC Serial

  Ruggedized CC PMC ATDS

  Ruggedized CC PMC STANAG

  PMC Parallel

  PMC Serial D

  PMC Serial E

PCI Products

PC/104+ Products

VME Products

ISA Products

cPCI Products

Virtual Adapters

NTDS Over Ethernet Systems

Fiber Optic Products and Systems

Tactical Data Systems

Cables/Connectors

# PMC Products

## ADVANCED TACTICAL DATA DELIVERY

Systems requiring ruggedized, conduction cooled PCI Mezzanine Card (PMC) interface adapters benefit from the extensive knowledge and deep experience in tactical data interfaces provided by GET Engineering. Our ultra-reliable adapters are fully compliant to MIL-STD-1397 Revision C, TADIL-A, and STANAG standards. Front and rear I/O options are available for both parallel and serial interfaces. The software included with these adapters provides the user with an operating system independent API enabling simplified porting of application code between operation system targets.



Adapter Assemblies

Rugged engineering brings
you reliability like no other

> Learn More



NTDS Over Ethernet
Systems

The ability to adapt to any
situation at anytime

> Learn More



Fiber Optic solutions

"Out of range" needn't be in
your vocabulary

> Learn More



Tactical Data
Processors

Easy connectivity enables
legacy system modernization

> Learn More

Cables and Connectors

Light weight, adaptable
connections for NTDS

> Learn More

*"Thank you so much again..."*

—Arthur J. Dilag,
Hardware Engineer,
BAE Systems Australia



**SUPPORT**
We are proud to support
GET products & solutions
in your NTDS world »


GSA Schedule
GS-35F-0636S

SAN DIEGO
REGIONAL
CHAMBER OF
COMMERCE

2014 San Diego
Small Business Awards
**HONORABLE MENTION**

9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443-8295 / (877) 494-1820
Fax: (619) 443-6613
sales@getntds.com


Follow Us

Home  |  Contact Us  |  Privacy Policy  |  Sitemap
Copyright © 2016 GET Engineering Corp. All rights reserved.
Cage Code: 6V412



April 12, 2016


Follow Us

Search

HOME   ABOUT US   PRODUCTS   SUPPORT   NEWS   EVENTS   CONTRACTS   CONTACT US

**Contracts**

Related Links:

Quality Statement

Team Members

Contract POCs by Zone

Task Order Summary

*"The **best** product line*
*support of any **supplier***
*we have ever used."*

—Mikros Systems Inc.



**SUPPORT**

We are proud to support
GET products & solutions
in your NTDS world »

# SEAPORT-E

*Contract Number: N00178-13-R-4000*

### Key Functional Areas:

3.1   Research and Development

3.2   Engineering, System Engineering and Process Engineering Support

3.5   System Design Documentation and Technical Data Support

3.6   Software Engineering, Development, Programming, and Network Support

3.8   Suman Factors, Performance, and Usability Engineering Support

3.10   Configuration Management (CM) Support

3.12   Information Systems Development

3.19   In Service Engineering, Installation and Checkout Support functional areas

3.20   Program Support

### Zones Include:

*1 – Northeast Zone*
*2 – National Capital Zone*
*3 – Mid Atlantic Zone*
*4 – Gulf Coast Zone*
*5 – Midwest Zone*
*6 – Southwest Zone*
*7 – Northwest Zone*

**Customer Satisfaction Point of Contact:**

*Frank Debaca (O) 619–443–8295, fdebaca@getntds.com*
*Leslie Adams (O) 619–443–8295, ladams@getntds.com*



   



Adapter Assemblies

Rugged engineering brings
you reliability like no other

> Learn More



NTDS Over Ethernet
Systems

The ability to adapt to any
situation at anytime

> Learn More



Fiber Optic solutions

"Out of range" needn't be in
your vocabulary

> Learn More



Tactical Data
Processors

Easy connectivity enables
legacy system modernization

> Learn More

Cables and Connectors

Light weight, adaptable
connections for NTDS

> Learn More

9350 Bond Avenue
El Cajon, CA 92021
Tel: (619) 443–8295 / (877) 494–1820
Fax: (619) 443–8613
sales@getntds.com


Follow Us

GSA Schedule
GS-35F-0636S

Home | Contact Us | Privacy Policy | Sitemap
Copyright © 2016 GET Engineering Corp. All rights reserved.
Cage Code: 6V412

# Exhibit 13

Exhibit 13
Page 147



February 1, 2016



**Follow Us**

Search

HOME    ABOUT US    PRODUCTS    SUPPORT    NEWS    EVENTS    CONTRACTS    CONTACT US

About Us
GET Difference
Programs Supported
**Management Team**
Careers

*"GET has always provided us
with reliable equipment,
and great support."*

—Facilities Manager,
Combat Direction Systems Activity



**SUPPORT**
We are proud to support
GET products & solutions
in your NTDS world »

## Management Team



### Leslie Adams
*General Manager*

Leslie Adams' career at GET Engineering began over twenty-five years ago as a file clerk and typist for the founders of GET. Over the years as the company grew, she worked in the Procurement, Contracts and Engineering Support Departments until becoming the General Manager in 2003. Leslie is a member of Women In Defense (WID) Armed Forces Communications and Electronics Association (AFCEA) and National Defense Industrial Association (NDIA).

Leslie served as Treasurer of the scholarship foundation, AVID in her local community. She has been married to her husband John for twenty-eight years, has two grown children and continues to live in and support the same community she grew up in.



### Frank Debaca
*Director of Product Development*

Frank DeBaca brings 32 years of technical and program management experience with him to GET Engineering. Previous to working at GET, Mr. DeBaca was employed by Lockheed Martin. In his last assignment at LM he was the PM for a major Foreign Military Sales (FMS) program with the Republic of China (Taiwan). He was responsible for coordinating the efforts of 80 employees and managed/directed them to conduct field site surveys, site preparation agreements, installation guidance packages and installation of hardware at multiple land based facilities in Taiwan, across multiple delivery orders. He worked directly with the Government to identify risks and requirements to develop successful solutions.

Frank's direct knowledge and experience in electronics, engineering, contracts, personnel and sales provide him a unique background to perform his role as Director of Product Development at GET.



### Sharon Bakun
*Accounting Director, GET Engineering*



**Adapter Assemblies**
Rugged engineering brings
you reliability like no other
> Learn More

**NTDS Over Ethernet
Systems**
The ability to adapt to any
situation at anytime
> Learn More



**Fiber Optic solutions**
"Out of range" needn't be in
your vocabulary
> Learn More



**Tactical Data
Processors**
Easy connectivity enables
legacy system modernization
> Learn More

**Cables and Connectors**
Light weight, adaptable
connections for NTDS
> Learn More