UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MC2 SABTECH HOLDINGS, INC., d/b/a "IXI TECHNOLOGY, INC.,"<br><br>Plaintiff/Relator,<br><br>v.<br><br>GET ENGINEERING CORP., et al.,<br><br>Defendants. | Case No.: 19-cv-1249-RSH-AGS<br><br>**ORDER GRANTING RELATOR'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[ECF No. 157] |

Relator moves to dismiss without prejudice its claims against Defendants Guille E. Tuttle and Leslie Adams. ECF No. 157. The United States consents to the dismissal without prejudice. ECF No. 157-4. Defendants are opposed. ECF No. 158.

Federal Rule of Civil Procedure 41(a)(2) allows a plaintiff, with the approval of the Court, to dismiss an action "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The decision to grant a voluntary dismissal under Rule 41(a)(2) "is addressed to the district court's sound discretion." *Westlands Water Dist. v. United States*, 100 F.3d 94, 96 (9th Cir. 1996). "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as

a result." *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001). Defendants argue that, instead of dismissing the case against Defendants Guille Tuttle and Leslie Adams only, the Court should dismiss the case against all five individual defendants. ECF No. 158 at 4. Defendants cite no legal authority supporting their request to the Court. Defendants have failed to establish legal prejudice resulting from the proposed dismissal.

While a dismissal without prejudice is the default position stated in Rule 41(a)(2), the Court has discretion whether to dismiss an action with or without prejudice. *Hargis v. Foster*, 312 F.3d 404, 412 (9th Cir. 2002). The purpose of Rule 41(a)(2) is to permit an action to be dismissed without prejudice as long as the defendant will not be prejudiced or unfairly affected by the dismissal. *Stevedoring Servs. of Am. v. Armilla Int'l B.V.*, 889 F.2d 919, 921 (9th Cir. 1989). Defendants argue that any and all dismissals should be with prejudice, but they have not cited authority or endeavored to show that Ms. Tuttle or Ms. Adams would be unfairly affected by a dismissal without prejudice.

Accordingly, Relator's motion is **GRANTED**. The claims against Defendants Guille Tuttle and Leslie Adams are **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: October 30, 2023

_____
Hon. Robert S. Huie
United States District Judge